

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526

gusenheimer@seyfarth.com

T (212) 218-3507

www.seyfarth.com

December 8, 2021

**VIA ECF**

Hon. Sanket J. Bulsara
United States Magistrate Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:     Y*ehoshua v. Manhattan and Bronx Surface Transit Operating Authority, et al*
        *Civil Action No.: 1:21-cv-04055-FB-SJB (E.D.N.Y.)*

Dear Judge Bulsara:

On behalf of the Manhattan and Bronx Surface Transit Operating Authority ("MABSTOA"), New York City Transit Authority ("NYCTA"), and Weslii Khahaifa ("Khahaifa") (collectively, "Defendants") in the above-referenced matter, we write with the consent of Plaintiff Amelia Yehoshua ("Plaintiff"), to respectfully request a 30-day extension of time for Defendants to answer or otherwise respond to the Complaint, up to and including January 10, 2022.

By way of background, the Court held an initial conference with all parties on October 8, 2021. (ECF No. 7.)  During the conference, Defendants notified the Court that the New York State Division of Human Rights ("SDHR") had not yet dismissed Plaintiff's state and city law claims for administrative convenience as requested by Plaintiff and, absent said dismissal, Plaintiff was barred from bringing such claims in federal court based on her election of remedies.  Your Honor suggested that, in the event the SDHR does not notify the parties of its dismissal of Plaintiff's state and city law claims by October 12, Defendants should file a request to extend the October 12 deadline for 30 additional days.

On October 12, 2021, after Plaintiff's counsel confirmed that SDHR had not yet dismissed Plaintiff's claims for administrative convenience, Defendants filed a request with Plaintiff's consent for a 30-day extension for Defendants to answer or otherwise respond to the Complaint, which the Court granted.  (ECF No. 12.)

On November 9, 2021, Plaintiff's counsel confirmed once again that SDHR had not yet dismissed Plaintiff's claims for administrative convenience.  Defendants then filed a request with Plaintiff's consent for a 30-day extension for Defendants to answer or otherwise respond to the Complaint, which the Court granted.  (ECF No. 13.)

Earlier today, Plaintiff's counsel confirmed that SDHR had still not dismissed Plaintiff's claims for administrative convenience.  Accordingly, Defendants once again request an extension through and including January 10, 2022 for Defendants to answer or otherwise respond to the



Hon. Sanket J. Bulsara
Decemeber 8, 2021
Page 2

Complaint, pending the SDHR's decision on Plaintiff's application to dismiss her state and city law claims for administrative convenience.  Plaintiff, through her counsel, has consented to this request.

We respectfully submit this request in good faith and not to cause undue delay.  The granting of this application will not impact any other scheduled deadlines.

I thank the Court for its time and attention to this matter.

Sincerely,

SEYFARTH SHAW LLP


*/s/ Gena Usenheimer*


Gena Usenheimer


cc:      All counsel of record (via ECF)