### COREY STARK PLLC
110 EAST 59TH STREET, 22ND FLOOR
NEW YORK, NEW YORK 10022

| | |
|---:|:---|
| TELEPHONE: | (212) 324-3705 |
| FACSIMILE: | (646) 219-7389 |
| EMAIL: | COREY@CSTARKLAW.COM |

www.cstarklaw.com

February 14, 2023

**By ECF**

Hon. Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

   Re:  *Amelia Yehoshua v. Manhattan and Bronx Surface Transit Operating Authority et al.*
       <u>Civil Action No: 21-cv-04055 (FB) (SJB)</u>

Dear Judge Bulsara:

     I represent Plaintiff in the above-referenced matter.  I write to seek an Order authorizing Corey Stark PLLC to withdraw as counsel for Plaintiff and staying the proceedings in this action so that Plaintiff may obtain new counsel.  I also seek to preserve my right to charging and retaining liens, and for such additional relief as the Court may deem just and proper.

     Pursuant to Rule 1:16(c)(7) of the Rules of Professional Conduct, "[A] lawyer may withdraw from representing a client when . . . the client fails to cooperate in the representation or otherwise renders the representation unreasonably difficult for the lawyer to carry out employment effectively."  Additionally, an attorney may withdraw as counsel upon a showing of good and sufficient cause.  Local Rule 1.4; *Callahan v. Consolidated Edison Co.*, No. 00-cv-6542 WL1424593 at *1 (S.D.N.Y. July 1, 2002).

     The attorney-client relationship has collapsed beyond repair.  First, there is a communication breakdown between myself and Plaintiff.  Second, acrimony has developed between us because Plaintiff regularly ignores my advice.  Third, and most significantly, Plaintiff and I have a fundamental disagreement about the litigation.  For my part, while I remain singularly motivated to obtain a favorable settlement, or win a significant jury verdict, Plaintiff's attention is divided between this case and another case she filed in state court. I believe strongly that Plaintiff's attorney in the state court action is prejudicing her as to the matter for which I am representing her.  It has become plain that our diverging interests have led to a bifurcated and incongruous litigation strategy, making it impossible for me to represent her effectively.  I

Hon Sanket J. Bulsara
February 14, 2023
Page 2 of 2

believe these reasons amount to good and sufficient cause for the Court to permit me to withdraw as counsel.

As additional information would prove prejudicial, I request the opportunity to provide further details *in camera* on an *ex parte* basis.[1]

                                            Respectfully,

                                            COREY STARK PLLC

                                            /s/

                                            Corey Stark

cc:    Gena Usenheimer, Esq. (*by electronic mail*)
        Amelia Yehoshua (*by electronic mail*)

---

[1] I will be traveling between February 18, 2023, and February 25, 2023. Nevertheless, I can make myself available for a telephone conference or virtual appearance at the Court's convenience.