**Seyfarth**

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York 10018

**T** (212) 218-5500

**F** (212) 218-5526

gusenheimer@seyfarth.com

T (212) 218-3507

www.seyfarth.com

January 17, 2024

**VIA ECF**

Hon. Sanket J. Bulsara
United States Magistrate Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Y*ehoshua v. Manhattan and Bronx Surface Transit Operating Authority, et al*
Civil Action No.: 1:21-cv-04055-FB-SJB (E.D.N.Y.)

Dear Judge Bulsara:

On behalf of the Manhattan and Bronx Surface Transit Operating Authority ("MABSTOA"), New York City Transit Authority ("NYCTA"), and Weslii Khahaifa ("Khahaifa") (collectively, "Defendants") in the above-referenced matter, and pursuant to the Court's text order dated January 10, 2024, we write jointly with counsel for Plaintiff Amelia Yehoshua ("Plaintiff") to provide the Court a joint status report.

On January 9, 2024, the parties attended a Court-ordered status conference, during which the Court ordered that the parties submit a joint status report by January 17, 2024 regarding the parties' joint interest in consenting to Your Honor's jurisdiction and/or engaging in a post-discovery settlement conference. (ECF Text Orders dated December 6, 2023 and January 10, 2024.) The parties have conferred and hereby report that they do not jointly consent to Your Honor's jurisdiction and do not believe engaging in a settlement conference at this time will prove fruitful.

In accordance with the Court's January 10, 2024 Text Order, Defendants plan to file a pre-motion letter with Judge Block by February 16, 2024.

The parties thank the Court for its attention to this matter.

Sincerely,

SEYFARTH SHAW LLP

*/s/ Gena Usenheimer*

Gena Usenheimer

cc: All counsel of record (via ECF)

307520632v.2