UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
AMELIA YEHOSHUA

                Plaintiff,           Case No. 1:21-cv-04055 (FB) (SJB)

  -against-

MANHATTAN AND BRONX SURFACE TRANSIT      **NOTICE OF MOTION FOR**
OPERATING AUTHORITY, THE NEW YORK CITY      **SUMMARY JUDGMENT**
TRANSIT AUTHORITY, and WESLII KHAHAIFA,

                Defendants.

---

**PLEASE TAKE NOTICE THAT,** upon the accompanying Memorandum of Law in Support of Motion for Summary Judgment, Defendants' Statement of Undisputed Facts, Declarations of Gena B. Usenheimer, David Farber and Weslii Khahaifa together with the exhibits annexed thereto; the Declarations of Adrian Thompson and Lisa Hodes-Urbont, Defendants Manhattan and Bronx Surface Transit Operating Authority, New York City Transit Authority, and Weslii Khahaifa ("Defendants") will move this Court, on a date and time to be determined by the Court, before the Honorable Frederic Block, U.S.D.J. of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an order: (i) granting Defendants' Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure; (ii) dismissing Plaintiff's Amended Complaint in its entirety and with prejudice; and (iii) granting such other and further relief as the Court may deem just and proper. Oral argument is requested.

**PLEASE TAKE FURTHER NOTICE THAT,** in accordance with the Court's endorsed briefing schedule on May 17, 2024, Plaintiff's opposition papers to Defendants' motion, if any, are due on or before September 13, 2024, Defendants' reply papers, if any, are due on or before October 14, 2024, and Defendants will file all motion papers via ECF on or before October 15, 2024.

Dated: New York, New York
      July 15, 2024

Respectfully submitted,

SEYFARTH SHAW LLP

*By: /s/ Gena Usenheimer*
Gena Usenheimer
gusenheimer@seyfarth.com
Daniel Small
dsmall@seyfarth.com
620 Eighth Avenue
New York, New York  10018
Telephone:  (212) 218-5500
Facsimile:  (212) 218-5526
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July 2024, I caused to be served via electronic mail to counsel of record for Plaintiff, the foregoing NOTICE OF MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; STATEMENT OF MATERIAL UNDISPUTED FACTS; DECLARATION OF GENA USENHEIMER WITH EXHIBITS A TO CC; DECLARATION OF DAVID FARBER WITH EXHIBITS A TO B; DECLARATION OF WESLII KHAHAIFA WITH EXHIBITS A TO J; DECLARATION OF ADRIAN THOMPSON AND DECLARATION OF LISA HODES-URBONT.

By: */s/ Gena Usenheimer*
Gena Usenheimer