# Exhibit C

9:29

**New iMessage**   Cancel

To: Weslii

iMessage
Nov 7, 2019, 2:47 PM

> J Sokoloff will call you about Amelia    2:47 PM

Uh oh. What happened???   2:47 PM

> Did she call you   3:00 PM

On the phone now   3:00 PM

> I just told Larry   3:36 PM

> veryone is still in court, melia and my attorneys   4:04 PM

  
       

NYCTA 004234