# Exhibit G

| | |
|---|---|
| **From:** | Khahaifa, Weslii <Weslii.Khahaifa@nyct.com> |
| **Sent:** | Thursday, January 30, 2020 3:46 PM |
| **To:** | Yehoshua, Amelia |
| **Subject:** | RE: LAWPRD-#1959898-v1-Status_report |

Thank you.

**From:** Yehoshua, Amelia
**Sent:** Thursday, January 30, 2020 2:12 PM
**To:** Khahaifa, Weslii
**Subject:** RE: LAWPRD-#1959898-v1-Status_report

Once John Jerman returns from court, I will give you a status on Dye.
I do not have any other files or hearings that were adjourned.
Riddick has 2 redwelds and it was placed in the third drawer on the left side of Jennifer Coyne's old office.
Skeete has 9 redwelds and it was placed in the first and second drawer on left side of Jennifer Coyne's old office.
Rafael Rodriguez has 2 redwelds and I placed them in your office on 2nd chair to the left as you enter.
Portillo has 22 redwelds and will remain in the tort file room until you are ready for it.
I did not charge any files to you because you said you would do it.
Johnson and Mackhanlall are still with George Herrera since those 2 hearings were adjourned and I returned the files to him.

In my office, I still have Lowther because I am working on the judgment.
I still have Dye until you tell me where to place it.
I have Perez/Martinez until motion for summary judgment is opposed.
I have Adika until Motion to set aside is heard.
I have Arevalo until after the conference.
I have Korelis and Middleton as you know.

***Amelia Dweck, Esq.***
Executive Agency Counsel
New York City Transit Authority
Law Department, Torts Division
130 Livingston Street, Room 1117-h
Brooklyn, New York 11201
Tel #718-694-3885
Fax #718-694-1023
Email: Amelia.Dweck@nyct.com

**From:** Khahaifa, Weslii
**Sent:** Wednesday, January 29, 2020 5:51 PM
**To:** Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>
**Subject:** RE: LAWPRD-#1959898-v1-Status_report

Thank you. You forgot about the Liza Dye case. Do you have any other statutory hearings pending that may have been adjourned from another date(other than Mackhanlall)?

Please note:

1

CONFIDENTIAL                                                                                                                 NYCTA 003281

I will not be reassigning the Adika case.
I will reassign the Korelis case after conference and your motion to set aside the court order.
I will reassign Perez/Martinez after you oppose motion for summary judgment.
I will reassign Arevalo after 2/6 conference (attorney appearing at the 2/6 conference will need to be briefed on outstanding discovery, EBTs, etc. as it is not addressed in your status report).
I will reassign Middletown after 2/6 conference. You may recall this case was originally scheduled for a status conference in pt. 21 after you instituted the 3rd party action, but was adjourned to 2/6 because you didn't know it was scheduled. (attorney appearing at the 2/6 conference will need to be briefed on status of 3rd party action and any outstanding discovery, EBTs, etc. as it is not addressed in your status report).

The following cases will be reassigned immediately, please provide case files: Riddick, Johnson, Skeete, Rodriguez, Mackhanlall and Portillo.

---

**From:** Yehoshua, Amelia
**Sent:** Wednesday, January 29, 2020 5:09 PM
**To:** Khahaifa, Weslii <Weslii.Khahaifa@nyct.com>
**Subject:** LAWPRD-#1959898-v1-Status_report

Weslii,
Attached is my status report related to all of my pending cases in New York County.
Amelia

CONFIDENTIAL                                                                                                   NYCTA 003282

| | |
|---|---|
| **To:** | Yehoshua, Amelia[Amelia.Yehoshua@nyct.com] |
| **Cc:** | Urbont, Lisa[Lisa.Hodes-Urbont@nyct.com] |
| **From:** | Khahaifa, Weslii |
| **Sent:** | 2020-03-10T17:36:35Z |
| **Importance:** | Normal |
| **Subject:** | RE: status of NY cases that have not yet been reassigned |
| **Received:** | 2020-03-10T17:36:00Z |

Hi Amelia,

Please provide the status of the cases listed below ASAP.

Thanks,

*Weslii Khahaifa, Esq.*
*Borough Litigation Chief, New York County*
*130 Livingston Street, 11th Fl.*
*Brooklyn, New York 11201*
*(718)694-3991 Telephone*
*(718)694-1023 Fax*

**From:** Khahaifa, Weslii
**Sent:** Monday, February 24, 2020 2:54 PM
**To:** Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>
**Cc:** Urbont, Lisa <Lisa.Hodes-Urbont@nyct.com>
**Subject:** status of NY cases that have not yet been reassigned

Hi Amelia,

Please provide the status of the following at your earliest convenience:

Middleton- response to 2nd 3rd party defendants discovery demands, opposition to 2nd 3rd party's motion.

Perez/Martinez- opposition to plaintiff's motion for summary judgment

Arevalo-compliance with 2/6/20 court order and investigation outlined in items 5,7,8,10 & 13 of 6/28/19 email.

Dye-compliance with 1/30/20 court order.

Korelis-motion to set aside J. Kelley's court order.

Please note that these cases <u>will not</u> be reassigned until the above has been completed. Please advise when each has been completed.

Thanks,

*Weslii Khahaifa, Esq.*
*Borough Litigation Chief, New York County*
*130 Livingston Street, 11th Fl.*
*Brooklyn, New York 11201*
*(718)694-3991 Telephone*
*(718)694-1023 Fax*

| | |
|---|---|
| Importance: | Normal |
| Subject: | status of NY cases that have not yet been reassigned |
| Received: | 2020-02-24T19:54:00Z |

Hi Amelia,

Please provide the status of the following at your earliest convenience:

Middleton- response to 2nd 3rd party defendants discovery demands, opposition to 2nd 3rd party's motion.

Perez/Martinez- opposition to plaintiff's motion for summary judgment

Arevalo-compliance with 2/6/20 court order and investigation outlined in items 5,7,8,10 & 13 of 6/28/19 email.

Dye-compliance with 1/30/20 court order.

Korelis-motion to set aside J. Kelley's court order.

Please note that these cases <u>will not</u> be reassigned until the above has been completed. Please advise when each has been completed.

Thanks,

**Weslii Khahaifa, Esq.**
Borough Litigation Chief, New York County
130 Livingston Street, 11th Fl.
Brooklyn, New York 11201
(718)694-3991 Telephone
(718)694-1023 Fax

**To:** Yehoshua, Amelia[Amelia.Yehoshua@nyct.com]
**Cc:** Urbont, Lisa[Lisa.Hodes-Urbont@nyct.com]
**From:** Khahaifa, Weslii
**Sent:** 2020-06-04T20:40:17Z
**Importance:** Normal
**Subject:** Re: status of NY cases
**Received:** 2020-06-04T20:40:18Z

Hi Amelia,

I hope you and your family are well.

Please provide the updated status of the cases below.

Also, I received a call from the City attorney today on the Perez/Martinez case. He was told to contact me for consent to schedule a conference. I assume it will be a pretrial settlement conference. I will not be addressing the motion during the conference, but please provide a copy of our opposition, so that I know the particulars.

Thanks,

*Weslii Khahaifa, Esq.*
*Borough Litigation Chief, New York County*
*130 Livingston Street, 11th Fl.*
*Brooklyn, New York 11201*
*(718)694-3991 Telephone*
*(718)694-1023 Fax*

---

**From:** Khahaifa, Weslii
**Sent:** Friday, March 13, 2020 3:20 PM
**To:** Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>
**Cc:** Urbont, Lisa <Lisa.Hodes-Urbont@nyct.com>
**Subject:** RE: status of NY cases

Thank you.

**From:** Yehoshua, Amelia
**Sent:** Friday, March 13, 2020 2:15 PM
**To:** Khahaifa, Weslii <Weslii.Khahaifa@nyct.com>
**Cc:** Urbont, Lisa <Lisa.Hodes-Urbont@nyct.com>
**Subject:** RE: status of NY cases

What follows below is the status of NY cases that have not been re-assigned yet:

Quintin Lowther – Signed Judgment with Notice of Entry was e-filed and mailed today. Plaintiff will have 35 days from today to file a Notice of Appeal.

Adika – Plaintiff e-filed a Reply to my opposition to his motion to set aside the verdict today. Oral argument on motion will be on March 25th before Judge Hagler in New York Supreme. I will appear for this if the Courts are open.

Middleton- response to 2nd 3rd party defendants discovery demands, opposition to 2nd 3rd party's motion. The Response was prepared and the copies were made. Just waiting for Jawannia to complete typing it, then it could be mailed. Jawannia is out today.

Perez/Martinez- opposition to plaintiff's motion for summary judgment. Court adjourned motion until March 23rd. Still working on opp.

Arevalo-compliance with 2/6/20 court order and investigation outlined in items 5,7,8,10 & 13 of 6/28/19 email. Still working on responses.

Dye-compliance with 1/30/20 court order. This was completed. File may be re-assigned.
Korelis-motion to set aside J. Kelley's court order. Still working on motion.

CONFIDENTIAL

| | |
|---|---|
| **To:** | Yehoshua, Amelia[Amelia.Yehoshua@nyct.com] |
| **Cc:** | Urbont, Lisa[Lisa.Hodes-Urbont@nyct.com] |
| **From:** | Khahaifa, Weslii |
| **Sent:** | 2020-06-29T18:07:43Z |
| **Importance:** | Normal |
| **Subject:** | RE: Arevalo & Korelis |
| **Received:** | 2020-06-29T18:07:00Z |

Hi Amelia,

Please provide a detailed report outlining the progress/status of the Korelis case, including the motion to set aside Judge Kelley's Order and all other info regarding the guardianship.

Thanks,

*Weslii Khahaifa, Esq.*
*Borough Litigation Chief, New York County*
*130 Livingston Street, 11th Fl.*
*Brooklyn, New York 11201*
*(718)694-3991 Telephone*
*(718)694-1023 Fax*

**From:** Khahaifa, Weslii
**Sent:** Thursday, June 25, 2020 2:59 PM
**To:** Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>
**Cc:** Urbont, Lisa <Lisa.Hodes-Urbont@nyct.com>
**Subject:** RE: Arevalo & Korelis

Hi Amelia,
I'm still waiting for these reports.
Thanks,

*Weslii Khahaifa, Esq.*
*Borough Litigation Chief, New York County*
*130 Livingston Street, 11th Fl.*
*Brooklyn, New York 11201*
*(718)694-3991 Telephone*
*(718)694-1023 Fax*

**From:** Yehoshua, Amelia
**Sent:** Monday, June 22, 2020 3:52 PM
**To:** Khahaifa, Weslii <Weslii.Khahaifa@nyct.com>
**Cc:** Urbont, Lisa <Lisa.Hodes-Urbont@nyct.com>
**Subject:** RE: Arevalo & Korelis

OK

**Amelia Dweck, Esq.**
Executive Agency Counsel
New York City Transit Authority
Law Department, Torts Division
130 Livingston Street, Room 1117-h
Brooklyn, New York 11201
Tel #718-694-3885
Fax #718-694-1023
Email: Amelia.Dweck@nyct.com

**From:** Khahaifa, Weslii
**Sent:** Monday, June 22, 2020 3:49 PM
**To:** Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>
**Cc:** Urbont, Lisa <Lisa.Hodes-Urbont@nyct.com>
**Subject:** Arevalo & Korelis

Hi Amelia,

CONFIDENTIAL                                                                                           NYCTA_005493

Please provide updated progress reports for these cases. Please be sure to indicate what, if anything was done and what remains outstanding.
Thank you,

*Weslii Khahaifa, Esq.*

*Borough Litigation Chief, New York County*

*130 Livingston Street, 11th Fl.*

*Brooklyn, New York 11201*

*(718)694-3991 Telephone*

*(718)694-1023 Fax*

---

**From:** Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>
**Sent:** Thursday, June 11, 2020 4:37 PM
**To:** Khahaifa, Weslii <Weslii.Khahaifa@nyct.com>
**Subject:** RE: Perez case

I did not work on Arevalo. I will take a look at it when I return to the office. I'm leaving the office now.
Thanks.
***Amelia Dweck, Esq.***
Executive Agency Counsel
New York City Transit Authority
Law Department, Torts Division
130 Livingston Street, Room 1117-h
Brooklyn, New York 11201
Tel #718-694-3885
Fax #718-694-1023
Email: Amelia.Dweck@nyct.com
**From:** Khahaifa, Weslii
**Sent:** Thursday, June 11, 2020 4:16 PM
**To:** Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>
**Subject:** Re: Perez case

That's fine. Thank you.
Please provide the status for the Arevalo case.
Thanks,

*Weslii Khahaifa, Esq.*

*Borough Litigation Chief, New York County*

*130 Livingston Street, 11th Fl.*

*Brooklyn, New York 11201*

*(718)694-3991 Telephone*

*(718)694-1023 Fax*

---

**From:** Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>

CONFIDENTIAL

**Sent:** Thursday, June 11, 2020 3:29 PM
**To:** Khahaifa, Weslii <Weslii.Khahaifa@nyct.com>
**Subject:** Perez case

Weslii,

Now that I have completed my assignment on the Perez matter, I will be leaving the file with all of the motion papers on top, in front of the door to your office in case you need the file before the conference. This way, you won't have to look for it in my office. It will be easier to find. If you want me to put it somewhere else, let me know. I will be here for another hour or so.

By the way, I completed the Middleton discovery. I am just waiting for a day next week or the week after to get together with Anne Toibman to put it all together and send out since she has all of the file contents in her work station.

I am continuing to work on Korelis. I have to make a couple of motions on Korelis. Jim Berkson gave me cases and prior motions that he has made on the same subject. Specifically, I am in the process of making a motion to transfer the case back to New York from Nassau County for a number of reasons. Next week I will complete it and I will send you a copy.

**Amelia Dweck, Esq.**
Executive Agency Counsel
New York City Transit Authority
Law Department, Torts Division
130 Livingston Street, Room 1117-h
Brooklyn, New York 11201
Tel #718-694-3885
Fax #718-694-1023
Email: Amelia.Dweck@nyct.com