# Exhibit H

| | |
|---|---|
| To: | Yehoshua, Amelia[Amelia.Yehoshua@nyct.com] |
| Cc: | Thompson, Adrian[Adrian.Thompson@nyct.com] |
| From: | Khahaifa, Weslii |
| Sent: | 2019-07-17T20:28:09Z |
| Importance: | Normal |
| Subject: | new assignments |
| Received: | 2019-07-17T20:28:00Z |

Hi Amelia,

I am assigning the cases below to you as follows:

1. BU-17-07-15-23-001   Oswaldo Arevalo- for all purposes.  Please retrieve and review file ASAP.  Please note the EBT of plaintiff is scheduled for 9/25/19 at 11am. Please follow up for all outstanding investigation and discovery prior to the deposition.
2. TA-17-08-06-01-001    Alexander Wood &#8211; for all purposes.  Please retrieve and review file ASAP.  Please note that the EBT of plaintiff is scheduled for 9/6/19 at 10:30am.  Please comply with PC order and follow up for all outstanding investigation and discovery prior to the deposition.
3. BU-16-09-09-19-001   Catherine Gay &#8211; for all purposes. Please retrieve and review file ASAP. Pretrial conference is scheduled for 8/13/19. No trial date assigned yet.  Please be prepared to conference the case on 8/13.
4. TA-15-12-01-13-001    Anis Khalil &#8211; for trial. Please retrieve and review file ASAP.  Jury selection is scheduled for 9/26/19.
5. BU-12-04-22-07-001   Stephanie Adika &#8211; for trial. Please retrieve and review file ASAP. Final pretrial conference scheduled for 9/24/19. Jury selection scheduled for 11/7.

Weslii Khahaifa, Esq.
Borough Litigation Chief, New York County
130 Livingston Street, 11th Fl.
Brooklyn, New York 11201
(718)694-3991 Telephone
(718)694-1023 Fax