# Exhibit I

**To:** Yehoshua, Amelia[Amelia.Yehoshua@nyct.com]
**From:** Khahaifa, Weslii
**Sent:** 2019-01-09T20:08:33Z
**Importance:** Normal
**Subject:** RE: your absence today
**Received:** 2019-01-09T20:08:00Z

Here we go again. You didn't say anything to me again today. I see that you swiped out at 9:55am and swiped back in at 1:25pm. However, I've been looking for you for the past hour to no avail. Are you in the office or out?

---

**From:** Khahaifa, Weslii
**Sent:** Monday, January 07, 2019 1:57 PM
**To:** Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>
**Subject:** your absence today

Hi Amelia,

It is unacceptable that you clocked in this morning and "left to take care of a personal matter" without advising me or clocking out. I have been in my office all morning, yet it was only after I texted you this afternoon to find out where you were that you bothered to even communicate this information to me. We have discussed this same issue on various occasions and there is no excuse for it. Please see me when you return to work tomorrow.

Thanks,

*Weslii Khahaifa, Esq.*
*Borough Litigation Chief, New York County*
*130 Livingston Street, 11th Fl.*
*Brooklyn, New York 11201*
*(718)694-3991 Telephone*
*(718)694-1023 Fax*