# Exhibit J

RE: Unit outing

Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>

Thu 12/15/2016 1:01 PM

To:Khahaifa, Weslii <Weslii.Khahaifa@nyct.com>

Either date is fine with me.

*Amelia Dweck Yehoshua*
*Executive Agency Counsel*
*New York City Transit Authority*
*Law Department, Torts Division*
*130 Livingston Street, Room 1195*
*Brooklyn, New York 11201*
*Tel #718-694-3885*
*Fax #718-694-1023*
*Email: Amelia.Dweck@nyct.com*

---

**From:** Khahaifa, Weslii
**Sent:** Thursday, December 15, 2016 11:01 AM
**To:** Killings, Stacey; Thompson, Adrian; Ramos-Lima, Lilly; Yehoshua, Amelia; Vandoros, Alexandra; Coyne, Jennifer; Jerman, John; Sasso, Paul; Pimentel, Fatima
**Subject:** Unit outing

It's that time again: New York County Trial Unit's annual holiday outing.  I suggest we schedule for either 12/21 or 12/22 after work, depending on everyone's availability.  The location TBD (suggestions anyone?).  Please let me know if you cannot make either of these dates.  If I don't hear from you, I'll assume both dates are good for you.

---

**From:** Khahaifa, Weslii
**Sent:** Thursday, December 17, 2015 3:50 PM
**To:** Killings, Stacey; 'Thompson, Adrian'; 'Ramos-Lima, Lilly'; Sasso, Paul; Yehoshua, Amelia; Vandoros, Alexandra; 'Pimentel, Fatima'
**Subject:** Unit outing

Hi all,

Just wanted to confirm our celebration for this evening.  We'll be heading over to White Oak at 5pm.  White Oak is located at 138 Smith Street between Dean and Bergen.

Also, please be advised that there will be a Law Department "Holiday Toast" on 12/22 at 6pm at 132 Lounge on Montague St.  Everyone is invited.  No RSVP necessary.  Just show up if you're interested.

See you at 5!!

*Weslii Khahaifa, Esq.*
*Borough Litigation Chief, New York County*
*130 Livingston Street, 11th Fl.*
*Brooklyn, New York 11201*
*(718)694-3991 Telephone*
*(718)694-1023 Fax*

NYCTA_019911

RE: New York Trials annual holiday outing

Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>
Wed 12/18/2019 7:15 PM
To:Khahaifa, Weslii <Weslii.Khahaifa@nyct.com>

Thank you for inviting me but I will be unable to attend since I am currently on trial.
Have a drink for me.

**Amelia Dweck, Esq.**
Executive Agency Counsel
New York City Transit Authority
Law Department, Torts Division
130 Livingston Street, Room 1117-h
Brooklyn, New York 11201
Tel #718-694-3885
Fax #718-694-1023
Email: Amelia.Dweck@nyct.com

---

**From:** Khahaifa, Weslii
**Sent:** Wednesday, December 18, 2019 11:42 AM
**To:** Ramos-Lima, Lilly <Lilly.Ramos-Lima@nyct.com>; Killings, Stacey <Stacey.Killings@nyct.com>; Thompson, Adrian <Adrian.Thompson@nyct.com>; Sasso, Paul <Paul.Sasso@nyct.com>; Vandoros, Alexandra <Alexandra.Vandoros@nyct.com>; Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>; Jerman, John <John.Jerman@nyct.com>; Pimentel, Fatima <Fatima.Pimentel@nyct.com>
**Subject:** New York Trials annual holiday outing

Our annual holiday outing will take place tomorrow at 333 Lounge, located at 333 Flatbush Avenue (between Prospect Pl. and Park Pl.).  It isn't really far from her, but not walking distance. You can take the B41 bus or take to 2/3 train to Bergen Street or Grand Army Plaza or the B/Q to 7th Avenue.

Please let me know if you will attend ASAP.

Thanks,

**Weslii Khahaifa, Esq.**
*Borough Litigation Chief, New York County*
*130 Livingston Street, 11th Fl.*
*Brooklyn, New York 11201*
*(718)694-3991 Telephone*
*(718)694-1023 Fax*

---

**From:** Khahaifa, Weslii
**Sent:** Monday, December 9, 2019 4:46 PM
**To:** Ramos-Lima, Lilly <Lilly.Ramos-Lima@nyct.com>; Killings, Stacey <Stacey.Killings@nyct.com>; Thompson, Adrian <Adrian.Thompson@nyct.com>; Sasso, Paul <Paul.Sasso@nyct.com>; Vandoros, Alexandra <Alexandra.Vandoros@nyct.com>; Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>; Jerman, John

<John.Jerman@nyct.com>; Pimentel, Fatima <Fatima.Pimentel@nyct.com>
**Subject:** New York Trials annual holiday outing

Save the date: our annual outing will take place after work on Thursday, 12/19.  Location to be determine.


*Weslii Khahaifa, Esq.*
*Borough Litigation Chief, New York County*
*130 Livingston Street, 11th Fl.*
*Brooklyn, New York 11201*
*(718)694-3991 Telephone*
*(718)694-1023 Fax*

NYCTA_019913

RE: New York County Trial Unit annual holiday outing

Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>

Tue 12/19/2017 11:18 AM

To:Khahaifa, Weslii <Weslii.Khahaifa@nyct.com>

OK. I am looking forward to joining you.

*Amelia Dweck Yehoshua*
Executive Agency Counsel
New York City Transit Authority
Law Department, Torts Division
130 Livingston Street, Room 1195
Brooklyn, New York 11201
Tel #718-694-3885
Fax #718-694-1023
Email: *Amelia.Dweck@nyct.com*

---

**From:** Khahaifa, Weslii
**Sent:** Monday, December 18, 2017 9:14 AM
**To:** Coyne, Jennifer; Yehoshua, Amelia; Jerman, John; Killings, Stacey; Ramos-Lima, Lilly; Thompson, Adrian; Vandoros, Alexandra; Pimentel, Fatima
**Subject:** New York County Trial Unit annual holiday outing

Good Morning All,

Our annual outing will take place this Thursday, December 21, after work. While I have a location in mind, I have not yet confirmed and I am open to ideas/suggestions. In any event, the location will be decided by Wednesday.

Thanks,

**Weslii Khahaifa, Esq**.
*Borough Litigation Chief, New York County*
*130 Livingston Street, 11th Fl.*
*Brooklyn, New York 11201*
*(718)694-3991 Telephone*
*(718)694-1023 Fax*