# Exhibit B



October 14, 2021


**<u>Via First Class, Certified U.S. Mail</u>**
**Attn: Karl J. Sleight, Esq.**
**Harris Beach, PLLC**
**Attorneys at Law**
**100 Wall Street**
**New York, NY 10005**
**(518) 701-2716**

**Amelia Yehoshua, Executive Agency Counsel**
**2211 Avenue T, Apt 2**
**Brooklyn, NY 11229**


Re:     Amelia (Dweck) Yehoshua (Pass #M39484)
        <u>Notice of Final Determination on Disciplinary Charges, DAN No. 21-6314-0001</u>

Dear Mr. Sleight:

This letter is in reference to the Notice of Disciplinary Charges, DAN No. 21-6314-0001, issued on or about March 29, 2021 (the "DAN") and your letter of appeal (the "Appeal") dated April 26, 2021 submitted on behalf of Amelia (Dweck) Yehoshua.

Based on my review of your April 26 letter as well as relevant records and other information, the Appeal of the penalty of Dismissal from service is denied.   This determination is final.


Sincerely,

David Farber
General Counsel


cc:     T. Murphy, Law
        H. Smart, Law
        C. Costa, OLR
        File