UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
AMELIA YEHOSHUA,

                Plaintiff,

        vs.

MANHATTAN AND BRONX SURFACE
TRANSIT OPERATING AUTHORITY, THE
NEW YORK CITY TRANSIT AUTHORITY,
and WESLII KHAHAIFA,

                Defendants.
------------------------------------------------------------ X

Civil Action No. 1:21-cv-04055-FB-SJB

**DECLARATION OF GENA B. USENHEIMER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, **GENA B. USENHEIMER**, declare that:

1.    I am a member of the Bar of this Court and a partner at the law firm of Seyfarth Shaw LLP, attorneys for Defendants Manhattan and Bronx Surface Transit Operating Authority, New York City Transit Authority (collectively, "NYCTA"), and Weslii Khahaifa ("Khahaifa," collectively, "Defendants").

2.    I submit this Declaration in support of Defendants' Motion for Summary Judgment. Unless otherwise noted, I make this Declaration on the basis of my personal knowledge. Where statements are made upon information and belief, the sources of my information and the basis of my belief are the records and files maintained by my law firm, which I believe to be true and correct.

Deposition Transcripts

3.    Attached hereto as Exhibit A is a true and correct copy of the deposition transcript of Plaintiff Amelia Yehoshua, dated August 9, 2023, without exhibits.

4.    Attached hereto as Exhibit B is a true and correct copy of the deposition transcript of Defendant Weslii Khahaifa, dated November 28, 2023, without exhibits.

5. Attached hereto as Exhibit C is a true and correct copy of the deposition transcript of Lawrence Heisler, dated October 18, 2023, without exhibits.

6. Attached hereto as Exhibit D is a true and correct copy of the deposition transcript of Lisa Hodes-Urbont, dated October 12, 2023, without exhibits.

Declarations

7. Attached hereto as Exhibit E is a true and correct copy of the Declaration of Justice Kathryn E. Freed, with exhibit, executed on November 13, 2023. This document was produced to Plaintiff and bears Bates stamp numbers NYCTA 019945-019961.

8. Attached hereto as Exhibit F is a true and correct copy of the ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. This document was produced to Plaintiff and bears Bates stamp numbers NYCTA 019962-019964. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

9. Attached hereto as Exhibit G is a true and correct copy of the Declaration of Justice Suzanne Adams, executed on September 12, 2023. This document was produced to Plaintiff and bears Bates stamp number NYCTA 019965.

10. Attached hereto as Exhibit H is a true and correct copy of the Declaration of Justice Lyle E. Frank, executed on September 12, 2023. This document was produced to Plaintiff and bears Bates stamp numbers NYCTA 019966-67.

11. Attached hereto as Exhibit I is a true and correct copy of the Declaration of Justice Adam Silvera, executed on December 5, 2023. This document was produced to Plaintiff and bears Bates stamp number NYCTA 019968.

Documents

12. Attached hereto as Exhibit J is a true and correct copy of Plaintiff's job application with the City of New York. Plaintiff authenticated this document at her deposition and it was marked as Exhibit 7. This document bears Bates stamp numbers NYCTA 004171-004200.

13. Attached hereto as Exhibit K is a true and correct copy of Plaintiff's resume, produced by Plaintiff, bearing Bates stamp number P000351.

14. Attached hereto as Exhibit L is a true and correct copy of email correspondence dated February 4, 2016, produced by Plaintiff, bearing Bates stamp numbers P000312-000313.

15. Attached hereto as Exhibit M is a true and correct copy of email correspondence dated January 29, 2020, produced by Plaintiff, bearing Bates stamp number P000243.

16. Attached hereto as Exhibit N is a true and correct copy of email correspondence dated June 10, 2020, produced by Plaintiff, bearing Bates stamp number P000277.

17. Attached hereto as Exhibit O is a true and correct copy of email correspondence dated January 7, 2019, which was produced by Defendants following an exhaustive collection and review of electronically stored information. This document bears Bates stamp number NYCTA 0004701.

18. Attached hereto as Exhibit P is a true and correct copy of the MTA Office of Inspector General Report dated January 23, 2020, produced by Plaintiff, bearing Bates stamp numbers P000415-000423. Plaintiff authenticated this document at her deposition, and it was marked as Exhibit 2.

19. Attached hereto as Exhibit Q is a true and correct copy of an interview summary dated January 30, 2019, which was authenticated by Plaintiff at her deposition and marked as Exhibit 3. This document bears Bates stamp numbers NYCTA 003467-003469.

20. Attached hereto as Exhibit R is a true and correct copy of Plaintiff's Verified Complaint filed with the New York State Division of Human Rights, dated December 20, 2019. This document bears Bates stamp numbers NYCTA 012488-012497.

21. Attached hereto as Exhibit S is a true and correct copy of a Disciplinary Action Notice ("DAN") issued to Plaintiff, dated March 29, 2021, which was authenticated by Plaintiff at her deposition and marked as Exhibit 16. This document bears Bates stamp numbers NYCTA 000217-000220.

22. Attached hereto as Exhibit T is a true and correct copy of Plaintiff's Charge of Discrimination filed with the U.S. Equal Employment Opportunity Commission, dated May 25, 2021, and produced by Plaintiff. This document bears Bates stamp numbers P000358-000362.

23. Attached hereto as Exhibit U is a true and correct copy of a DAN issued to Plaintiff, dated June 12, 2020, which was produced by Plaintiff. This document bears Bates stamp numbers P000410-000411.

24. Attached hereto as Exhibit V is a true and correct copy of a letter dated February 3, 2021, produced by Plaintiff. This document bears Bates stamp number P000194.

25. Attached hereto as Exhibit W is a true and correct copy of email correspondence dated November 7, 2019, authenticated by Plaintiff at her deposition and marked as Exhibit 17. This document bears Bates stamp number NYCTA003293.

26. Attached hereto as Exhibit X is a true and correct copy of a memorandum dated August 29, 2017, authenticated by Heisler at his deposition and marked as Exhibit 3 at his deposition. This document bears Bates stamp number NYCTA000022.

27. Attached hereto as Exhibit Y is a true and correct copy of email correspondence dated January 29, 2020, produced by Plaintiff. This document bears Bates stamp numbers P000459-000460.

28. Attached hereto as Exhibit Z is a true and correct copy of email correspondence dated November 1, 2018, produced by Plaintiff. This document bears Bates stamp number P000109-000110.

29. Attached hereto as Exhibit AA is a true and correct copy of email correspondence dated January 31, 2018, which was produced by Defendants following an exhaustive collection and review of electronically stored information. This document bears Bates stamp number NYCTA 003658.

30. Attached hereto as Exhibit BB is a true and correct copy of email correspondence dated April 6, 2020, which was produced by Defendants following an exhaustive collection and review of electronically stored information. This document bears Bates stamp number NYCTA 019314.

31. Attached hereto as Exhibit CC is a true and correct copy of email correspondence dated April 14, 2020, which was produced by Defendants following an exhaustive collection and review of electronically stored information. This document bears Bates stamp numbers NYCTA 018272-018274.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

Dated: New York, New York  */s/ Gena B. Usenheimer*
July 15, 2024  **GENA B. USENHEIMER**

6