# Exhibit F

FILED UNDER SEAL

FILED UNDER SEAL

FILED UNDER SEAL