# EXHIBIT G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AMELIA YEHOSHUA,

           Plaintiff,           21-cv-04055 (FB) (SJB)

-against-

MANHATTAN AND BRONX SURFACE TRANSIT
OPERATING AUTHORITY, THE NEW YORK CITY
TRANSIT AUTHORITY, and WESLII KHAHAIFA,

           Defendants.

### DECLARATION OF JUSTICE SUZANNE ADAMS

I, Suzanne Adams, declare as follows:

1. I am an Acting Supreme Court Justice in New York State Supreme Court, County of New York, Civil Term. Unless otherwise noted, the statements made herein are based upon my personal knowledge.

2. In or around January 2020, I was assigned to handle New York City Transit Authority ("Transit") cases in Part 21 of New York County Supreme Court.

3. On or around January 23, 2020, I spoke in person with Weslii Khahaifa, who I understood to be a member of Transit management. I advised Ms. Khahaifa that I would recuse myself from any case in which Amelia Dweck Yehoshua was involved. I requested a different attorney be sent to my courtroom instead of Ms. Yehoshua.

4. When asked, I declined to share the reason for my recusal.

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct.

Executed on September 12, 2023 at New York, New York.

                                        _____
                                        JUSTICE SUZANNE ADAMS

CONFIDENTIAL