# EXHIBIT H

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AMELIA YEHOSHUA,

                Plaintiff,                21-cv-04055 (FB) (SJB)

-against-

MANHATTAN AND BRONX SURFACE TRANSIT
OPERATING AUTHORITY, THE NEW YORK CITY
TRANSIT AUTHORITY, and WESLII KHAHAIFA,

                Defendants.

## DECLARATION OF JUSTICE LYLE E. FRANK

I, Lyle E. Frank, declare as follows:

1. I am an Acting Supreme Court Justice in New York State Supreme Court, County of New York, Civil Term.

2. Unless otherwise noted, the statements made herein are based upon my personal knowledge. Where statements are made upon information and belief, the sources of my information and the basis of my belief are the records and files maintained by New York State Court System, which I believe to be true and correct.

3. In or around 2019, I presided over a trial in a case captioned *Jonathan Chinn v. NYCT*, which, upon information and belief, bore Index No. 156841/2014. Amelia Dweck Yehoshua ("Ms. Yehoshua") represented the New York City Transit Authority ("Transit") in that action.

4. On or about December 3, 2019, I met with Weslii Khahaifa in my Chambers. I understood at the time that Ms. Khahaifa was Ms. Yehoshua's supervisor at Transit.

5. I relayed my general exasperation with Ms. Yehoshua and her conduct during the *Chinn* trial, and I expressed reluctance to have Ms. Yehpshua appear in my part again.

6. I advised Ms. Khahaifa that, during the *Chinn* trial, in my opinion, Ms. Yehoshua was overly adversarial, disrespectful, and disruptive. I shared my recollection that, at certain times during the trial, Ms. Yehoshua's conduct was similar to that of my young children. I described one occasion during the trial in which I made a ruling and thereafter, Ms. Yehoshua became very angry. I also relayed to Ms. Khahaifa my observation that Ms. Yehoshua badgered the plaintiff during cross-examination. I shared my concerns that Ms. Yehoshua did not understand the law. In sum, I found Ms. Yehoshua's conduct unbecoming of an attorney.

98149638v.1

CONFIDENTIAL

7. I also relayed the above concerns regarding Ms. Yehoshua's conduct with Justice Deborah A. Kaplan in her then role as the Administrative Justice of Supreme Court, New York County, Civil Term.

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct.

Executed on September 12, 2023 at New York, New York.

_____
JUSTICE LYLE E. FRANK

2