# EXHIBIT I

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AMELIA YEHOSHUA,

            Plaintiff,           21-cv-04055 (FB) (SJB)

-against-

MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY, THE NEW YORK CITY TRANSIT AUTHORITY, and WESLII KHAHAIFA,

            Defendants.

## DECLARATION OF JUSTICE ADAM SILVERA

I, Adam Silvera, declare as follows:

1. I am the Administrative Justice for the New York State Supreme Court, County of New York, Civil Term. Unless otherwise noted, the statements made herein are made upon my personal knowledge.

2. On or around January 23, 2020, I had a conversation with Weslii Khahaifa. At the time, I knew Ms. Khahaifa to be a member of New York City Transit Authority ("Transit") management who supervised Amelia Dweck Yehoshua. I asked Ms. Khahaifa not to have Ms. Yehoshua appear in my courtroom.

3. I cannot recall Ms. Yehoshua having appeared before me prior to this discussion with Ms. Khahaifa. My request was based on complaints I heard from other Justices about Ms. Yehoshua's conduct.

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct.

Executed on  12/5 , 2023 at  New York , New York.

                                                    JUSTICE ADAM SILVERA

CONFIDENTIAL

NYCTA_019968