# EXHIBIT J

**Job Opening ID: 518751**

**Job Posting Title:** Assistant Corporation Counsel, Tort Division

## General Information

| | |
|---|---|
| **Name** | Amelia Dweck |
| **Applicant ID** | 8456275 |
| **Applicant Type** | External Applicant |
| **Applicant Status** | 010 Active |

## Contact Information

| | |
|---|---|
| **Name Prefix** | |
| **First Name** | Amelia |
| **Middle Name** | |
| **Last Name** | Dweck |
| **Name Suffix** | |
| **Address** | |
| **Preferred Contact** | Phone |

DEFENDANT'S
EXHIBIT NO.
FOR IDENTIFICATION
DATE:          RPTR:

NYCTA 004171

Resume

NYCTA 004172

Amelia Dweck
2211 Avenue T
Brooklyn, NY 11229
(917) 202-3083 | Acadia7357@yahoo.com

**Bar Status and Education**
Admitted in New York, U.S Southern and Eastern Districts, NY.
*Touro College Jacob D. Fuchsberg Law Center, Huntington, NY.*
J.D., 1996.
Honors: Certified New York State Mediator.

*Hunter College of the City of New York, New York, NY.*
B.A. in Political Science, Magna Cum Laude, 1992.
Honors: Deans List, all semesters.

**Employment**
New York City Transit Authority, Brooklyn, NY.                    2013 - 2021
*Trial Attorney in the New York and Kings Country trial units.*

- Handle cases from inception to trial or settlement. Represented all types of MTA
  employees for cases involving buses, trains or subway grates and real property.

- Conducted statutory hearings, depositions, and Court conferences.

- Appeared regularly in New York and Kings County Supreme Courts.

Morris Duffy Alonso & Faley, New York, NY.                        2003 - 2013
*Associate Attorney*

- Handled large policy cases from inception to trial, including motor vehicle,
  uninsured motorist, premises, construction and plaintiff's cases.

- Also appeared in Surrogates Court to handle infant compromise orders and
  wrongful death compromise orders.

- Extensively researched, prepared and reported to insurance companies including Geico
  and MVAIC and MTA.

Cheven Keely & Hatzis, New York, NY                               1998 - 2003
*Associate Attorney*

- Served as in-house counsel for Countrywide auto insurance company.
  Handled cases from receipt of summons and complaint to verdict, summary
  judgment, or settlement.
  Handled daily court appearances, depositions, motion practice, federal arbitration,
  mediation and jury selection.
  Conducted uninsured motorist arbitration.

Languages: Fluent in Spanish

3

Cover Letter

4

NYCTA 004174

To Managing Attorney,

I have been practicing law for the past 23 years, 8 years of which I have worked for the New York State Transit Authority as an Executive Agency Counsel and Trial Counsel in the Torts unit for New York and Brooklyn counties. I was responsible for handling serious injury and wrongful death lawsuits from the filing of the Notice of Claim until the Trial stage. The trials were unified with liability and damages being tried at the same time. In 2019, I tried 7 cases to verdict with one verdict published in the New York Law Journal (Chinn v. the New York City Transit Authority) and the other 6 verdicts published in the New York Jury Verdict Reporter. I received defense verdicts in all 7 cases and there were no payments made to any of the plaintiffs that were suing the New York City Transit Authority.

Prior to working for the Authority mentioned above, I worked for a private law firm which litigated cases on behalf of private insurance companies, namely, Geico Insurance Company. There, I was also responsible for my own case load from inception to conclusion. I tried numerous cases to verdict or entered into settlement agreements. There was a substantial amount of motion practice, depositions and discovery conferences in courts from all counties in New York.

The reason that I feel I would be a good fit for this job is because I have related job experience. Please see my attached resume.

I am hopeful for the opportunity to meet with you and am happy to provide additional information or writing samples, if necessary. I can be reached at 917-202-3083 or at acadia7357@yahoo.com. I plan to email you my law school transcript as soon as possible.

Very truly yours,

Amelia Dweck

5

NYCTA 004175

**City of New York**
**Comprehensive Personnel Document (CPD-B)**

| Job Opening ID: 518748 | Submitted Date Time: 2022-03-30T20:45:12-04:00 |
|---|---|

## CPD-B INFORMATION:

- All applicants for employment with the City of New York, including former City employees with a break in service of more than one year, are subject to investigation to determine whether they meet the qualifications for their positions. The first step in your investigation is the completion of the Comprehensive Personnel Document (CPD-B) for all Hires.
- Applicants for trade licenses may be required to complete the CPD-B as the first step in the investigation to determine their fitness and qualifications.
- All false statements made herein (with the exception of the self-identification page) can subject you to disqualification from employment even following your appointment and/or from any future employment, as well as criminal prosecution which can result in conviction of a misdemeanor, incarceration of up to one year, and/or a fine up to $1,000.
- All applicants are required to review the Affirmation Page in order to affirm that you have personally completed the CPD-B, and that everything you have entered within the CPD-B is, to the best of your knowledge and belief, true and complete. Do not print and sign this page.
- All applicants are required to review the Authorization for Release of Information. The release is used for investigation purposes when requesting information regarding education, employment, or other background information relevant to your qualifications for employment. The release is also used to request medical records from the Military for confirmation of claims made by an applicant for Disabled Veteran's Preference Credit. Do not print and sign this page.

## CPD-B INSTRUCTIONS:

- In completing the CPD-B, all questions must be answered completely and accurately.
- If you have questions pertaining to the electronic CPD-B process, please read and follow the instructions found in each section of the CPD-B or refer to the CPD-B Guidelines (PDF).

## My Profile

| Last Name | Yehoshua | | First Name | Amelia | | MI | |
|---|---|---|---|---|---|---|---|
| Name Prefix | | | Name Suffix | | | | |

| *Email Address | | acadia7357@yahoo.com | | | |
|---|---|---|---|---|---|

| Social Security Number | | | | Birth Date | | |
|---|---|---|---|---|---|---|

| Last Name | Yehoshua | | First Name | Amelia | | MI | |
|---|---|---|---|---|---|---|---|
| Name Prefix | | | Name Suffix | | | | |

| *Current Address 1 | 2211 Avenue T | | | | |
|---|---|---|---|---|---|
| Current Address 2 | | | | | |
| Country | USA | | | | |
| City | Brooklyn | | County | BROOKLYN | |
| State | NY | | Postal | 11229 | |

| *Phone Type | | *Phone | | Country Code | Extension | Preferred |
|---|---|---|---|---|---|---|
| Home | | 917/202-3083 | | | | Yes |

| Phone Type | | Phone | | Country Code | Extension | Preferred |
|---|---|---|---|---|---|---|

1

DP-2488-CPD(B)

NYCTA 004176

| Job Opening ID: 518748 | | Submitted Date Time: 2022-03-3.., _   .:12-04:00 | | |
|---|---|---|---|---|

## Profile Questionnaire

| Last Name | Yehoshua | | First Initial | A | | Soc. Sec. # | |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| *Are you legally authorized to work in the United States? | Yes |

| | |
|---|---|
| *Will you now or in the future require sponsorship for employment visa status (e.g., H1-B visa status)? | No |

| | |
|---|---|
| *If this title requires U.S. citizenship, are you a U.S. citizen?<br>(NOTE: To determine if U.S. citizenship is required for this position, refer to the qualifications section on the job posting for this position. If U.S. citizenship is not required, select "Not Applicable"). | Yes |

| | |
|---|---|
| *Are you a resident of New York City? | Yes |

| | | | |
|---|---|---|---|
| *Have you ever been employed by a New York City (NYC) Agency?<br>(If YES, state last NYC agency employed by and date separated from employment). | | | No |
| Agency | Description | Currently Employed? | Last Date Worked |

| | | | |
|---|---|---|---|
| *Are you a retiree from any retirement system administered by New York State (NYS) or any of its political subdivisions (i.e., state, county or municipality)?<br>(If YES, indicate below the pension system you belong to and agency from which you are retired. If the agency from which you retired is a Non NYC Agency, enter the name of the agency in the Non-NYC Agency text box below). | | | No |
| Pension System | Agency | Description | Non-NYC Agency Name |

| | |
|---|---|
| *Have you ever applied for employment with NYC and/or been investigated for employment by the Department of Citywide Administrative Services, the NYC Police Department or any other City agency? | No |

| | |
|---|---|
| *Were you ever barred or disqualified from a City, County, State, or Federal Job? | No |

| | |
|---|---|
| *Were you ever disciplined (i.e., suspended, demoted, reprimanded, fined, fired, terminated, discharged) in any position by either a public or private employer? | No |

| | |
|---|---|
| *Did you ever resign from a job while disciplinary action was pending against you? | No |

| | |
|---|---|
| *Have you ever resigned from a job to avoid termination or disciplinary action? | No |

| | |
|---|---|
| *Did you claim and use veteran's (V) or disabled veteran's (D) preference credits for this position? If YES, indicate "V" or "D" | No |

| | | |
|---|---|---|
| *Have you ever used your Veteran's preference credits before for a civil service appointment or promotion with NY State or any of its political subdivisions? (If YES, indicate agency below). | | No |
| Agency | | Description |

| | |
|---|---|
| *In the past 24 months, has there been a finding that you violated an employer's Equal Employment Opportunity policy or a law prohibiting employment discrimination? | No |

2

DP-2488-CPD(B)

NYCTA 004177

| Job Opening ID: 518748 | Submitted Date Time: 2022-03-30T20:45:12-04:00 |
|---|---|

## Employment

| Last Name | Yehoshua | First Initial | A | Soc. Sec. # | |
|---|---|---|---|---|---|

### INSTRUCTIONS:

- Start with your present job and work back to the time you left high school. Do not omit any jobs or required information. You may include any relevant, paid experience prior to high school.
- Indicate the percentage of time spent for each duty. Total percentage (%) should equal 100%.
- You must state "Reason for Leaving" each job.
- Where placed by a temporary agency or through a union referral, specify the name and address of both the temporary agency/union and those work placements which exceeded six months.
- If you have supervised employees indicate the number and titles of employees you have supervised directly and/or indirectly. Direct Supervision is where employees report directly to you. Indirect supervision is the supervision of employees who are two levels or more removed from you (i.e., you supervise their supervisor, employee reports through someone else to you).
- NOTE: If you have two jobs with the same Start Date, please enter the original Start Date on the first job (e.g. 02/01/2011) and enter the next day (e.g. 02/02/2011) for the second job.

| *Do you have any work experience? (Yes/No) | | | | | | Yes |
|---|---|---|---|---|---|---|

| *Start Date | 08/07/2021 | *End Date | | | *Hours Per Week | 40.0 |
|---|---|---|---|---|---|---|

| Currently Employed | Yes |
|---|---|
| Self Employed | No |

| Type of Job (Full Time/Part time) | Full Time |
|---|---|

| *Company Still in Business? (Y/N/Unknown) | | *Last Salary$ | | *Pay Frequency | | Unpaid |
|---|---|---|---|---|---|---|
| Yes | | 150000 | | Bi-weeky | | Paid |
| *Job Title | Attorney | | | | | |
| *Employer | Miranda Sloan Sklarin Veryenio | | | | | |
| Phone # | 516/741-7676 | | | | | |
| Street Address | 240 Mineola Blvd | | | | | |
| *City | Mineola | | | | | |
| State | NY | Postal | 11501 | | | |
| County | N | | | | | |
| *Country | USA | | | | | |

| Supervisor Name | Supervisor Title | Phone Number | Email Address |
|---|---|---|---|
| Andrew Kaufman | Supervisor | 516-741-7676 | Akaufman@msssv.com |

| *Reason for Leaving |
|---|
| Job commute is too far. |

| *Duties (include number/title of employees supervised directly/indirectly). Applicants should provide a breakdown of their duties. Do not combine duties. List each job duty in a separate box. Click on the plus (+) sign to add each additional job duty. Click on the minus (-) sign to delete a selected job duty. | *List % of time for each duty (must total 100%) |
|---|---|
| - Depositions + court conferences + reporting to carriers | 100 |

| *Start Date | 04/22/2013 | *End Date | 04/05/2021 | *Hours Per Week | 40.0 |
|---|---|---|---|---|---|

| Currently Employed | No |
|---|---|
| Self Employed | No |

| Type of Job (Full Time/Part time) | Full Time |
|---|---|

| *Company Still in Business? (Y/N/Unknown) | | *Last Salary$ | | *Pay Frequency | | Unpaid |
|---|---|---|---|---|---|---|
| Yes | | 141000 | | Bi-weeky | | Paid |
| *Job Title | Executive Agency Counsel | | | | | |
| *Employer | New York City Transit Authorit | | | | | |
| Phone # | 516/426-9730 | | | | | |
| Street Address | 130 Livingston Street | | | | | |
| *City | Brooklyn | | | | | |
| State | NY | Postal | 11201 | | | |
| County | B | | | | | |
| *Country | USA | | | | | |

3

DP-2488-CPD(B)

NYCTA 004178

| Supervisor Name | | Supervisor Title | Phone Number | | Email Address |
|---|---|---|---|---|---|
| Lisa Urbont | | Supervisor | 516-426-9730 | | lisaurbont3333@gmail.com |

| *Reason for Leaving |
|---|
| Wanted more money |

| *Duties (Include number/title of employees supervised directly/indirectly). Applicants should provide a breakdown of their duties. Do not combine duties. List each job duty in a separate box. Click on the plus (+) sign to add each additional job duty. Click on the minus (-) sign to delete a selected job duty. | *List % of time for each duty (must total 100%) |
|---|---|
| •   Participate in the following: Jury Selection, Depositions, Statutory Hearings, Trials, Court conferences in all counties. | 100 |

| *Start Date | 09/09/2003 | | *End Date | | 04/19/2013 | | *Hours Per Week | 40.0 |
|---|---|---|---|---|---|---|---|---|

| Currently Employed | No |
|---|---|
| Self Employed | No |

| Type of Job (Full Time/Part time) | Full Time |
|---|---|

| *Company Still in Business? (Y/N/Unknown) | | *Last Salary$ | | *Pay Frequency | | Unpaid |
|---|---|---|---|---|---|---|
| Yes | | 110000 | | Bi-weekly | | Paid |
| *Job Title | Associate | | | | | |
| *Employer | Morris Duffy Alonso & Faley | | | | | |
| Phone # | 201/681-9459 | | | | | |
| Street Address | 2 Rector Street | | | | | |
| *City | New York | | | | | |
| State | NY | Postal | 10005 | | | |
| County | | | | | | |
| *Country | USA | | | | | |

| Supervisor Name | | Supervisor Title | Phone Number | | Email Address |
|---|---|---|---|---|---|
| Maureen Fearon | | Supervisor | 201-681-9459 | | mfearon@mdafny.com |

| *Reason for Leaving |
|---|
| I wanted to earn more money. |

| *Duties (Include number/title of employees supervised directly/indirectly). Applicants should provide a breakdown of their duties. Do not combine duties. List each job duty in a separate box. Click on the plus (+) sign to add each additional job duty. Click on the minus (-) sign to delete a selected job duty. | *List % of time for each duty (must total 100%) |
|---|---|
| •   Handled cases from inception to trial+Conducted deposition+appeared in surrogates court, supreme court and federal court. | 100 |

| *Start Date | 09/14/1998 | | *End Date | | 09/05/2003 | | *Hours Per Week | 40.0 |
|---|---|---|---|---|---|---|---|---|

| Currently Employed | No |
|---|---|
| Self Employed | No |

| Type of Job (Full Time/Part time) | Full Time |
|---|---|

| *Company Still in Business? (Y/N/Unknown) | | *Last Salary$ | | *Pay Frequency | | Unpaid |
|---|---|---|---|---|---|---|
| Yes | | 90000 | | Month | | Paid |
| *Job Title | Associate | | | | | |
| *Employer | Cheven Keely & Hatzis | | | | | |
| Phone # | | | | | | |
| Street Address | 40 Wall Street | | | | | |
| *City | New York | | | | | |
| State | NY | Postal | | | | |
| County | | | | | | |
| *Country | USA | | | | | |

| Supervisor Name | | Supervisor Title | Phone Number | | Email Address |
|---|---|---|---|---|---|
| Harry Keely | | Supervisor | | | |

| *Reason for Leaving |
|---|
| I wanted to earn more money |

4

DP-2488-CPD(B)

NYCTA 004179

| *Duties (Include number/title of empl: supervised directly/indirectly). Applicants should provide a breakdown of their duties. Do not combine duties. List each job duty in a separate box. Click on the plus (+) sign to add each additional job duty. Click on the minus (-) sign to delete a selected job duty. | *List % of time for each duty (must total 100%) |
|---|---|
| • Served as in-house counsel for Countrywide Insurance company+handled small policy cases from inception through verdict+ conducted depositions and examinations under oath+ attended court conferences | 100 |

| *Start Date | 07/08/1996 | *End Date | 09/11/1998 | *Hours Per Week | 40.0 |
|---|---|---|---|---|---|

| Currently Employed | No |
|---|---|
| Self Employed | No |

| Type of Job (Full Time/Part time) | | Full Time |
|---|---|---|

| *Company Still in Business? (Y/N/Unknown) | | *Last Salary$ | *Pay Frequency | | Unpaid |
|---|---|---|---|---|---|
| Unknown | | 60000 | Bi-weeky | | Paid |
| *Job Title | | Legal Assistant | | | |
| *Employer | | Bivona & Cohen | | | |
| Phone # | | | | | |
| Street Address | | | | | |
| *City | | New York | | | |
| State | NY | Postal | | | |
| County | | | | | |
| *Country | USA | | | | |

| Supervisor Name | Supervisor Title | Phone Number | Email Address |
|---|---|---|---|
| Jan Rytkogel | Partner | | |

| *Reason for Leaving |
|---|
| I wanted to work as an Attorney |

| *Duties (Include number/title of employees supervised directly/indirectly). Applicants should provide a breakdown of their duties. Do not combine duties. List each job duty in a separate box. Click on the plus (+) sign to add each additional job duty. Click on the minus (-) sign to delete a selected job duty. | *List % of time for each duty (must total 100%) |
|---|---|
| • Conducted legal research+ attended asbestos litigation depositions+ clerical duties | 100 |

| *Start Date | 09/11/1995 | *End Date | 08/14/1996 | *Hours Per Week | 7.0 |
|---|---|---|---|---|---|

| Currently Employed | No |
|---|---|
| Self Employed | No |

| Type of Job (Full Time/Part time) | | Part Time |
|---|---|---|

| *Company Still in Business? (Y/N/Unknown) | | *Last Salary$ | *Pay Frequency | | Unpaid |
|---|---|---|---|---|---|
| Yes | | | Month | | UnPaid |
| *Job Title | Law Intern | | | | |
| *Employer | Judge Mark Finkelstein | | | | |
| Phone # | | | | | |
| Street Address | | | | | |
| *City | Brooklyn | | | | |
| State | NY | Postal | | | |
| County | | | | | |
| *Country | USA | | | | |

| Supervisor Name | Supervisor Title | Phone Number | Email Address |
|---|---|---|---|
| Judge Finkelstein | Civil Court Judge | | |

| *Reason for Leaving |
|---|
| The year long internship ended |

| *Duties (Include number/title of employees supervised directly/indirectly). Applicants should provide a breakdown of their duties. Do not combine duties. List each job duty in a separate box. Click on the plus (+) sign to add each additional job duty. Click on the minus (-) sign to delete a selected job duty. | *List % of time for each duty (must total 100%) |
|---|---|
| • Conducted legal research on housing court matters+assisted Judge with written orders and court calendar | 100 |

| *Start Date | 09/13/1993 | *End Date | 06/19/1995 | *Hours Per Week | 20.0 |
|---|---|---|---|---|---|

DP-2488-CPD(B)

NYCTA 004180

| Currently Employed | | | No | | |
|---|---|---|---|---|---|
| Self Employed | | | No | | |

| Type of Job (Full Time/Part time) | | | Part Time | | |
|---|---|---|---|---|---|

| *Company Still in Business? (Y/N/Unknown) | *Last Salary$ | | *Pay Frequency | | Unpaid |
|---|---|---|---|---|---|
| Yes | 10000 | | Month | | Paid |
| *Job Title | Legal Assistant | | | | |
| *Employer | Westlaw Research | | | | |
| Phone # | | | | | |
| Street Address | | | | | |
| *City | Huntington | | | | |
| State | NY | Postal | | | |
| County | | | | | |
| *Country | USA | | | | |

| Supervisor Name | | Supervisor Title | Phone Number | Email Address | |
|---|---|---|---|---|---|

| *Reason for Leaving | | | | | |
|---|---|---|---|---|---|
| I wanted to do an Internship for Judge Finkelstein | | | | | |

| *Duties (Include number/title of employees supervised directly/indirectly). Applicants should provide a breakdown of their duties. Do not combine duties. List each job duty in a separate box. Click on the plus (+) sign to add each additional job duty. Click on the minus (-) sign to delete a selected job duty. | | | *List % of time for each duty (must total 100%) | | |
|---|---|---|---|---|---|
| • Assisted law students with legal research+had short classes on how to research on Westlaw | | | 100 | | |

| *Start Date | 08/17/1992 | *End Date | 07/20/1993 | *Hours Per Week | 35.0 |
|---|---|---|---|---|---|

| Currently Employed | | | No | | |
|---|---|---|---|---|---|
| Self Employed | | | No | | |

| Type of Job (Full Time/Part time) | | | Full Time | | |
|---|---|---|---|---|---|

| *Company Still in Business? (Y/N/Unknown) | | *Last Salary$ | *Pay Frequency | | Unpaid |
|---|---|---|---|---|---|
| Yes | | 25000 | Bi-weekly | | Paid |
| *Job Title | | Local Initiatives Support Corp | | | |
| *Employer | | Administrative Assistant | | | |
| Phone # | | | | | |
| Street Address | | | | | |
| *City | NY | | | | |
| State | NY | Postal | | | |
| County | | | | | |
| *Country | USA | | | | |

| Supervisor Name | | Supervisor Title | Phone Number | Email Address | |
|---|---|---|---|---|---|

| *Reason for Leaving | | | | | |
|---|---|---|---|---|---|
| I wanted to focus on my studies. | | | | | |

| *Duties (Include number/title of employees supervised directly/indirectly). Applicants should provide a breakdown of their duties. Do not combine duties. List each job duty in a separate box. Click on the plus (+) sign to add each additional job duty. Click on the minus (-) sign to delete a selected job duty. | | | *List % of time for each duty (must total 100%) | | |
|---|---|---|---|---|---|
| • Assisted with secretarial duties+clerical support+ | | | 100 | | |

| *Start Date | 09/16/1991 | *End Date | 06/29/1992 | *Hours Per Week | 25.0 |
|---|---|---|---|---|---|

| Currently Employed | | | No | | |
|---|---|---|---|---|---|
| Self Employed | | | No | | |

| Type of Job (Full Time/Part time) | | | Part Time | | |
|---|---|---|---|---|---|

| *Company Still in Business? (Y/N/Unknown) | *Last Salary$ | | *Pay Frequency | | Unpaid |
|---|---|---|---|---|---|
| Yes | | | Month | | UnPaid |
| *Job Title | Public Service Scholar | | | | |

6

DP-2488-CPD(B)

| *Employer | Hunter | | | |
|---|---|---|---|---|
| Phone # | | | | |
| Street Address | | | | |
| *City | New York | | | |
| State | NY | Postal | | |
| County | | | | |
| *Country | USA | | | |

| Supervisor Name | Supervisor Title | Phone Number | Email Address |
|---|---|---|---|
| | | | |

**\*Reason for Leaving**
The Public Service Scholar program ended

| *Duties (include number/title of employees supervised directly/indirectly). Applicants should provide a breakdown of their duties. Do not combine duties. List each job duty in a separate box. Click on the plus (+) sign to add each additional job duty. Click on the minus (-) sign to delete a selected job duty. | *List % of time for each duty (must total 100%) |
|---|---|
| • Assisted Linda Howard in the Recruitment unit for new attorneys to the law department+put together files+clerical work | 100 |

DP-2488-CPD(B)

NYCTA 004182

| Job Opening ID: 518748 | Submitted Date Time: 2022-03- | :12-04:00 |
|---|---|---|

## Unemployment

| Last Name | Yehoshua | First Initial | A | Soc. Sec. # | |
|---|---|---|---|---|---|

### INSTRUCTIONS:

- Start with your most current period of unemployment where you were unemployed for over four months and work back to the time you left high school. Do not omit any periods of unemployment spanning four months or more.
- Add a separate Unemployment History section for each period of time you were unemployed.
- State how you supported yourself in the Comment(s) box below.

| *Have you ever been unemployed for over four months since you left high school? (Yes/No) | | | Yes |
|---|---|---|---|

| *Begin Date | 09/18/1988 | *End Date | 08/19/1991 |
|---|---|---|---|
| **Currently Unemployed** | No | | |
| *Comment(s) | I was attending Hunter college full time and I did not work. I lived with my parents at home and they supported me. | | |

DP-2488-CPD(B)

8

| Job Opening ID: 518748 | Submitted Date Time: 2022-03-30T20:45:12-04:00 |
|---|---|

## Education

| Last Name | Yehoshua | First Initial | A | Soc. Sec. # | |
|---|---|---|---|---|---|

## INSTRUCTIONS:

- Start with the School you attended last and work back in time.
- Complete ALL fields that apply to you. Include Internships, Certificate programs, residences, fellowships, etc.
- If you have a high school equivalency diploma or GED, list the year and month in which it was issued and the name of the state issuing agency.

## ADDITIONAL INFORMATION:

- Claimed education qualifications must be supported by original transcripts, diplomas, certificates, etc.
- If you were educated in a foreign country, you will be required to have an approved foreign education evaluation service submit an original evaluation directly to the agency within eight weeks of the date of the request. A list of evaluation services will be provided by your Agency Personnel Officer. If you previously had an evaluation done, you should request that the service send a certified duplicate original directly to the agency.

**Highest Education Level:** J-Doctorate (Academic)

| *Attended From | 08/12/1988 | To | | | | Total Credits | |
|---|---|---|---|---|---|---|---|
| Credits In Major | | | | Major | Political Science | | |
| Degree | Bachelor of Arts | Average Grade | A | | Course Type (Semester (S) Trimester (T) Quarter (Q) Other(O)) | | |
| Other | | | | | | | |

| *School/Institution | Hunter College | | | Graduated? (YES/NO) | Yes |
|---|---|---|---|---|---|
| *Street | 695 Park Avenue | | | Date Degree or Diploma Received | 06/22/1992 |
| City | Ny | | | | |
| State | NY | Postal | | | |
| County | Other | | | | |
| Country | | USA | | Total Hours Completed | |
| Registrar's Email Address | | | | Registrar's Phone Number | |

| *Attended From | 02/13/1995 | To | 05/15/1995 | | | Total Credits | |
|---|---|---|---|---|---|---|---|
| Credits In Major | | | | Major | Mediator Certificate | | |
| Degree | Certificate | Average Grade | | | Course Type (Semester (S) Trimester (T) Quarter (Q) Other(O)) | | |
| Other | | | | | | | |

| *School/Institution | Touro College Jacob D. Fuchsberg Law Center | | | Graduated? (YES/NO) | Yes |
|---|---|---|---|---|---|
| *Street | 300 Nassau Road | | | Date Degree or Diploma Received | 05/15/1995 |
| City | Huntington | | | | |
| State | NY | Postal | 11743 | | |
| County | Suffolk | | | | |
| Country | | USA | | Total Hours Completed | |
| Registrar's Email Address | | | | Registrar's Phone Number | |

| *Attended From | 09/13/1993 | To | 06/24/1996 | | | Total Credits | |
|---|---|---|---|---|---|---|---|
| Credits In Major | | | | Major | Law | | |
| Degree | Juris Doctor | Average Grade | A | | Course Type (Semester (S) Trimester (T) Quarter (Q) Other(O)) | | |
| Other | | | | | | | |

| *School/Institution | Touro College Jacob D. Fuchsberg Law Center | | | Graduated? (YES/NO) | Yes |
|---|---|---|---|---|---|
| *Street | 2211 Avenue T | | | Date Degree or Diploma Received | 06/30/1998 |
| City | Brooklyn | | | | |
| State | NY | Postal | 11229 | | |
| County | Kings | | | | |
| Country | | USA | | Total Hours Completed | |
| Registrar's Email Address | | | | Registrar's Phone Number | |

9

DP-2488-CPD(B)

| Job Opening ID: 518748 | Submitted Date Time: 2022-03-30 ฟว. .ว5:12-04:00 |
|---|---|

## Licenses

| Last Name | Yehoshue | First Initial | A | Soc. Sec. # | |
|---|---|---|---|---|---|

### INSTRUCTIONS:

- Applicant: Complete this section only if the position you are applying for requires a valid motor vehicle license.
- Please enter U.S issued driver's license information only.

### ADDITIONAL INFORMATION:

- You will be required to submit your license for confirmation later in the pre-employment process. You may also be required to produce a current motor vehicle abstract of your driving record if the position requires a driver's license.

- Note Regarding Vehicle Endorsement and License Restriction Codes:

   - Vehicle Endorsement: Endorsements give extra driving privileges. The vehicle endorsement code(s) appear on the front of the Commercial Driver's License after license class code(s).
   - License Restriction Code(s): License restrictions explain driving limitations. The license restriction code(s) appear on the front of the license below license class code(s) and vehicle endorsements.

| *Is a Valid Motor Vehicle License Required for this Position? (Yes/No) | No |
|---|---|

DP-2488-CPD(B)

10

NYCTA 004185

| Job Opening ID: 518748 | Submitted Date Time: 2022-03-30T20:45:12-04:00 |
|---|---|

## Traffic Violation Record

| Last Name | Yehoshua | First Initial | A | Soc. Sec. # | |
|---|---|---|---|---|---|

### INSTRUCTIONS:

- List any traffic violations and/or any pending traffic violations, including but not limited, to any charges of driving while intoxicated, or while ability is impaired, and/or that resulted in the suspension of your driver's license (i.e. DUI, DWI, DWAI, driving without insurance, moving violations, etc.). **Do NOT list parking tickets.**
- You may also state facts in favor of your employment in the Comments Box below for each traffic conviction and pending charge. These facts will be considered when the investigator reviews your case.

### ADDITIONAL INFORMATION:

- A conviction record or pending criminal charges will not necessarily disqualify you from the position for which you are applying.

| *Have you ever been convicted of a traffic violation, including but not limited to any charges of driving while intoxicated or while ability is impaired, and/or that resulted in the suspension of your driver's license (i.e. DUI, DWI, DWAI, etc.)? (Yes/No) | No |
|---|---|

DP-2488-CPD(B)

11

NYCTA 004186

| Job Opening ID: 518748 | Submitted Date Time: 2022-03-301.  ,45:12-04:00 |
|---|---|

## Professional Licenses and Certificates

| Last Name | Yehoshua | First Initial | A | Soc. Sec. # | |
|---|---|---|---|---|---|

### INSTRUCTIONS:

- Specify all other trade/professional licenses, registrations, bar admittance, permits, certification, etc. which you presently hold. Do not enter any driver's license information here.

### ADDITIONAL INFORMATION:

- You will be required to submit your license for confirmation if the position requires a trade/professional license.

| *Do you have any Professional Licenses or Certificates? (Yes/No) | Yes |
|---|---|

| *Was a license held by you ever suspended, restricted or revoked? (If YES, specify type of license, action taken, from/to date and reason for action in the Comments box below). (Yes/No) | No |
|---|---|
| Comment(s) | |

| *Have you ever been censured or disciplined by any licensing organization? (If YES, specify type of license, action taken, from/to date and reason for action in the Comments box below). (Yes/No) | No |
|---|---|
| Comment(s) | |

### Professional License and Certificate Details

| *License/Certificate | Attorney |
|---|---|
| Issued by | New York State Supreme Court |
| License/Certificate Number | 2801734 |
| Date Issued | |
| Expiration Date | 08/28/2024 |

DP-2488-CPD(B)

12

NYCTA 004187

| Job Opening ID: 518748 | Submitted Date Time: 2022-03-30T2u:45:12-04:00 |
|---|---|

## U.S. Military Service

| Last Name | Yehoshua | First Initial | A | | Soc. Sec. # | | |
|---|---|---|---|---|---|---|---|

### INSTRUCTIONS:

- Enter your military history per branch of service, if active or as it appears on you discharge or separation papers.
- Enter your overall dates of military service in the "Entry Date" and "Discharge Date" fields. These dates are fixed, regardless of breaks in service or time lost.
- Enter your dates of active military service in the "Dates of Active Service From/To Date" fields.
- Enter your military Rank in the "Other Rank" text box if your military rank is not listed in the "Rank" look-up.

### ADDITIONAL INFORMATION:

- You will be required to submit your Certificate of Release or Discharge from Active Duty (DD-214) if you served in the Armed Forces of the United States of America.
- Service in the Armed Forces of the United States does not necessarily qualify you for Veteran's or Disabled Veteran's Preference (VP/DVP) on the civil service list.

| *Have you ever served in the Armed Forces of the U.S.? (Yes/No) | No |
|---|---|
| *Are you an active Guard/Reservist? (Yes/No) | No |

13

DP-2488-CPD(B)

NYCTA 004188

| Job Opening ID: 518748 | Submitted Date Time: 2022-03-: | ~12-04:00 |
|---|---|---|

### Residence

| Last Name | Yehoshua | First Initial | A | Soc. Sec. # | |
|---|---|---|---|---|---|

**INSTRUCTIONS:**

- Please provide your current address.

**ADDITIONAL INFORMATION:**

- If you are a New York City resident, you will be required to provide satisfactory proof of current residence (e.g., utility bills, bank statements, credit card statements, etc.).
- You will affirm adherence to the NYC residency requirements by signing the CPD-B Affirmation upon request.

**Residence Details**

| Current Address? Yes/No | Yes |
|---|---|
| *Address1 | 2211 Avenue T |
| Address2 | |
| City | Brooklyn |
| County | BROOKLYN |
| *State | NY |
| Country | USA |
| *Postal Code | 11229 |

14

NYCTA 004189

| Job Opening ID: 518748 | Submitted Date Time: 2022-03-30T2u:45:12-04:00 |
|---|---|

## Conviction Record

| Last Name | Yehoshua | First Initial | A | Soc. Sec. # | |
|---|---|---|---|---|---|

## INSTRUCTIONS:

You must list **EVERY** conviction to the best of your recollection. **Do not include traffic violations or other violations.**

- You may also state facts in favor of your employment in the Comment(s) box below for each conviction. These facts will be considered when the investigator reviews your case.
- If you are unsure whether you were considered a youth offender, enter the offense(s) and provide details in the Comments Box below for each conviction and pending charge.

## ADDITIONAL INFORMATION:

- You must report all convictions for felonies and misdemeanors. A plea of guilty is a conviction even if you were never imprisoned, only paid a fine, were conditionally or unconditionally discharged or received a Certificate of Relief from Disabilities. You are not considered a youthful offender just because of your age at the time of the offense. Only a court can determine youthful offender status.
- A conviction record will not necessarily disqualify you from the position for which you are applying.

| *Have you ever been convicted of a misdemeanor or felony? Answer "NO" if your conviction: (a) was sealed, expunged, or reversed on appeal; (b) was for a violation, infraction, or other petty offense such as "disorderly conduct;" (c) resulted in a youthful offender or juvenile delinquency finding; or (d) if you withdrew your plea after completing a court program and were not convicted of a misdemeanor or felony. (Yes/No) | No |
|---|---|

**List all convictions below**

DP-2488-CPD(B)

15

| Job Opening ID: 518748 | Submitted Date Time: 2022-03-3ʋ. | ,5:12-04:00 |
|---|---|---|

## Pending Charges

| Last Name | Yehoshua | First Initial | A | Soc. Sec. # | |
|---|---|---|---|---|---|

### INSTRUCTIONS:

- You must list EVERY pending charge to the best of your recollection. Do not include traffic violations.
- You may also state facts in favor of your employment in the Comment(s) box below for each conviction and pending charge. These facts will be considered when the investigator reviews your case.

### ADDITIONAL INFORMATION:

- A pending criminal charge will not necessarily disqualify you from the position for which you are applying.

| *Are any criminal charges pending against you, excluding traffic violations? (Yes/No) | No |
|---|---|

List all pending charges below

16

NYCTA 004191

| Job Opening ID: 518748 | Submitted Date Time: 2022-03-30 | :12-04:00 |
| --- | --- | --- |

## Firefighter/Police/Peace Officer or Special Patrolman Applicants Only - Arrest Record

| Last Name | Yehoshua | First Initial | A | Soc. Sec. # | |
| --- | --- | --- | --- | --- | --- |

### INSTRUCTIONS:

- List **ALL** arrests that did not result in a conviction and list the disposition (e.g., charges dismissed) to the best of your recollection. **Do not include traffic violations or Juvenile Delinquency arrests.**
- You may also state facts in favor of your employment in the Comment(s) box below for each arrest that did not result in a conviction. These facts will be considered when the investigator reviews your case.
- If you are unsure whether you were considered a youth offender, enter the offense(s) and provide details in the Comments Box below for each arrest that did not result in a conviction.

### ADDITIONAL INFORMATION:

- Offenses include felonies, misdemeanors and violations. A plea of guilty is a conviction even if you were never imprisoned, only paid a fine, were conditionally or unconditionally discharged or received a Certificate of Relief from Disabilities. You are not considered a youthful offender just because of your age at the time of the offense. Only a court can determine youthful offender status.
- A conviction record or pending criminal charges will not necessarily disqualify you from the position for which you are applying.

| *If, in your new position, you will be designated a Firefighter, Police Officer or Peace Officer (including Special Patrolman), have you had any arrests in your lifetime (excluding traffic violations and Juvenile Delinquency arrests) that did not result in convictions? (Yes/No/NA): *(Note: Select "NA" if you will not be designated a Firefighter, Police Officer or Peace Officer (including Special Patrolman)).* | No |
| --- | --- |

**List all arrests below that did not result in convictions**

DP-2488-CPD(B)

NYCTA 004192

| Job Opening ID: 518748 | Submitted Date Time: 2022-03- | 5:12-04:00 |



## CITY OF NEW YORK
## AUTHORIZATION FOR RELEASE OF INFORMATION

*I am applying for a position with, or trade license or certificate issued by, an agency within the jurisdiction of the Commissioner of the New York City Department of Citywide Administrative Services and authorize the release to the City of New York of ANY information required in order to establish my eligibility. This includes, but is not limited to, documents from any personnel files which you may maintain. I realize that should I subsequently obtain employment with another agency within the jurisdiction of the Commissioner of the New York City Department of Citywide Administrative Services, my personnel records will be transferred to that agency.*

*If this request is for military records, I hereby authorize the National Personnel Records Center, St. Louis, Mo., or other custodian of my military records, to release to the City of New York ALL information in, or provide photocopies of, my military personnel and related medical records. This should include a photocopy of my Form DD214 (Report of Separation.)*

| FULL NAME | Yehoshua Amelia |
| SOCIAL SECURITY NUMBER: (PRINT) | |

SIGNATURE OF APPLICANT:   **Amelia Dweck**            DATE: **2022-03-30T20:45:01-04:00**

**\*APPLICANTS, FOR ASSISTANCE, SEE CPD-B APPLICANT GUIDELINES PAGE 20.**

**\*APPLICANTS DO NOT WRITE BELOW THIS LINE.**

State of New York        SS
County of New York

This is to certify that this is a **true copy** of an authorization currently in the custody of the City of New York.

Authorized Signature: _____ Date: _____

Title: _____ Name: _____

18

DP-2488-CPD(B)

NYCTA 004193

| Job Opening ID: 518748 | Submitted Date Time: 2022-03-30 | ):12-04:00 |
|---|---|---|

## AFFIRMATION

| Last Name | Yehoshua | First Initial | A | Soc.Sec.# | |
|---|---|---|---|---|---|

### Comprehensive Personnel Document (CPD-B)

By signing my name below, I acknowledge that my appointment or promotion depends upon my full cooperation in investigation and my meeting all applicable qualifications including medical and residency, as provided by the Civil Service Law or other applicable laws, the Personnel Rules and Regulations of the City of New York, the Notice of Examination or Class Specification, and the NYC Charter/Administrative Code/Mayoral Directive on Residence.

I understand that my background is subject to investigation and I do not object to verification or release to the City of New York of any or all information related to this application, including, but not limited to, documents from any personnel files residing with other agencies within the jurisdiction of the Commissioner of the New York City Department of Citywide Administrative Services, and that should I subsequently change employment to another agency within the jurisdiction of the Commissioner of the New York City Department of Citywide Administrative Services, my personnel files will be transferred to that agency.

Applicants may be required to undergo a State and national criminal history background investigation, which will include a fingerprint check, to determine suitability for appointment. Failure to meet the standards for the background investigation may result in disqualification.

I realize that a false statement or intentional omission of any material fact may cause me to be disqualified, even following appointment or licensure, and may lead to prosecution.

I further understand that if I have been selected for appointment or promotion from a civil service list, I have the right to request that my investigation be completed before appointment, and if such an investigation has not previously been requested and completed, I waive that right.

I also acknowledge that my employment is subject to the satisfactory completion of any applicable probationary period.

IF THIS ACTION IS PAYROLLED IN THE CITY'S PAYROLL MANAGEMENT SYSTEM (PMS), I AUTHORIZE THE PAYROLL DEDUCTION OF THE REQUIRED PERSONNEL PROCESSING FEE.

By signing below, I affirm, under the penalties of perjury, that,

I have read the instructions/information on this application and Section I of the CPD-B Applicant Guidelines, all of which are incorporated by reference and made a part of this document;

I understand the requirements and conditions stated and agree to be bound by them;

I agree to comply with the following requirements, where applicable, as outlined in Section I of the CPD-B applicant Guidelines:

1) NYC Residence Requirement Document, based upon Administrative Code and the Mayoral Directive on Residency;
2) Notification of Drug Free Workplace Policy and any additional related agency reporting requirements (all mayoral and non-mayoral appointments);
3) Personnel Order 78/9, as amended, re: Service as an Office in Political Parties (management employees in mayoral agencies serving in exempt or noncompetitive titles or serving provisionally in competitive titles);
4) Mayoral Directive 81-2 re: Computer Usage and Data Security Policy (all mayoral and non-mayoral appointments.)

### I have completed CPD-B application. Yes ( ) / No ( )

I have personally completed this application, and everything I have written within is, to the best of my knowledge and belief, true and complete.

SIGNATURE OF APPLICANT: **Amelia Yehoshua**          Date: **2022-03-30T20:45:12-04:00**

DP-2488-CPD(B)

NYCTA 004194

## P.A.R. FORM

Dated: 3 / 21 / 21

Job ID #: 518751

PAR: 518748

| | |
|---|---|
| Employee's Name: | Amelia Dweck |
| Employee's Address: | 2311 Avenue T |
| | Brooklyn, NY 11229 |
| Employee's Social Security Number: | |
| Appointment Salary: | $133,040 |
| Name of Last Employer: | Miranda Slone |
| Employer's Address: | 240 Mineola Blvd |
| | Mineola, NY |

Sex: female

Law School: Touro College, Jacob D. Fuchsberg School of Law

Race: white

Hispanic?: no

Grad Year: 1996

Division Assignment: Tort - Brooklyn

### In House Interview Results

| Last Name | First Name | Date | Grade |
|---|---|---|---|
| Pijupati | Lavanya | 2/11/22 | A - |
| Potnk | Andrew | 2/11/22 | A - |
| Evans | Gillian | 3/1/22 | A |

NYCTA 004195



THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel

## PERSONNEL INFORMATION

I acknowledge that upon my employment with the Law Department, I will have access to the following information via the agency intranet:

1. NYC Employees Retirement System
2. NYC Deferred Compensation Plan
3. NYC Flexible Spending Accounts Program
4. U.S. Saving Bonds Program
5. Office Manual
6. Employee Benefits

In addition, I acknowledge that the information above is also available at the Office of Labor Relations website: http://nyc.gov/html/olr/html/home/home.shtml

I understand that I may choose to enroll in any or all of the above benefits/investment programs listed.

I recognize that it is my responsibility to review the Office Manual and understand the provisions contained in the manual and in the above listed material, and to keep this information and any revised information that I may receive during the course of my employment.

I have been informed that this appointment is subject to final approval by the New York City Department of Citywide Administrative Services pending investigation of education and other qualifications. I agree to full cooperate with their investigative staff.

Amelia Dweck
Name (Please Print)

Amelia Dweck
Signature

3/27/2022
Date



HON. SYLVIA O. HINDS-RADIX
Corporation Counsel

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

## ACKNOWLEDGEMENT

As part of my Personnel Processing Package, I acknowledge that I have read the information on the Voluntary Defined Contribution Program (VDC) that is found on the Office of Labor Relations website, https://www1.nyc.gov/site/olr/vdc/vdchome.page in its entirety.

I affirm that I understand the content presented and the eligibility criteria(s) required for enrollment.

Amelia Dueck
Print Name

Amelia Dueck
Signature

3/27/2022
Date

cc: Personnel File



**Citywide Administrative Services**

## DESIGNATION OF BENEFICIARY FORM (FOR ALL EMPLOYEES)

As an employee of the City of New York, your family members or other persons of your choice may receive a cash benefit representing all or some of your unused annual leave, compensatory time or accrued sick leave in the event of your death. They may also receive a death benefit if your death results from an injury occurring in the course of your employment through no fault of your own. This form provides you an opportunity to designate as beneficiaries the persons who you wish to receive those payments.

**If you do not designate a beneficiary on this form, any such payment will be paid to your "estate." That means that the money will be distributed in accordance with the instructions in your Will, if you have one, or pursuant to an order of a Court under the laws of the State in which you reside, if you do not have a Will.**

**For all Non-Managerial employees:** Mayor's Executive Order No. 34 dated March 26, 1971, and Labor Relations Order No. 74/46 and its successors, describes the lump sum cash payment for accrued annual leave and accrued compensatory time and any Accidental Death Benefit of $25,000 that are to be paid upon death.

**For all Managerial employees:** Personnel Order No. 88/5, as amended, describes the lump sum cash payment for accrued annual leave, accrued sick leave and accrued compensatory time and any Accidental Death Benefit of $25,000 that are to be paid upon death.



| Name (Print) Amelia Dweck | Employee Reference Number |
|---|---|
| Title Senior Counsel | Agency Torts |

I wish to name the following persons as beneficiaries to receive any payments for accrued leave, compensatory time or accidental death to be paid upon my death:

| 1. Name and Address of Beneficiary | Date of Birth | Email and Telephone # | Relationship | % of Benefit |
|---|---|---|---|---|
| ① Yehezkel Yehoshua | | 917-486-4646 hez1ey@yahoo.com | Husband | |
| ② | | | Son | 25% |
| ③ | | | Daughter | 25% |
| ④ | | | Son | 25% |
| | | | | 100% |

(To designate additional beneficiaries see reverse side of form.)

The total % of benefit must equal 100%

**2. I do not wish to name any beneficiaries. I understand that if I do not designate a named beneficiary, all benefits will be paid to my estate and distributed under my Will or by a court, if I do not have a will.**

HC-0006 (R. 04/11/2016)          Page 1 of 2          See Reverse Side

**DESIGNATION OF BENEFICIARY FORM (FOR ALL EMPLOYEES)**

All previous designated beneficiaries are hereby cancelled and it is directed that payments be made upon my death as specified above.

Signature of Employee (DO NOT PRINT)

2211 Avenue T, Brooklyn NY
Address of Employee

Signed at (City, State)

3/27/2022
Date Signed

Signature of Witness (DO NOT PRINT)

100 Church St. NY, NY 10007
Address of Witness

New York, NY
Signed at (City, State)

3/29/22
Date Signed

**Note:** It is your responsibility to submit a new designation of beneficiary whenever changes in personal circumstances make a beneficiary designation update necessary.

1. (List additional beneficiaries below, if needed.)

| Name and Address of Beneficiary | Date of Birth | Email and Telephone # | Relationship | % of Benefit |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The total % of benefit must equal 100%

NYCTA 004199



HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

**THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007**

Muriel Goode-Trufant
Managing Attorney
Room 5-100
(212) 356-2200
mgoodetr@law.nyc.gov

May 6, 2022

Amelia Dweck
2211 Avenue T, Apt. 2
Brooklyn, NY 11229

Dear Ms. Dweck:

Your employment as a Senior Counsel with the Tort Brooklyn Unit in the Tort
Division at the Law Department is terminated as of today, Friday, May 6, 2022.

Please return to us, by mail, to the above address, your Law Department
Identification Card, keys and any other property belonging to the City.

Very truly yours,

Muriel Goode-Trufant

c: Fay Leoussis