# EXHIBIT K

Amelia Dweck
2211 Avenue T
Brooklyn, NY 11229
(917) 202-3083 | Acadia7357@yahoo.com

**Bar Status and Education**
Admitted in New York, U.S Southern and Eastern Districts, NY.

*Touro College Jacob D. Fuchsberg Law Center, Huntington, NY.*
J.D., 1996.
Honors: Certified New York State Mediator.

*Hunter College of the City of New York, New York, NY.*
B.A. in Political Science, Magna Cum Laude, 1992.
Honors: Deans List, all semesters.

**Employment**
**Miranda Slone Sklarin Verveniotis LLP**, Mineola, New York                            2021- present
*Associate Attorney*
- Handle depositions and preliminary and compliance conferences
- Prepare interim status reports to various insurance carriers
- Research legal issues and prepare, file and serve motions for summary judgement
- Handle Appellate briefs and Mediation statements

**New York City** Transit Authority, Brooklyn, NY.                                      2013 - 2021
*Trail Attorney in the trial units*
- Prepare cases for trial after the note of issue is filed
- Conducted statutory hearings, depositions, and court conferences
- Appeared regularly in New York and Kings County Supreme Courts
- Handled trials to verdict; selected juries; motions in limine
- Handled a variety of assignments including: personal injury, no fault issues and workers comp claims

**Morris Duffy** Alonso & Faley, New York, NY.                                          2003 - 2013
*Associate Attorney*
- Handled large policy cases from inception to trial including: motor vehicle, uninsured motorist, premises, construction and plaintiff's cases.
- Appeared in Surrogates Court regarding infant comprise orders and wrongful death comprise orders.
- Extensive research on complex legal issues; prepared reports to insurance companies.

**Cheven Keely & Hatzis**, New York, NY                                                 1998 - 2003
*Associate Attorney*
- Served as in-house counsel for auto insurance company.
- Tried many jury and bench trials to verdict.
- Handled daily court appearances, depositions, motion practice, federal arbitrations, and jury selection.
- Conducted uninsured motorist arbitration.

**Languages** Fluent in Spanish