# EXHIBIT M

**Yehoshua, Amelia**

**From:** Khahaifa, Weslii
**Sent:** Wednesday, January 29, 2020 11:26 AM
**To:** Yehoshua, Amelia
**Subject:** status of cases

Amelia,

As per our prior conversation with regard to your transfer to the Kings Unit, kindly provide a detailed status (including what is outstanding and any upcoming EBT, hearing and conference dates) of each of your cases that have not already been reassigned.

Thanks,

**Weslii Khahaifa, Esq.**
Borough Litigation Chief, New York County
130 Livingston Street, 11th Fl.
Brooklyn, New York 11201
(718)694-3991 Telephone
(718)694-1023 Fax

1

P000243