# EXHIBIT N

**Yehoshua, Amelia**

**From:** Yehoshua, Amelia
**Sent:** Wednesday, June 10, 2020 11:08 AM
**To:** Khahaifa, Weslii
**Cc:** Urbont, Lisa
**Subject:** RE: timesheet

Hi Weslii,
May 29th was Shavuot, a Jewish holiday but I did work from home. Since I did not have to take the train to work, I was able to work from home and observe the holiday. I had numerous cases to read on the Korelis case that Jim Berkson gave me, which is what I spent my time doing. That is why I did not put vacation on my timesheet. If I had to take the train to work or prepare a Passover seder, then I would have put vacation on my timesheet. (I did take 4 vacation days for the Passover holiday) Since the synagogues were closed, I could not have any relatives over and I did not have to drive or take the train, there was no reason not to work from home. So I spent the time reading the cases for the Korelis motion. I will send you a Korelis update in a separate email.
Let me know if you have any further questions.
Amelia

**From:** Khahaifa, Weslii <Weslii.Khahaifa@nyct.com>
**Sent:** Wednesday, June 10, 2020 10:24 AM
**To:** Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>
**Cc:** Urbont, Lisa <Lisa.Hodes-Urbont@nyct.com>
**Subject:** timesheet

Hi Amelia,

I am approving timesheets. Did you take off work on 5/29? If so, i'm just letting you know that you forgot to indicate it on your timesheet. Please let me know ASAP so that I can approve your timesheet.

Thanks,

**Weslii Khahaifa, Esq.**

*Borough Litigation Chief, New York County*

*130 Livingston Street, 11th Fl.*

*Brooklyn, New York 11201*

*(718)694-3991 Telephone*

*(718)694-1023 Fax*

1

P000277