# EXHIBIT O

**To:** Yehoshua, Amelia[Amelia.Yehoshua@nyct.com]
**From:** sean smith
**Sent:** 2019-01-07T01:27:43Z
**Importance:** Normal
**Subject:** Re: Attached Image
**Received:** 2019-01-07T01:27:52Z

Amelia,

I'm glad you sent this . It gives us something to work with. I can argue that Bela Flom caused delays and an extra $19,000 in fees to be paid to another architect.

We need to show she continued to work on the project past April 25,2014 on an ongoing basis to avoid a statutue of limiations motion .

Just as a side matter, I took this case on a contingency( at your suggestion). That is the manner in which I expect to be paid. If we lose, I guess I lose. I'm taking a chance here, but that is the way the game is played.

Sean

On Sunday, January 6, 2019, 7:18:43 PM EST, Yehoshua, Amelia <Amelia.Yehoshua@nyct.com> wrote:


Sean,

Here is my summons and complaint.


*Amelia Dweck Yehoshua*

Executive Agency Counsel

New York City Transit Authority

Law Department, Torts Division

130 Livingston Street, Room 1117-h

Brooklyn, New York 11201

Tel #718-694-3885

Fax #718-694-1023

Email: *Amelia.Dweck@nyct.com*


**From:** CanonIR-ADV6275@nyct.com [mailto:CanonIR-ADV6275@nyct.com]
**Sent:** Sunday, January 06, 2019 7:15 PM
**To:** Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>
**Subject:** Attached Image

CONFIDENTIAL                                                                                                                                                NYCTA_004701