# EXHIBIT R

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

| | |
|---|---|
| NEW YORK STATE DIVISION OF HUMAN RIGHTS on the Complaint of<br><br>AMELIA YEHOSHUA,<br>　　　　　　　　　　　　Complainant,<br>　　　　　　　v.<br>NEW YORK CITY TRANSIT AUTHORITY,<br>　　　　　　　　　　　　Respondent. | VERIFIED COMPLAINT<br>Pursuant to Executive Law,<br>Article 15<br><br>Case No.<br>**10210633** |

Federal Charge No. 16GC100858

　　　I, Amelia Yehoshua, residing at 2211 Avenue T, Brooklyn, NY, 11229, charge the above named respondent, whose address is Attn: Legal Department 130 Livingston Street, 12th Floor, Brooklyn, NY, 11201 with an unlawful discriminatory practice relating to employment in violation of Article 15 of the Executive Law of the State of New York (Human Rights Law) because of creed, race/color.

　　　Date most recent or continuing discrimination took place is 7/9/2020.

　　　The allegations are:

**Please See Attached Complaint Form**

Based on the foregoing, I charge respondent with an unlawful discriminatory practice relating to employment because of creed, race/color, in violation of the New York State Human Rights Law (Executive Law, Article 15), Section 296.

I also charge the above-named respondent with violating Title VII of the Civil Rights Act of 1964, as amended (covers race, color, creed, national origin, sex relating to employment). I hereby authorize SDHR to accept this verified complaint on behalf of the U.S. Equal Employment Opportunity Commission (EEOC) subject to the statutory limitations contained in the aforementioned law(s).

CONFIDENTIAL                                                                                                                                                     NYCTA_012488

# New York State Division of Human Rights
## Employment Complaint Form

Although workers, interns and volunteers of all ages are protected, you must be 18 years or older to file a complaint. A parent, guardian or other person having legal authority to act in the minor's interests must file on behalf of a person under the age of 18.

**1. Your contact information:**

First Name: Amelia

Middle Initial/Name:

Last Name: Yehoshua

Street Address/ PO Box: 2211 Avenue T

Apt or Floor #:

City: Brooklyn

State: NY

Zip Code: 11229

If you are filing on behalf of another, provide the name of that person:

Date of birth: 08/28/1971

Relationship: Self

**2. Regulated Areas:** Check the area where the discrimination occurred:
(If you wish to file against multiple entities, for example employer and temp agency, please file a separate complaint against each.)

- [x] Employment *(including paid internship)*
- [ ] Internship *(unpaid)*
- [ ] Contract Work *(independent contractor, or work for a contractor)*
- [ ] Volunteer Position
- [ ] by a Labor Organization
- [ ] Apprentice Training
- [ ] by a Temp or Employment Agency
- [ ] Licensing

**3. You are filing a complaint against:**

Employer, Worksite, Agency or Union Name: New York City Transit Authority

Street Address/ PO Box: 130 Livingston Street

City: Brooklyn

State: NY

Zip Code: 11229

Telephone Number: 718-694-3885

In what *county or borough* did the violation take place? Kings County

Individual people who discriminated against you:

Name: Weslii Khahaifa     Title: Borough Chief

Name: _____     Title: _____

If you need more space, please list them on a separate piece of paper.

**4. Date of alleged discrimination** *(must be within one year of filing):*
The most recent act of discrimination happened on: 07 / 09 / 2020 (month/day/year)

**5. For employment and internships, how many employees does this company have?**
- [ ] 1-14
- [ ] 15-19
- [x] 20 or more
- [ ] Don't know

1
Complaint

CONFIDENTIAL                                                                      NYCTA_012489

| 6. Are you currently working for this company? | |
|---|---|
| ☒ Yes. Date of hire: 04 / 22 / 2013<br>month  day  year | What is your position?<br>**Executive Agency Counsel** |
| ☐ No. Last day of work: ___ / ___ / ___<br>month  day  year | What was your position? |
| ☐ I was never hired.<br>Date of application: ___ / ___ / ___<br>month  day  year | What position did you apply for? |

**7. Basis of alleged discrimination:**
Check **ONLY** the boxes that you believe were the reasons for discrimination, and fill in specifics only for those reasons. Please look at page 2 of "Instructions" for an explanation of each type of discrimination.

| | |
|---|---|
| ☐ **Age:**<br>Date of Birth: _____ | ☐ **Familial Status:** |
| ☐ **Arrest Record** | ☐ **Military Status:**<br>☐ Active Duty  ☐ Reserves  ☐ Veteran |
| ☐ **Conviction Record** | ☐ **Marital Status**<br>☐ Single  ☐ Married  ☐ Separated<br>☐ Divorced  ☐ Widowed |
| ☒ **Creed/ Religion:**<br>Please specify: Orthodox Jewish | ☐ **National Origin:**<br>Please specify: _____ |
| ☐ **Disability:**<br>Please specify: _____ | ☐ **Predisposing Genetic Characteristic:** |
| ☐ **Domestic Violence Victim Status** | ☐ **Pregnancy-Related Condition:**<br>Please specify: _____ |
| ☐ **Gender Identity or Expression, Including the Status of Being Transgender** | ☐ **Sexual Orientation:**<br>Please specify: _____ |
| ☒ **Race/Color or Ethnicity:**<br>Please specify: Caucasian<br>☐ Trait historically associated with race such as hair texture or hairstyle | ☐ **Sex:**<br>Please specify: _____<br>Specify if the discrimination involved:<br>☐ Pregnancy  ☐ Sexual Harassment |
| ☐ **Use of Guide Dog, Hearing Dog, or Service Dog** | |

If you believe you were treated differently after you filed or helped someone file a discrimination complaint, participated as a witness to a discrimination complaint, or opposed or reported discrimination due to any category above, check below:

☐ **Retaliation:** How did you oppose discrimination: _____

If you believe you were discriminated against because of your relationship or association with a member or members of a protected category listed above, indicate the relevant category(ies) above, and check below.

☐ **Relationship or association**

2
Complaint

CONFIDENTIAL
NYCTA_012490

**8. Acts of alleged discrimination:** *What did the person/company you are complaining against do? Check all that apply*

| | | | |
|---|---|---|---|
| ☐ Refused to hire me | ☑ Gave me a disciplinary notice or negative performance review | ☐ Denied my request for an accommodation for my disability, or pregnancy-related condition | ☐ Sexual harassment |
| ☐ Fired me/laid me off | ☐ Suspended me | ☐ Denied me an accommodation for domestic violence | ☑ Harassed or intimidated me on any basis indicated above |
| ☐ Demoted me | ☐ Did not call back after lay-off | ☑ Denied me an accommodation for my religious practices | ☐ Denied services or treated differently by a temp or employment agency |
| ☐ Denied me promotion/ pay raise | ☐ Paid me a lower salary than other co-workers doing the same job | ☑ Denied me leave time or other benefits | ☐ Denied a license by a licensing agency |
| ☐ Denied me training | ☐ Gave me different or worse job duties than other workers doing the same job | ☐ Discriminatory advertisement or inquiry or job application | ☑ Other: Khahaifa seeking termination. Agency seeking suspension |

CONFIDENTIAL    NYCTA_012491

## 9. Description of alleged discrimination

*Tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory. TYPE OR PRINT CLEARLY.*

I am a caucasian religious orthodox Jewish married woman with 3 school aged children. I began working at the New York City Transit Authority on April 22, 2013 as a trial lawyer and was assigned to try cases in the New York County trial unit. I worked in the New York trial unit under a manager that retired two years later. In 2015, an African American woman named Weslii Khahaifa assumed the position as the manager of the New York trial unit. There is a long history that is well documented of the acts of religious discrimination against me by Ms. Khahaifa.

Beginning on January 15, 2016, Ms. Khahaifa refused to sign my timesheet when I arrived 45 minutes late to work due to train trouble. I provided evidence of the train trouble and explained that I could not make up the 45 minutes because I would be late for the Sabbath. She refused to acknowledge the Sabbath and advised me to go speak with her supervisor, Lawrence Heisler. I did this and Mr. Heisler immediately took action to correct the situation. He counseled her on this act of religious discrimination. This is evidenced by an email that she wrote to Mr. Heisler which she copied me on. That email is available. The discrimination and harassment continued over the years.

From 2013 until 2020, I worked with a trial assistant named Adrian Thompson (an African American male). Without any justification, between 2017 and 2018, she removed him as my assistant. I advised Mr. Heisler. Mr. Heisler interviewed Mr. Thompson and learned that Mr. Thompson wished to continue working with me. Once again, Mr. Heisler counseled Ms. Khahaifa on her actions. Mr. Thompson then returned to his prior position as my trial assistant.

In 2019, when I was actively engaged in trial, I asked a colleague, John Jerman, Esq. (an African American male) to ask for an adjournment on one of my other pending cases since he was scheduled to appear before the same judge. When he returned from court, she yelled at him to never assist me again. I know this because he wrote her an email apologizing for assisting me in court and he copied me on the email.

Every Friday, I felt terrible for leaving to observe the Sabbath because when I returned on Monday morning, my office would be filled with additional work that I had not anticipated before I left on Friday.

For years, I requested a transfer to a different unit due to the continuous harrassment and discrimination. This year in January 2020, I was finally transferred to the Kings County trial unit to work with a new manager named Lisa Urbont. However, Ms. Khahaifa continued to assign me work to do for the next 6 months. On June 12, 2020, despite not being my supervisor, Ms. Khahaifa sent a Notice of Discipline requesting my termination to Mr. Heisler's manager, David Farber, without sending a copy to Mr. Heisler or my new Kings County manager, Lisa Urbont.

I had no choice but to hire a lawyer. On July 6, 2020, my lawyer filed a formal response to her request for my termination. He sent a copy to the MTA Chief Diversity Officer, the individual charged with examining such complaints. To date, I have no reason to believe the complaint was reviewed. (see additional sheet of paper)

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form.* **DO NOT WRITE IN THE MARGINS OR ON THE BACK OF THIS FORM.**

CONFIDENTIAL                                                                                                NYCTA_012492

Second page of 9. Description of alleged discrimination

Now, the agency is seeking to force me to terminate my civil rights and claims of religious discrimination and hostile work place in order for me to keep my job. If I don't sign a General Release, the agency will terminate my employment.

CONFIDENTIAL
NYCTA_012493

## Notarization of Complaint

Based on the information contained in this form, I charge the herein named respondent(s) with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment). This complaint will protect my rights under federal law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.(If you have another action pending and still wish to file, please contact our office to discuss.)
**PLEASE INITIAL** AY

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

*[Signature: Amelia Yehoshua]*
Sign your full legal name

Subscribed and sworn before me
This 30 day of December, 20 20
*[Signature of Notary Public]*
Signature of Notary Public

County:             Commission expires:

CLAIRE G. GARCIA BLANCO
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01GA6411128
Qualified in Kings County
Commission Expires: 11/09/20 24

*Please note: Once this form is completed, notarized, and returned to the New York State Division of Human Rights, it becomes a legal document and an official complaint with the Division.*

CONFIDENTIAL                                                                                           NYCTA_012494

## Yehoshua, Amelia

**From:** Khahaifa, Weslii
**Sent:** Thursday, February 4, 2016 9:38 AM
**To:** Heisler, Lawrence; Yehoshua, Amelia
**Subject:** Timesheet issue

Larry,

    I went home last night very upset and I feel compelled to address our conversation about the timesheet issue that was apparently brought to your attention by Amelia Dweck Yehoshua. The timesheet issue that Amelia and I discussed was solely based upon procedure. The one and only issue was whether the late train report excused the 45 minute deficit in her timesheet on 1/15/16, nothing more and nothing less. To now be accused of interfering with her religious observance of the Sabbath is insulting, disappointing and could not be farther from the truth.

    On Friday, 1/29/16, She handed me her timesheet accompanied by a train incident report. Her timesheet indicated that she swiped in at 9:12am, double swiped for lunch and swiped out at 3:33pm and showed a deficit of 45 minutes which was automatically charged as vacation. Amelia wrote on her timesheet "due to signal problems on Q train was delayed 45 minutes". I simply told her that I don't know if a late train report excuses the 45 minute deficit and that I would check with timekeeping as I had never encountered this issue. Subsequently, I spoke with another borough Chief, a former timekeeper and a current timekeeper to determine whether the late train report excuses the deficit. Each of them had the same response: that it doesn't excuse the deficit, it simply allows for the time to be made up at the end of the day. This was relayed to Amelia, who then advised me that it had been done for her previously by Danielle Ruttman and that she spoke with her timekeeper Clara McNair, who told her that was the procedure. I then advised her that I would call her Clara on Monday. I also advised her that I would not be initialing the excusal if Clara told me the same as all of the others. At that point, she indicated that she would simply ask you or Gail Goode to sign if I would not. On Tuesday, 2/2/16, I spoke with Clara who confirmed what the others had told me regarding the procedure. Before I returned Amelia's timesheet to her, I sought further guidance on the issue. You were not in your office, so I spoke to Gail Goode. That same evening, after I returned from court, I returned Amelia's timesheet to her and left her a message stating that her timekeeper told me the same thing and that I was not initialing her excusal, but that she should go ahead and submit the train delay report with her timesheet and/or seek yours or Gail's approval as she had already planned. Those are the facts in a nutshell.

    First, I am in disbelief that this story has morphed into the fabricated allegation that I tried to prevent or took issue with Amelia's observance of the Sabbath. I do not, have not and never will take issue with her observance of the Sabbath or anyone else's religious beliefs and customs. She has always been accommodated and she has never had a problem with her timesheet, or otherwise, in this regard. Instead, her early departures are always approved. In fact, this issue did not come up once in any of the conversations that I had with Amelia with regard to this timesheet. So, I don't understand how it went from a procedural issue to a religious accommodation issue.

    Next, I am disappointed, but more so offended, by the way this situation was handled. Instead of being confronted with such an allegation and instead of being notified by you (or by Amelia for that matter) that such an issue existed, you had obviously already made up your mind about what transpired based solely upon whatever was relayed to you by Amelia and I was all but outright accused by you of taking issue with her observance of the Sabbath. I felt attacked and unfairly accused, instead of being questioned about the issue. I have never in the 13 years that I have been working at Transit ever taken issue or been known to have issues with anybody's beliefs or customs and I certainly wouldn't start now. I have never in my life been accused of such egregious behavior and I pride myself on my professional disposition and my unconditional respect for every employee and anyone who knows me will tell you the same. This situation has simply been distorted and blown out of proportion.

1

The fact that this timesheet issue happens to involve a Friday does not justify the conversion of this issue from procedure to religion. Had it been any other day of the week, the result would have been the same. You kept indicating that it would have been impossible for her to make up the time and I never told her that she had to. I simply told her that the only effect that the late train report would have was to give her the ability to make up the time. In fact, no matter what day of the week it occurred on she would never be able to make up the time because the issue didn't surface until she submitted her timesheet for that day some 2 weeks after the fact. It's not as if she came to me on 1/15 and advised me that she was late and would have a deficit in her timesheet. As I explained I am simply doing my job and I would have treated this matter the same way for anyone who brought it to me. There was no singling out, discrimination, or failure to accommodate. The fact that I've been so accused and condemned without having had the opportunity to address the allegation and to present my side of this story is disturbing and I am deeply offended.

*Weslii Khahaifa, Esq.*
*Borough Litigation Chief, New York County*
*130 Livingston Street, 11th Fl.*
*Brooklyn, New York 11201*
*(718)694-3991 Telephone*
*(718)694-1023 Fax*

2

CONFIDENTIAL

## Yehoshua, Amelia

**From:** Yehoshua, Amelia
**Sent:** Wednesday, June 10, 2020 11:08 AM
**To:** Khahaifa, Weslii
**Cc:** Urbont, Lisa
**Subject:** RE: timesheet

Hi Weslii,
May 29th was Shavuot, a Jewish holiday but I did work from home. Since I did not have to take the train to work, I was able to work from home and observe the holiday. I had numerous cases to read on the Korelis case that Jim Berkson gave me, which is what I spent my time doing. That is why I did not put vacation on my timesheet. If I had to take the train to work or prepare a Passover seder, then I would have put vacation on my timesheet. (I did take 4 vacation days for the Passover holiday) Since the synagogues were closed, I could not have any relatives over and I did not have to drive or take the train, there was no reason not to work from home. So I spent the time reading the cases for the Korelis motion. I will send you a Korelis update in a separate email.
Let me know if you have any further questions.
Amelia


**From:** Khahaifa, Weslii <Weslii.Khahaifa@nyct.com>
**Sent:** Wednesday, June 10, 2020 10:24 AM
**To:** Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>
**Cc:** Urbont, Lisa <Lisa.Hodes-Urbont@nyct.com>
**Subject:** timesheet

Hi Amelia,

I am approving timesheets. Did you take off work on 5/29? If so, I'm just letting you know that you forgot to indicate it on your timesheet. Please let me know ASAP so that I can approve your timesheet.

Thanks,



*Weslii Khahaifa, Esq.*

*Borough Litigation Chief, New York County*

*130 Livingston Street, 11th Fl.*

*Brooklyn, New York 11201*

*(718)694-3991 Telephone*

*(718)694-1023 Fax*

1

CONFIDENTIAL                                                                 NYCTA_012497