# EXHIBIT S

A. Yehoshua, Pass No. M39484
DAN No. 21-6314-0001
Page 1 of 4

 **New York City Transit**

**Via First Class and Certified U.S. Mail**

**March 29, 2021**

**Amelia Yehoshua, Executive Agency Counsel**
**2211 Avenue T, Apt 2**
**Brooklyn, NY 11229**

Re:   Notice of Disciplinary Charges, DAN No. 21-6314-0001

This is an official notice of disciplinary action in that you violated MTA New York City Transit / Manhattan and Bronx Surface Transit Operating Authority (together, the "Authority") Rules 2(a), 2(b), 2(d), 8(a), 10(a) and 10(b) of the *Rules and Regulations Governing Employees of MTA New York City Transit ("Rules and Regulations")*.

At the times hereinafter set forth, you were a non-represented Executive Agency Counsel, Non-Managerial, Level B, assigned to the Torts Division, Department of Law.

The Charges preferred against you are as follows:

**CHARGE I**

Improper Performance of Duty; False, Incomplete or Inaccurate Report; Failure to Comply; Gross Misconduct and Conduct Unbecoming an Authority Employee in that you violated Rules 2(a), 2(b), 2(d), 4(a), 8(a), 10(a) and 10(b) of the *Rules and Regulations*. The following violations were reported to the General Counsel on February 27, 2021.



CONFIDENTIAL                                                                                                NYCTA 000217

A. Yehoshua, Pass No. M39484
DAN No. 21-6314-0001
Page 2 of 4

### Specification I:

On or about November 7, 2019, Judge Lisa Ann Sokoloff reported that she was calling directly from the bench to express her dissatisfaction with your unethical and unprofessional behavior. Judge Sokoloff indicated that you had just appeared before her on the A. Wood case and that the conference was cut short due to your conduct. The Judge reported you made false and/or misleading representations regarding your knowledge of witnesses requested by the plaintiff and the Authority's possession of investigation documents.

The judge further reported a prior incident, where she witnessed you having lunch in the jury room speaking with the plaintiffs on a case against the Authority, while plaintiff's attorney was conducting settlement discussions with another Authority attorney in the courtroom. When Judge Sokoloff admonished you and advised you that it was inappropriate to speak alone with parties who were represented by counsel, you responded by telling her that the conversation was harmless because you were not discussing the substance of their case.

As a result of your conduct, you could no longer be assigned to cases before Judge Sokoloff.

### Specification II:

On or about December 3, 2019, Judge Lyle Frank reported that during the J. Chinn case you were overly adversarial, disrespectful and disruptive, likening your behavior to that of his young children. Judge Frank highlighted an occasion during the Chinn trial after he made a ruling, when you appeared very angry and he thought that you were going to hold your breath in a child-like manner. He also reported that you badgered the plaintiff during cross examination and that he was not certain that you understood the law. Judge Frank indicated that he did not want to preside over another trial involving you for at least a year.

As a result of your conduct, you could no longer be assigned to cases before Judge Frank.

### Specification III:

On or about December 4, 2019, Judge Kathryn Freed reported her disdain for your courtroom behavior, indicating that she remained deeply affected by your conduct during the M. Garcia trial from 2017. Judge Freed reported that during the Garcia trial you were repeatedly late, unprepared, dishonest, unethical, disrespectful and unprofessional. The judge recounted that on one occasion during the trial, you arrived to court late and the judge emerged from her chambers to find you blow

A. Yehoshua, Pass No. M39484
DAN No. 21-6314-0001
Page 3 of 4

drying your hair in the courtroom jury box. The judge further reported that you accused her of "colluding with the plaintiff" while on the record during oral argument of post-trial motions. Your conduct during the trial was documented in Judge Freed's award in the M. Garcia case.

As a result of your conduct, Judge Freed removed herself from hearing all Authority cases. Judge Freed also indicated that you were no longer welcome in her courtroom and would be removed, if necessary.

### Specification IV:

On or about January 9, 2020, you remained in non-compliance with a discovery order from Judge Sokoloff in the A. Wood case.

### Specification V:

On or about January 23, 2020, Judge Suzanne Adams advised Authority management that she would recuse herself from all cases you were involved in and requested another attorney be assigned to cases before her. Judge Adam Silvera also advised Authority management that you were not to appear in his courtroom.

On or about January 30, 2020, Administrative Judge Deborah Kaplan advised Authority management that you were not welcome in the courthouse, based on your past conduct and unethical behavior with various judges.

As a result of your conduct, you were effectively prohibited from representing the Authority in New York County Supreme Court and you were reassigned to the Kings County trial unit.

### RECOMMENDED PENALTY

Based on the nature of the charges, the recommended penalty is **Dismissal** from service. Effective April 5, 2021, you will remain in a **Suspension Without Pay** status **pending a final determination** in this disciplinary matter.

You may submit a written response to this disciplinary action notice. Please provide your **response to General Counsel David Farber by close of business on April 12, 2021.**

Your written response must be directed to **David Farber, General Counsel, Law Department, MTA NYC Transit, 130 Livingston Plaza, 12th Floor, Brooklyn, NY 11201, and via electronic mail to David.Farber@nyct.com.** Your written response will be reviewed and considered in determining the final outcome of this

A. Yehoshua, Pass No. M39484
DAN No. 21-6314-0001
Page 4 of 4

disciplinary action notice. **Failure to submit a written response by April 12, 2021 shall result in immediate implementation of the recommended penalty.**

Sincerely,

David Farber
General Counsel
Department of Law

cc: T. Murphy, Law
H. Smart, Law
C. Costa, OLR
File