# EXHIBIT T

# COREY STARK PLLC

110 EAST 59TH STREET, 22ND FLOOR
NEW YORK, NEW YORK 10022

| | |
|---|---|
| TELEPHONE: | (212) 324-3705 |
| FACSIMILE: | (646) 219-7389 |
| EMAIL: | COREY@CSTARKLAW.COM |

www.cstarklaw.com

May 25, 2021

*By Electronic Mail*

United States Equal Employment
Opportunity Commission
33 Whitehall Street, 5th Floor
New York, New York  10004

Re: *Amelia Yehoshua v. Manhattan and Bronx Transit Operating Authority, The New York City Transit Authority and Weslii Khahaifa*

Dear Sir or Madam:

I am a member of Corey Stark PLLC, attorneys for Amelia Yehoshua in the above-referenced matter.  Enclosed for filing is a Charge of Discrimination and a supporting affidavit.

The Charge of Discrimination concerns EEOC inquiry Nos. 520-2021-03250 (Manhattan and Bronx Transit Operating Authority and 520-2021-01141 (The New York City Transit Authority).[1]

The human resources representative for both entities is Helen Smart (Helen.smart@NYCT.com).  I understand that both entities are represented by Gena Usenheimer, Esq. of Seyfarth Shaw LLP (gusenheimer@seyfarth.com - 212-218-3507).  I can be reached at Corey@cstarklaw.com or 212-324-3705).

Please do not hesitate to contact me to discuss the foregoing.

Respectfully,

COREY STARK PLLC

/s/

Corey Stark

Enclosures

---

[1] This matter was assigned to Investigator Dolanda Young.

P000358

EEOC Form 5 (5/01)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|
| ___ FEPA | |
| X   EEOC | |

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr. Ms. Mrs.) Ms. Amelia Yehoshua | Home Phone (Incl. Area Code) (718) 934-3455 | Date of Birth August 28, 1971 |
|---|---|---|
| Street Address 2211 Avenue T | City, State and ZIP Code Brooklyn, New York 11229 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name Manhattan and Bronx Surface Transit Operating Authority | No. Employees, Members More than 20. | Phone No. (Include Area Code) (718) 694-1000 |
|---|---|---|
| Street Address 130 Livingston Street, 10th Floor | City, State and ZIP Code Brooklyn, New York 11201 | |
| Name The New York City Transit Authority | No. Employees, Members More than 20. | Phone No. (Include Area Code) (718) 694-1000 |
| Street Address 130 Livingston Street, 10th Floor | City, State and ZIP Code Brooklyn, New York 11201 | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

__ RACE  __ COLOR  __ SEX  X RELIGION  __ NATIONAL ORIGIN

X RETALIATION  __ AGE  __ DISABILITY  __ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: February 2016   Latest: March 29, 2021

X CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):
Please see the attached affidavit.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLANANT

5/25/2021
Date            Charging Party Signature   /s/ Amelia Yehoshua

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

P000359

UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION: NEW YORK DISTRICT OFFICE
-------------------------------------------------------------------------X

AMELIA YEHOSHUA,

                               Charging Party,         EEOC Charge No.:

     -against-

                                                           **AFFIDAVIT**

MANHATTAN AND BRONX SURFACE TRANSIT
OPERATING AUTHORITY, THE NEW YORK CITY
TRANSIT AUTHORITY, and WESLII KHAHAIFA,

                               Responding Parties.

-------------------------------------------------------------------------X

STATE OF NEW YORK      )
                                          ss.:
COUNTY OF NEW YORK  )

        AMELIA YEHOSHUA, being duly sworn, deposes and says:

        1.     I submit this affidavit in support of my charge of discrimination and retaliation against my employers Manhattan and Bronx Surface Transit Operating Authority and The New York City Transit Authority[1] (collectively "Transit") and my former supervisor Weslii Khahaifa ("Khahaifa").

        2.     I am an Orthodox Jewish woman.

        3.     I commenced my employment by Transit in April 2013 as a trial attorney and was assigned to New York County.

        4.     I consistently met Transit's objectively reasonable performance expectations. In fact, I have an excellent trial record, and I have tried more cases to verdict than any of my co-workers.

---

[1] At all times material herein Manhattan and Bronx Surface Transit Operating Authority and The New York City Transit Authority jointly exercised control over the work and working conditions of the employees.

5. I was treated with hostility and less favorably than similarly situated employees who were not Orthodox Jews. For example, although Transit does not have set hours, on one occasion Khahaifa marked me late for work because my train was delayed, and I could not stay late because I observe the Sabbath.

6. In January 2016 I made a complaint of religious discrimination to Lawrence Heisler (Head of Torts), and he determined that Khahaifa had discriminated against me because of my religion.

7. In February 2016 Khahaifa acknowledged my complaint and criticized Lawrence Heisler for admonishing her not to discriminate against me because of my religion.

8. After my first discrimination complaint, the discrimination and harassment that I was subjected to by Khahaifa only intensified. For example, Khahaifa would overload me with work on Fridays to interfere with my observance of the Sabbath, she stripped me of my trial assistant, she insisted that I use my vacation time on Jewish holidays even when I worked, and she assigned a disproportionate number of cases to me.

9. I made additional complaints to Lawrence Heisler, and Khahaifa was forced to reassign my trial assistant and distribute some of my cases to others, yet even then she refused to let up in her ongoing campaign of harassment.

10. To obtain a measure of relief, I requested a transfer to Kings County, which transfer became effective in January 2020.

11. However, Khahaifa, who was Borough Litigation Chief, *New York County*, would not let me get out from under her thumb, treating me as though she were still my supervisor, even though she had no jurisdiction in Kings and I had obtained a transfer precisely to escape her harassment.

2

12. The Office of the Inspector General received a referral for investigation based on the accusation that I had received free legal services from an outside attorney who does some work for Transit. The allegation was flawed, as no gift was involved since I had engaged the attorney on a contingency basis. Because, I maintain, the subtlety of our contingency relationship was misunderstood, the IG did recommend some discipline, but he did not recommend termination. Yet even though she was no longer my supervisor, on June 12, 2020, which was six months after I had transferred to New York County, Khahaifa pounced on this opportunity to retaliate against me for complaining about her acts of discrimination by sending me a Notice of Penalty Determination for my dismissal. Ultimately, the dismissal was reversed, and I received a short suspension.

13. Undeterred, Khahaifa thereafter manufactured a story that some judges in New York County had made some unverified complaints about me, which is impossible since I have not worked in New York County since January, and if the complaints pre-existed the June 2020 Notice of Penalty Determination why were they omitted? Nevertheless, Transit has suspended me indefinitely and without pay.

14. It is obvious that religious discrimination and retaliation have motivated the decision the decision to suspend me again.

_____
Amelia Yehoshua

Sworn to before me this
24th day of May 2021

_____
Notary Public

COREY STARK
Notary Public, State of New York
Lic. #02ST6287479
New York County
My Commission Expires 08/12/2021

3

P000362