# EXHIBIT U

| | |
|---|---|
| **From:** | Khahaifa, Weslii |
| **To:** | Yehoshua, Amelia |
| **Cc:** | Farber, David; Murphy, Theresa; Smart, Helen; Costa, Craig |
| **Subject:** | Disciplinary Action Letter (DAN) |
| **Date:** | Friday, June 12, 2020 1:24:16 PM |
| **Attachments:** | A. Yehoshua_M39484 FINAL (6-12-20).pdf<br>OIG report.pdf<br>Yehoshua - excerpts of rules, regulations, law-compressed.pdf |

Amelia,

Please see attached.

Thanks,

**Weslii Khahaifa, Esq**.

*Borough Litigation Chief, New York County*

*130 Livingston Street, 11th Fl.*
*Brooklyn, New York 11201*
*(718)694-3991 Telephone*
*(718)694-1023 Fax*

A. Yehoshua, Pass No. M39484
DAN No. 20-6314-0003
Page 1 of 4



**Via First Class and Certified U.S. Mail and Electronic Mail**

**June 12, 2020**

**Amelia Yehoshua, Executive Agency Counsel
2211 Avenue T
Brooklyn, NY 11229**

Re:   Notice of Disciplinary Charges, DAN No. 20-6314-0003

This is an official notice of disciplinary action in that you violated MTA New York City Transit / Manhattan and Bronx Surface Transit Operating Authority (together, the "Authority") Rules 2(a), 2(b), 4(a), 4(b), 4(c), 10(a), 12(a), 12(f), 13(b) and 13(i) of the *Rules and Regulations Governing Employees of MTA New York City Transit* ("Rules and Regulations"); Section 4(a) of the *MTA All-Agency Computer And Social Media Usage Policy Directive;* Sections 2.01, 4.01, 4.02 and 8.04 of the *MTA All- Agency Code of Ethics*; and Section 73(5)(a) of the New York State *Public Officers Law*.

At the times hereinafter set forth, you were a non-represented Executive Agency Counsel, Non-Managerial, Level B, assigned to the Torts Division, Department of Law.

The Charges preferred against you are as follows:

**CHARGE I**

Improper Performance of Duty, Conflict of Interest, Improper Use/Failure to Safeguard Authority Property, Theft of Time/Wages, Gross Misconduct and/or Conduct Unbecoming an Authority Employee in that you violated Rules 2(a), 2(b), 4(a), 4(b), 4(c), 10(a), 12(a), 12(f), 13(b) and 13(i) of the *Rules and Regulations*.

P000411