# EXHIBIT V

A. Yehoshua, Pass No. M39484
DAN No. 20-6314-0003

 **New York City Transit**

**Via First Class and Certified U.S. Mail and Electronic Mail**

February 3, 2021

Amelia Yehoshua
2211 Avenue T
Brooklyn, NY 11229

Re:    Notice of Penalty Implementation, DAN No. 20-6314-0003

Dear Ms. Yehoshua:

This is in reference to the disciplinary charges in DAN No. 20-6314-0003. I have reviewed the response thereto from your attorney, Karl Sleight, dated July 6, 2020. Based upon my consideration of that response and review of the available records, the originally recommended disciplinary penalty of dismissal from service is hereby modified to twenty (20) days of suspension without pay. You are further cautioned that any further violations of the Authority's Rules & Regulations and/or Code of Ethics may result in your dismissal from service.

Sincerely,

David Farber
General Counsel

cc:    R. Drinan, Law
       N. Sampson, Timekeeping
       D. Ariano, HR
       C. Costa, OLR
       File

P000194