# EXHIBIT W

| | |
|---|---|
| **From:** | Yehoshua, Amelia |
| **To:** | Khahaifa, Weslii |
| **Subject:** | Re: Complaint from Judge Sokoloff |
| **Date:** | Thursday, November 7, 2019 4:40:29 PM |

I am on my way back now. Will you be in the office?

Get Outlook for Android

---

**From:** Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>
**Sent:** Thursday, November 7, 2019 3:49:08 PM
**To:** Khahaifa, Weslii <Weslii.Khahaifa@nyct.com>
**Subject:** Re: Complaint from Judge Sokoloff

I'm still in court. I wish it was on the record. She was acting inappropriate. I'll fill you in when I get back. Give me the benefit of the doubt. Don't assume she's correct. She was wrong. I'll explain when I finish. I'm waiting for Perez plaintiff to show up.

Get Outlook for Android

---

**From:** Khahaifa, Weslii <Weslii.Khahaifa@nyct.com>
**Sent:** Thursday, November 7, 2019 3:26:58 PM
**To:** Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>
**Subject:** Complaint from Judge Sokoloff

Amelia,

I just got a very disturbing phone call from Judge Sokoloff regarding your appearance in court this afternoon. The Judge was very upset and indicated that you were disingenuous, lying to her twice and that your behavior was unbecoming of an attorney or officer of the court. Please see me immediately upon your return to the office this afternoon.

Thanks,

### *Weslii Khahaifa, Esq.*

*Borough Litigation Chief, New York County*
*130 Livingston Street, 11th Fl.*
*Brooklyn, New York 11201*
*(718)694-3991 Telephone*
*(718)694-1023 Fax*



DEFENDANT'S
EXHIBIT NO. 17
FOR IDENTIFICATION
DATE: _____ RPTR: _____

CONFIDENTIAL                                                                 NYCTA 003293