# EXHIBIT X



# Memorandum


**New York City Transit**

Date: August 29, 2017
To: James B. Henly, VP and General Counsel
From: Lawrence Heisler, Executive Assistant General Counsel, Torts
Re: Amelia Yehoshua-EAC N/M Lv A → B

## New York County Trial Unit

Since joining the Law Department, Amelia Yehoshua has become an integral part of the New York County trial team. Once Amelia is assigned a case, she immediately researches and analyzes all significant factual and legal issues. Amelia consistently takes a hands-on approach with trial preparation. She conducts investigations, interviews witnesses, visit accident scenes, and prepares employees for cross-examination. She reviews the pattern jury instructions to ensure that the Authority's defenses are viable. Amelia is a formidable advocate for the Authority. She isn't easily intimidated by hostile judges or seasoned adversaries. In the past few years Amelia has garnered several defense verdicts for the Authority.

Amelia is a team player and when she is not on trial, she assists the pretrial unit by conducting depositions and statutory hearings. Additionally, she gathers discovery documents for cases that are post-note of issue. Her assistance has been instrumental in enhancing the New York Trials Unit's reputation in the legal community.

GOG/kgm/1778911
58-98 6000 12/97