# EXHIBIT Y

Redacted

**From:** Khahaifa, Weslii
**Sent:** Wednesday, January 29, 2020 11:28 AM
**To:** Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>
**Subject:** RE: FW: ALEXANDER WOOD (FILE NUMBER – TA201708060001-001)

I will not be sending you to any conferences in Judge Adams' part.

---

**From:** Yehoshua, Amelia
**Sent:** Wednesday, January 29, 2020 11:21 AM
**To:** Khahaifa, Weslii <Weslii.Khahaifa@nyct.com>
**Subject:** RE: FW: ALEXANDER WOOD (FILE NUMBER – TA201708060001-001)

I am in the process of preparing a status report on all of my cases (including Wood) to be given to you at the end of today. I have been assigned a trial in Kings county that will begin on February 20, 2020 and I would like to prepare for it.

I will give you all of the upcoming dates of my current cases but please let me know when will be my last court appearance for New York County.

***Amelia Dweck, Esq.***

Executive Agency Counsel

New York City Transit Authority

Law Department, Torts Division

130 Livingston Street, Room 1117-h

Brooklyn, New York 11201

Tel #718-694-3885

P000459

Fax #718-694-1023

Email: Amelia.Dweck@nyct.com

---

**From:** Khahaifa, Weslii
**Sent:** Wednesday, January 29, 2020 11:15 AM
**To:** Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>
**Subject:** FW: FW: ALEXANDER WOOD (FILE NUMBER – TA201708060001-001)

Amelia,

Please provide a report indicating the status of the case (what discovery is outstanding, etc.) for the attorney receiving the case. Please be sure to include EBT and conference dates and whether any notifications for witness appearances have been made. Also, please check your office and mailbox for any loose papers and/or mail that may not have made it to the file.

Thank you,

*Weslii Khahaifa, Esq.*

*Borough Litigation Chief, New York County*

*130 Livingston Street, 11th Fl.*

*Brooklyn, New York 11201*

*(718)694-3991 Telephone*

*(718)694-1023 Fax*