# EXHIBIT Z

## Yehoshua, Amelia

| | |
|---|---|
| **From:** | Jerman, John |
| **Sent:** | Thursday, November 1, 2018 3:53 PM |
| **To:** | Khahaifa, Weslii; Yehoshua, Amelia |
| **Subject:** | RE: NYSCEF Notification: New York - Tort - <NOTICE OF CROSS-MOTION> 158222/2013 (Richard Gontarek - v. - The New York City Transit Authority et al) |

Weslii

Please accept my apologies for the same. I assumed that you were told by Amelia that I was covering the same when we spoke after I got back from court.

**From:** Khahaifa, Weslii
**Sent:** Thursday, November 01, 2018 3:46 PM
**To:** Jerman, John <John.Jerman@nyct.com>; Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>
**Subject:** RE: NYSCEF Notification: New York - Tort - <NOTICE OF CROSS-MOTION> 158222/2013 (Richard Gontarek - v. - The New York City Transit Authority et al)

John,

Neither you or Amelia advised me that she asked you to appear on this case today and I find that unacceptable. Going forward, you are not authorized to appear on anyone else's behalf nor to ask anyone else to cover a case on your behalf before speaking to me.

Thank you,

*Weslii Khahaifa, Esq.*
*Borough Litigation Chief, New York County*
*130 Livingston Street, 11th Fl.*
*Brooklyn, New York 11201*
*(718)694-3991 Telephone*
*(718)694-1023 Fax*

**From:** Jerman, John
**Sent:** Thursday, November 01, 2018 3:03 PM
**To:** Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>
**Subject:** RE: NYSCEF Notification: New York - Tort - <NOTICE OF CROSS-MOTION> 158222/2013 (Richard Gontarek - v. - The New York City Transit Authority et al)

Hello. All was cleared up with Judge McMahon. All she did was give it a control date of 1/14/19.

**From:** Yehoshua, Amelia
**Sent:** Wednesday, October 31, 2018 1:04 PM
**To:** Jerman, John <John.Jerman@nyct.com>

P000109

**Subject:** FW: NYSCEF Notification: New York - Tort - <NOTICE OF CROSS-MOTION> 158222/2013 (Richard Gontarek - v. - The New York City Transit Authority et al)

John,

Attached is the efiled copy of plaintiff's cross motion for summary judgment.

*Amelia Dweck Yehoshua*
Executive Agency Counsel
New York City Transit Authority
Law Department, Torts Division
130 Livingston Street, Room 1117-h
Brooklyn, New York 11201
Tel #718-694-3885
Fax #718-694-1023
Email: *Amelia.Dweck@nyct.com*

**From:** Lisa M. Shiderly [mailto:lshiderly@shaferglazer.com]
**Sent:** Thursday, September 13, 2018 11:16 AM
**To:** Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>; Howard Shafer <Hshafer@shaferglazer.com>
**Cc:** Thompson, Adrian <Adrian.Thompson@nyct.com>; Heisler, Lawrence <Lawrence.Heisler@nyct.com>; Khahaifa, Weslii <Weslii.Khahaifa@nyct.com>
**Subject:** RE: NYSCEF Notification: New York - Tort - <NOTICE OF CROSS-MOTION> 158222/2013 (Richard Gontarek - v. - The New York City Transit Authority et al)

Hi Amelia,

Thank you. We are in the process of preparing the reply. I shouldn't need the file, as I have all deps scanned, but I'll let you know if that should change.

Lisa

**From:** Yehoshua, Amelia [mailto:Amelia.Yehoshua@nyct.com]
**Sent:** Wednesday, September 12, 2018 4:19 PM
**To:** Howard Shafer; Lisa M. Shiderly
**Cc:** Thompson, Adrian; Heisler, Lawrence; Khahaifa, Weslii
**Subject:** FW: NYSCEF Notification: New York - Tort - <NOTICE OF CROSS-MOTION> 158222/2013 (Richard Gontarek - v. - The New York City Transit Authority et al)

Hi Lisa and Howard,

I hope you are all well. Please find attached the plaintiff's cross-motion for sanctions against both of our offices. Even though the cross-motion is dated September 5th, it was e-filed today. And I have not received the hard copy yet. As you know this case is on for oral argument on September 20th for the motion and trial. Please prepare a Reply before that date.

Also, please note that plaintiff's counsel misleads the court and only annexes the 2016 note of issue as an Exhibit and fails to annex the 2018 note of issue. He also uses our CAIP report against us by using the ebt of Michael McHugh. I have the file in my office but I am happy to return it to you if you need it for a reply. Adrian can facilitate the exchange between our offices. Please let me know.

Thanks in advance.

*Amelia Dweck Yehoshua*

2

P000110