# EXHIBIT AA

| | |
|---|---|
| **From:** | Yehoshua, Yehezkel </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=926B4193776D4B3299378F845C73EF94-YEHOSHUA, Y> |
| **To:** | Yehoshua, Amelia |
| **Sent:** | 1/31/2018 10:03:21 AM |
| **Subject:** | RE: Attached Image |

That was after we ended our relations with him. I guess it makes him a bad witness unless you can keep his indiscretions separate from his professional opinions.
Be aware that using MTA resources for personal gain is a serious offence regardless of your position. Offenders may not get a warning before action is taken.
Computer related activity is the easiest to track and record.

*Yehezkel (Hezzie) Yehoshua*

**From:** Yehoshua, Amelia
**Sent:** Tuesday, January 30, 2018 2:30 PM
**To:** sean smith <seansmithesq@yahoo.com>
**Cc:** Yehoshua, Yehezkel <Yehezkel.Yehoshua@nyct.com>
**Subject:** FW: Attached Image

Sean,
Read this article and tell me if we should still use Baalbaki as our expert at trial.


*Amelia Dweck Yehoshua*
Executive Agency Counsel
New York City Transit Authority
Law Department, Torts Division
130 Livingston Street, Room 1195
Brooklyn, New York 11201
Tel #718-694-3885
Fax #718-694-1023
Email: *Amelia.Dweck@nyct.com*

**From:** CanonIR-ADV6275@nyct.com [mailto:CanonIR-ADV6275@nyct.com]
**Sent:** Tuesday, January 30, 2018 2:32 PM
**To:** Yehoshua, Amelia
**Subject:** Attached Image

CONFIDENTIAL                                                                                      NYCTA 003658