# EXHIBIT BB

**To:**        Manoff, Andrew (Law)[amanoff@law.nyc.gov]
**From:**    Yehoshua, Amelia
**Sent:**      2020-04-06T16:39:27Z
**Importance:**      Normal
**Subject:**   RE: Aileen Martinez
**Received:**        2020-04-06T16:39:00Z

Hello,
My family and I are all doing well at home. We are adjusting to the new norm of working from home and attending classes on-line for my kids.
Thank you for asking. Hope you, your wife and child and all of your family are all doing well.
I just left you a voicemail message on your work cell phone number that you provided below.

I am in the process of transitioning to my new county of Brooklyn from New York county. However, I was asked to respond to all motions on this matter before it is transferred to the new attorney that will be handling this matter. The new attorney has not been assigned yet.
I have not responded to either motion yet because I am not allowed back to the office yet. And all of the case materials are in my office.
Once I return to the office (date uncertain), I will respond to the motion and the opposition papers and the case will immediately be transferred to a new attorney. I will, of course, advise you when that occurs.

The plaintiff's attorney on this case contacted me by email after he submitted opposition and asked if he can resolve this matter. I suggested that he contact the deputy in charge of all cases in New York county. I will give you the same information that I gave him. The deputy's name and email is: Weslii.khahaifa@nyct.com. You can contact her by email and she will hopefully respond.

You can also contact me by email or phone. My home phone is: ██████████ and my cell phone number is ████████
████ I am available to speak by phone on this case but I may not be able to resolve it. Ms. Khahaifa is in a better position to resolve this matter than myself.
I hope this information helps.
Please stay safe and healthy.


Warm regards,
***Amelia Dweck, Esq.***
Executive Agency Counsel
New York City Transit Authority
Law Department, Torts Division
130 Livingston Street, Room 1117-h
Brooklyn, New York 11201
Tel #718-694-3885
Fax #718-694-1023
Email: Amelia.Dweck@nyct.com

---

**From:** Manoff, Andrew (Law) [mailto:amanoff@law.nyc.gov]
**Sent:** Friday, April 3, 2020 6:12 PM
**To:** Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>
**Subject:** RE: Aileen Martinez

Hello,

    Most importantly, I hope you and your family are doing as well as possible under the current conditions.

    I know that you were planning on transitioning to new role with NYCTA and were not intending to continue handling this matter. If that took place, I hope you enjoy practicing in a new borough and please let me know the contact info for the new handling attorney and/or pass on my contact info to the incoming attorney.

CONFIDENTIAL