# EXHIBIT CC

**To:** Rozza, Denise[Denise.Rozza@nyct.com]
**From:** Yehoshua, Amelia
**Sent:** 2020-04-14T18:55:41Z
**Importance:** Normal
**Subject:** FW: You have been added to a team in Microsoft Teams
**Received:** 2020-04-14T18:55:00Z

Thanks Denise.

**Amelia Dweck, Esq.**
Executive Agency Counsel
New York City Transit Authority
Law Department, Torts Division
130 Livingston Street, Room 1117-h
Brooklyn, New York 11201
Tel #718-694-3885
Fax #718-694-1023
Email: Amelia.Dweck@nyct.com

**From:** Microsoft Teams [mailto:noreply@gcc-email.teams.microsoft.com]
**Sent:** Tuesday, April 14, 2020 12:38 PM
**To:** Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>
**Subject:** You have been added to a team in Microsoft Teams



**Bring your team together**
Create an open, collaborative workspace for your team. Use channels to organize conversations by topic, area, or anything else.

**Chat 1:1 and with groups**
Outside of open team conversations, chat privately and share files and notes with anyone in your organization.

**Make video calls and schedule online meetings**
Have impromptu or scheduled meetings in any channel. Or just call someone…

**Team files, notes, and apps in one place**
Your team's tools are organized and integrated in Microsoft Teams with the power of Office 365.

CONFIDENTIAL
NYCTA_018273

Open Microsoft Teams

Get it now! Take it with you wherever you go.

☒ Windows    ☒ iOS
☒ Mac        ☒ Android

Go to downloads page

© 2019 Microsoft Corporation
One Microsoft Way, Redmond, WA 98052-7329
Privacy policy

CONFIDENTIAL
NYCTA_018274