UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AMELIA YEHOSHUA,

                Plaintiff,                21-cv-04055 (FB) (SJB)

  -against-

MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY, THE NEW YORK CITY TRANSIT AUTHORITY, and WESLII KHAHAIFA,

                Defendants.

## DECLARATION OF LISA HODES-URBONT

I, Lisa Hodes-Urbont, declare as follows:

1. I was first hired by the New York City Transit Authority ("NYCTA") in April 1986 to work in the Law Department. I left NYCTA in 1990 and returned in 1993. I remained with the NYCTA Law Department from 1993 until my retirement in 2022.

2. Throughout my employment with NYCTA, I worked in the Torts Division of the Law Department ("Torts"). From in or around 2015 through my retirement in June 2022, I held the role of Borough Chief for the Kings County Trial Unit.

3. Unless otherwise noted, the statements in this Declaration are made upon my personal knowledge. Where statements are made upon information and belief, the sources of my information and the basis of my belief are the records and files maintained by NYCTA, which I believe to be true and correct.

4. Effective March 2020, Plaintiff Amelia Yehoshua transferred into my Kings County Trial Unit. At the time of her transfer, it was my understanding that the transfer was contingent on Yehoshua completing outstanding assignments for her prior Borough Chief, Weslii Khahaifa. In this way, there was no formal endpoint for when Yehoshua would stop handling cases previously assigned to her by Khahaifa. Rather, any "end date" was controlled by when the specific litigation concluded.

5. Throughout my years in Torts it was standard procedure for an attorney transferred to a new unit to complete outstanding assignments from her prior unit. I discussed this expectation with Khahaifa and with Yehoshua.

6. Upon Yehoshua's transfer to my unit in March 2020, I was routinely copied on email correspondence between Khahaifa and Yehoshua. These communications were primarily

312247449v.1

about Yehoshua's completion of outstanding assignments for Khahaifa. I did not believe any of these communications were inappropriate in any way.

7. Upon information and belief, on June 10, 2020, Khahaifa emailed Yehoshua, copying me. Khahaifa asked whether Yehoshua took time off from work on May 29, 2020. Yehoshua responded that it was the holiday of Shavuot but she reviewed cases for a motion and did not use leave for that day. I did not find Khahaifa's June 10 email to be anti-Semitic, discriminatory, or inappropriate in any way.

8. I recall there came a time when Yehoshua was the subject of a disciplinary action notice ("DAN") relating to an investigation by the MTA Office of the Inspector General ("OIG"). The DAN associated with the OIG's investigation recommended Yehoshua's termination. Yehoshua's employment was not terminated a result of that DAN. Rather, at the conclusion of the disciplinary process, a 20-day suspension was implemented.

9. In connection with Yehoshua's suspension, I did not observe Khahaifa responding in an inappropriate manner. She did not appear to be mad, furious, or going nuts. In fact, I have never observed Khahaifa lose control of her emotions or otherwise act in an unprofessional manner.

10. Based upon my approximately 15 to 20 years' of work experiences with Khahaifa, my observations of her interactions with Yehoshua and other employees throughout Torts, I do not believe that Khahaifa is anti-Semitic or harbors any discriminatory animus against Jews or Orthodox Jews. I cannot imagine Khahaifa acting inappropriately or unlawfully at any time. I do not believe Khahaifa would ever lie. She is professional, has a strong moral compass, and is exceptionally conscientious.

11. I have never heard anyone other than Yehoshua complain about Khahaifa.

/ / /

2

312247449v.1

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct.

Executed on _____July 10_____, 2024 at _____New York_____, New York.

*Lisa Hodes Urbont*
LISA HODES-URBONT

3

312247449v.1