UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AMELIA YEHOSHUA,

                        **Plaintiff,**                  Case No. 1:21-cv-04055 (FB) (SBJ)

   -against-

MANHATTAN AND BRONX SURFACE TRANSIT
OPERATING AUTHORITY, THE NEW YORK
CITY TRANSIT AUTHORITY, and WESLII
KHAHAIFA,

                        **Defendants.**
-------------------------------------------------------------------X

### AFFIRMATION OF GABRIELLE VINCI, ESQ. IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**GABRIELLE M. VINCI**, an attorney-at-law duly admitted to practice before the courts of the State of New York, and a partner at Nesenoff & Miltenberg, LLP, attorneys for Plaintiff herein, and who is not a party to this action, hereby affirms the following to be true under the penalties of perjury:

1. I am a partner at Nesenoff & Miltenberg, LLP (the "Firm"), attorneys of record for Plaintiff Amelia Yehoshua (hereinafter "Plaintiff"), in the above-entitled action.

2. As such, I am fully familiar with the facts and circumstances set forth herein, by virtue of my representation of Plaintiff, and based upon review of the pleadings, affidavits, discovery, and proceedings had herein, and the file maintained by the Firm.

3. I submit this affirmation in opposition to Defendants Manhattan and Bronx Surface Transit Operating Authority's, New York City Transit Authority's, and Weslii Khahaifa's (collectively "Defendants'") Motion for Summary Judgment and for the purpose of introducing

certain exhibits referenced and relied upon in Plaintiff's accompanying Response in Opposition to Defendants' Fed. R. Civ. P. 56.1 statement of material facts and memorandum of law in opposition.

4. Annexed hereto as Plaintiff's "Exhibit 1" is a copy of the deposition transcript of Plaintiff, cited in the accompanying papers as "Pl. Dep. Tr.".

5. Annexed hereto as Plaintiff's "Exhibit 2" is the deposition transcript of defendant Weslii Khahaifa, cited in the accompanying papers as "Heisler Dep. Tr.".

6. Annexed hereto as Plaintiff's "Exhibit 3" is the deposition transcript of Lawrence Heisler, cited in the accompanying papers as "Khahaifa Dep. Tr.".

7. Annexed hereto as Plaintiff's "Exhibit 4" is a copy of email correspondence, previously marked during depositions as Plaintiff's Exhibit 4.

8. Annexed hereto as Plaintiff's "Exhibit 5" a copy of email correspondence, previously marked during depositions as Plaintiff's Exhibit 6.

9. Annexed hereto as Plaintiff's "Exhibit 6" are copies of newspaper articles entitled *NYCHA lied about doing lead paint inspections, shocking report claims* and *Another top aide leaving NYCHA while Shola Olatoye remains*.

10. Annexed hereto as Plaintiff's "Exhibit 7" is an Investigation Interview Memo bates stamped NYCTA00.467-003469.

11. Annexed hereto as Plaintiff's "Exhibit 8" is the deposition transcript of Lisa Hodes-Urbont, cited in the accompanying papers as "Hodes-Urbont Dep. Tr.".

**Dated:** New York, New York
November 25, 2024

/s/ Gabrielle Vinci
**Gabrielle Vinci, Esq.**
**NESENOFF & MILTENBERG, LLP.**
363 Seventh Avenue, 5th Floor
New York, New York 10001
(212) 736-4500