# Exhibit 4



**From:** Khahaifa, Weslii <Weslii.Khahaifa@nyct.com>
**Sent:** Wednesday, February 3, 2021 1:33 PM
**To:** Khahaifa, Weslii
**Subject:** Fw: Timesheet issue

---

**From:** Khahaifa, Weslii
**Sent:** Thursday, February 4, 2016 4:47 PM
**To:** Heisler, Lawrence
**Subject:** Re: Timesheet issue
I know you do. Thank you

On Feb 4, 2016, at 4:37 PM, Heisler, Lawrence <Lawrence.Heisler@nyct.com> wrote:

> Read the last sentences of my earlier response to you. I meant what I said.
>
> Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.
> ---
> **From:** Khahaifa, Weslii
> **Sent:** Thursday, February 4, 2016 3:55 PM
> **To:** Heisler, Lawrence
> **Subject:** RE: Timesheet issue
>
> Ok. We'll agree to disagree. Thank you for responding.
>
> **From:** Heisler, Lawrence
> **Sent:** Thursday, February 04, 2016 3:07 PM
> **To:** Khahaifa, Weslii
> **Subject:** Re: Timesheet issue
> No one accused you of religious discrimination. I explained to you that the reason I excused Amelia was because she couldn't work longer that Friday. I would not have excused her for lateness on another day. You're reading something into nothing.
> Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.
> ---
> **From:** Khahaifa, Weslii
> **Sent:** Thursday, February 4, 2016 2:50 PM
> **To:** Heisler, Lawrence
> **Subject:** RE: Timesheet issue
>
> I accept your apology, however I find it disturbing that you don't feel the need to address the fact that I was wrongfully accused and choose to further justify the fabricated allegation. At the very least, the allegation should be addressed. Silence, otherwise, serves to encourage future similar behavior. Furthermore, there was never any discussion of whether the head of the department had the right to approve the 45minutes because that was not the issue. I simply was not going to approve time for an event that was not within my purview to approve and that was explained to both you and Amelia.

1

**From:** Heisler, Lawrence
**Sent:** Thursday, February 04, 2016 11:59 AM
**To:** Khahaifa, Weslii
**Subject:** Re: Timesheet issue

I'm sorry you took my comments to suggest in anyway that you were deliberately discriminating against Amelia. Amelia came to me and told me that she had a similar situation some years before. You were right to ask time-keeping for advice. As they told you the head of the department had the right to allow Amelia to take the 45 minutes. I certainly didn't mean to imply you did anything wrong, and if I did, please accept my apologies. You are a valuable manager, a team player, and all of us recognize it! You should recognize it too, and give yourself credit for the job you're doing.
Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

---

**From:** Khahaifa, Weslii
**Sent:** Thursday, February 4, 2016 9:37 AM
**To:** Heisler, Lawrence; Yehoshua, Amelia
**Subject:** Timesheet issue

Larry,

    I went home last night very upset and I feel compelled to address our conversation about the timesheet issue that was apparently brought to your attention by Amelia Dweck Yehoshua. The timesheet issue that Amelia and I discussed was solely based upon procedure. The one and only issue was whether the late train report excused the 45 minute deficit in her timesheet on 1/15/16, nothing more and nothing less. To now be accused of interfering with her religious observance of the Sabbath is insulting, disappointing and could not be farther from the truth.
On Friday, 1/29/16. She handed me her timesheet accompanied by a train incident report. Her timesheet indicated that she swiped in at 9:12am, double swiped for lunch and swiped out at 3:33pm and showed a deficit of 45 minutes which was automatically charged as vacation. Amelia wrote on her timesheet "due to signal problems on Q train was delayed 45 minutes". I simply told her that I don't know if a late train report excuses the 45 minute deficit and that I would check with timekeeping as I had never encountered this issue. Subsequently, I spoke with another borough Chief, a former timekeeper and a current timekeeper to determine whether the late train report excuses the deficit. Each of them had the same response: that it doesn't excuse the deficit, it simply allows for the time to be made up at the end of the day. This was relayed to Amelia, who then advised me that it had been done for her previously by Danielle Ruttman and that she spoke with her timekeeper Clara McNair, who told her that was the procedure. I then advised her that I would call her Clara on Monday. I also advised her that I would not be initialing the excusal if Clara told me the same as all of the others. At that point, she indicated that she would simply ask you or Gail Goode to sign if I would not. On Tuesday, 2/2/16, I spoke with Clara who confirmed what the others had told me regarding the procedure. Before I returned Amelia's timesheet to her, I sought further guidance on the issue. You were not in your office, so I spoke to Gail Goode. That same evening, after I returned from court, I returned Amelia's timesheet to her and left her a message stating that her timekeeper told me the same thing and that I was not initialing her excusal, but that she should go ahead and submit the train delay report with her timesheet and/or seek yours or Gail's approval as she had already planned. Those are the facts in a nutshell.
    First, I am in disbelief that this story has morphed into the fabricated allegation that I tried to prevent or took issue with Amelia's observance of the Sabbath. I do not, have not and never will take issue with her observance of the Sabbath or anyone else's religious beliefs and customs. She has always been accommodated and she has never had a problem with her timesheet, or otherwise, in this regard. Instead, her early departures are always approved. In fact, this issue did not come up once in any of the conversations that I had with Amelia with regard to this timesheet. So, I don't understand how it went from a procedural issue to a religious accommodation issue.

2

     Next, I am disappointed, but more so offended, by the way this situation was handled. Instead of being confronted with such an allegation and instead of being notified by you (or by Amelia for that matter) that such an issue existed, you had obviously already made up your mind about what transpired based solely upon whatever was relayed to you by Amelia and I was all but outright accused by you of taking issue with her observance of the Sabbath. I felt attacked and unfairly accused, instead of being questioned about the issue. I have never in the 13 years that I have been working at Transit ever taken issue or been known to have issues with anybody's beliefs or customs and I certainly wouldn't start now. I have never in my life been accused of such egregious behavior and I pride myself on my professional disposition and my unconditional respect for every employee and anyone who knows me will tell you the same. This situation has simply been distorted and blown out of proportion.

     The fact that this timesheet issue happens to involve a Friday does not justify the conversion of this issue from procedure to religion. Had it been any other day of the week, the result would have been the same. You kept indicating that it would have been impossible for her to make up the time and I never told her that she had to. I simply told her that the only effect that the late train report would have was to give her the ability to make up the time. In fact, no matter what day of the week it occurred on she would never be able to make up the time because the issue didn't surface until she submitted her timesheet for that day some 2 weeks after the fact. It's not as if she came to me on 1/15 and advised me that she was late and would have a deficit in her timesheet. As I explained I am simply doing my job and I would have treated this matter the same way for anyone who brought it to me. There was no singling out, discrimination, or failure to accommodate. The fact that I've been so accused and condemned without having had the opportunity to address the allegation and to present my side of this story is disturbing and I am deeply offended.

*Weslii Khahaifa, Esq.*
*Borough Litigation Chief, New York County*
*130 Livingston Street, 11th Fl.*
*Brooklyn, New York 11201*
*(718)694-3991 Telephone*
*(718)694-1023 Fax*

3

CONFIDENTIAL     NYCTA 000036