# Exhibit 5

| | |
|---|---|
| **From:** | Khahaifa, Weslii |
| **To:** | Heisler, Lawrence; Goode, Y. Gail |
| **Subject:** | RE: Judge Sokoloff |
| **Date:** | Wednesday, December 4, 2019 2:35:00 PM |

EXHIBIT 6  10/18/23

Freed and Frank.

**From:** Heisler, Lawrence
**Sent:** Wednesday, December 4, 2019 2:35 PM
**To:** Khahaifa, Weslii <Weslii.Khahaifa@nyct.com>; Goode, Y. Gail <Y.Gail.Goode@nyct.com>
**Subject:** Re: Judge Sokoloff

Who were the two others?

Get Outlook for iOS

**From:** Khahaifa, Weslii <Weslii.Khahaifa@nyct.com>
**Sent:** Wednesday, December 4, 2019 2:33:28 PM
**To:** Goode, Y. Gail <Y.Gail.Goode@nyct.com>; Heisler, Lawrence <Lawrence.Heisler@nyct.com>
**Subject:** Judge Sokoloff

Gail and Larry,

You may recall our recent discussion regarding my conversation with Judge Sokoloff on 12/7 wherein she discussed an event that took place that day during a status conference on the Alexander Wood case (a 12-9) involving Amelia. I met with Judge Sokoloff to discuss the issue and in addition to her extreme dissatisfaction with Amelia's conduct, she referred to me two other judges who voiced similar, disturbing complaints. The judges all indicated that Amelia has demonstrated a pattern of unprofessional and unethical conduct. I realize that Gail is not in today, however, I believe this issue needs to be addressed as soon as possible as it affects the Authority. Please advise when you are available to discuss.

Thanks,

**Weslii Khahaifa, Esq.**
*Borough Litigation Chief, New York County*
*130 Livingston Street, 11th Fl.*
*Brooklyn, New York 11201*
*(718)694-3991 Telephone*
*(718)694-1023 Fax*

CONFIDENTIAL                                                                                     NYCTA 003295

| | |
|---|---|
| **From:** | Khahaifa, Weslii |
| **To:** | Heisler, Lawrence |
| **Subject:** | RE: Judge Sokoloff |
| **Date:** | Wednesday, December 4, 2019 2:35:00 PM |

Ok. Thanks.

**From:** Heisler, Lawrence
**Sent:** Wednesday, December 4, 2019 2:35 PM
**To:** Khahaifa, Weslii <Weslii.Khahaifa@nyct.com>
**Subject:** Re: Judge Sokoloff

Friday morning.

Get Outlook for iOS

**From:** Khahaifa, Weslii <Weslii.Khahaifa@nyct.com>
**Sent:** Wednesday, December 4, 2019 2:33:28 PM
**To:** Goode, Y. Gail <Y.Gail.Goode@nyct.com>; Heisler, Lawrence <Lawrence.Heisler@nyct.com>
**Subject:** Judge Sokoloff

Gail and Larry,

You may recall our recent discussion regarding my conversation with Judge Sokoloff on 12/7 wherein she discussed an event that took place that day during a status conference on the Alexander Wood case (a 12-9) involving Amelia. I met with Judge Sokoloff to discuss the issue and in addition to her extreme dissatisfaction with Amelia's conduct, she referred to me two other judges who voiced similar, disturbing complaints. The judges all indicated that Amelia has demonstrated a pattern of unprofessional and unethical conduct. I realize that Gail is not in today, however, I believe this issue needs to be addressed as soon as possible as it affects the Authority. Please advise when you are available to discuss.

Thanks,

**Weslii Khahaifa, Esq.**

*Borough Litigation Chief, New York County*

*130 Livingston Street, 11th Fl.*
*Brooklyn, New York 11201*
*(718)694-3991 Telephone*
*(718)694-1023 Fax*