# Exhibit 6

US NEWS

# NYCHA lied about doing lead paint inspections, shocking report claims

By Yoav Gonen and Bruce Golding
Published Nov. 14, 2017, 1:03 p.m. ET



Shola Olatoye
Robert Miller

**EXPLORE MORE**

**Bronx NYCHA tenants make a PACT for a brighter future**

**Tim's 'fundamental' free-speech fail, the West can win and other commentary**

**NYC dog lovers demand cops 'find and prosecute' sicko who tossed pup down 17-story trash**

The head of the city Housing Authority potentially put thousands of kids at risk of lead poisoning by blowing off mandatory apartment inspections - and then lied about it to the feds, a damning Department of Investigation report revealed Tuesday.

In an unprecedented move, DOI also called for hiring an outside monitor to ensure NYCHA follows lead-paint laws and other safety regulations.

The investigators accused NYCHA Chairwoman Shola Olatoye of submitting annual paperwork to the federal Department of Housing and Urban Development that falsely claimed lead checks had been performed in 55,000 potentially dangerous apartments.

Olatoye, appointed by Mayor de Blasio in 2014, allegedly signed one of the documents - known as Form 50077 - despite admittedly knowing it was untrue.

"During a DOI interview, Chair Olatoye stated that in October 2016 when this certification was submitted, she was aware that NYCHA was not in compliance with the HUD regulations, which she considered 'obviously a management failure,' and thus that the certification was not accurate," the report says.

NY CHA has offered "no reasonable explanation why this was acceptable," the report noted.

"DOI's investigation found that NYCHA failed to do critical lead safety inspections and then falsely certified that they were meeting these legal requirements," DOI Commissioner Mark Peters said.

Children under 5 - who are most vulnerable to lead poisoning - live in roughly 4,200 of the 55,000 apartments that are supposed to be inspected for hazards each year, according to the DOI report.

NYCHA stopped the inspections in 2013, but maintains that it inspected the 4,200 last year even though it failed to inspect the remaining 50,000-plus units.

NYCHA on Tuesday wouldn't say where any of the 55,000 apartments were located, beyond noting that they're in 91 of 326 housing projects scattered "across all five boroughs."

Despite DOI flat-out accusing Olatoye of misleading the feds, a vacationing de Blasio insisted his public housing chief did nothing wrong.

"[The mayor]continues to have full confidence in Chair Olatoye and her work turning around NYCHA We do not believe there is any evidence that anyone intentionally made any misstatements to HUD," spokeswoman Melissa Grace said.

Under federal law, a knowing and willful false statement to the government is a felony that carries up to five years prison.

Fordham University law professor Jim Cohen called Olatoye's conduct "clearly a false statement within the meaning of the statute," and put the odds at "better than 50-50" she'd face charges.

"This is sort of ready-made," Cohen said of a potential case.

Former federal prosecutor Peter Katz, who worked in both Brooklyn's Eastern District and the Justice Dept. in Washington, D.C., said Olatoye "made almost a full confession," and he raised the specter of conspiracy charges involving other top NYCHA officials.

Katz also called the situation "reminiscent" of a 2002 case he prosecuted, in which nearly all of the city's plumbing inspectors were busted for falsifying inspections, also following a DOI probe.

A DOI spokeswoman said the report was sent to the Manhattan US Attorney's Office "for any action they deem appropriate."

Manhattan federal prosecutors have been investigating elevated lead levels in the blood of NYCHA residents since at least November 2015, according to a 2016 New York Times report.

"NYCHA has acknowledged not only gaps in lead compliance and other issues - but gaps in communications between senior NYCHA officials and NYCHA's top leadership, which resulted in incorrect certifications to HUD," authority spokeswoman Jean Weinberg said.

"As the DOI report noted, NYCHA did disclose to HUD the deficiencies it had identified and took immediate steps to develop a plan to address the issues.

Olatoye didn't return requests for comment, but NYCHA lawyer and former top Manhattan federal prosecutor Boyd Johnson said: "Any suggestion that Shola Olatoye faces any criminal or civil liability in connection with this matter is utterly false and erroneous."

---

**FILED UNDER**  NYCHA,  PUBLIC HOUSING,  11/14/17

---

**READ NEXT**  Woman faints as she's found guilty in murder-for-hire plot

# Another top aide leaving NYCHA while Shola Olatoye remains

By Michael Gartland

Published Jan. 31, 2018 | Updated May 11, 2018, 2:44 p.m. ET



David Farber and Shola Olatoye
Robert Miller

### EXPLORE MORE

Bronx NYCHA tenants make a PACT for a brighter future

Tim's 'fundamental' free-speech fail, the West can win and other commentary

NYC dog lovers demand cops 'find and prosecute' sicko who tossed pup down 17-story trash

Another top official! at the New York City Housing

Authority is stepping down - and he won't say if he's leaving voluntarily.

David Farber, the authority's general counsel and executive vice president for legal affairs, is the fourth high-ranking official to pack it in amid probes by the Department of Investigation and US Attorney's Office into how the agency handled lead-paint inspections.

Authority chair Shola Olatoye announced Farber's departure Wednesday at a regularly scheduled board meeting

"[He] has served as a critical! member of my senior staff, counsel to me personally in my role here, and is also a dear, dear friend," she said. "We want to thank him for his almost 3½ years' service."

Farber became general counsel in August 2014 and oversees 155 people in the agency's legal unit.

The top leadership of NYCHA has been under fire since the Department of Investigation revealed in November that Olatoye had certified to the feds that the agency had conducted mandated lead-paint testing when she knew it hadn't.

Last week, Olatoye faced more questions when a letter surfaced from NYCHA inspector general Ralph Iannuzzi revealing that she had given false testimony to the City Council about the qualifications of the workers who conducted the inspections.

NYCHA's legal team assisted in preparing the incorrect information sent to the feds as well as in Olatoye's council testimony, said agency spokeswoman Jasmine Blake.

Iannuzzi sat in the front row of Wednesday's board meeting.

Farber joins the ranks of three other top officials who have left in recent weeks: general manager Michael Kelly; senior VP for operations Brian Clarke and technical-services director Jay Krantz.

Olatoye gave him a fond, public farewell by praising his "level of grace and professional energy."



**SEE ALSO**

**De Blasio: Criticisms of NYCHA head are 'absolutely' unfair**

Mayor De Blasio still hasn't directly addressed questions about whether he asked Kelly to fall on his sword, speaking only in general terms Monday night about the departures.

"There were some people at -NYCHA who needed to move on, and they have," he said.

Blake, the agency spokeswoman, said Farber "has chosen to leave NYCHA" and the end of de Blasio's first term "is a perfect transition time."

Meanwhile, council Speaker Corey Johnson put Olatoye on notice that while he's not asking for her resignation "at this moment," she is under intense scrutiny.

"In the future, it's not good enough for her to say, 'Sorry I was briefed with bad information,'" he said at an unrelated press conference. "Who was briefing you? Is that person going to stay? Who briefed them? Ultimately when it comes to NYCHA, accountability falls to her because she's the chair."

**FILED UNDER**  BILL DE BLASIO,  COREY JOHNSON,  LEAD EXPOSURE,  NYCHA,  SHOLA OLATOYE,  1/31/18

**READ NEXT**  NYPD detective found dead outside bar in apparent suicide