# Exhibit 8

Page 1

1

2    UNITED STATES DISTRICT COURT

3    EASTERN DISTRICT OF NEW YORK

4    CASE NO.:  1:21-cv-04055-FB

5     - - - - - - - - - - - - - - - - - -x

6    AMELIA YEHOSHUA,

7                         Plaintiff,

8          -against-

9    MANHATTAN AND BRONX SURFACE TRANSIT

10   OPERATING AUTHORITY, THE NEW YORK CITY

11   TRANSIT AUTHORITY, and WESLII KHAHAIFA,

12                        Defendants.

13   - - - - - - - - - - - - - - - - - - -x

14

15                    October 12, 2023

16                    10:02 a.m.

17

18            DEPOSITION of LISA HODES-URBONT,
     a Non-Party Witness in the above-entitled
     action, held Via Veritext Virtual, taken

19   before Barbara Tortora, a Shorthand
     Reporter and Notary Public of the State of

20   New York, pursuant to Rule 26 et seq. of
     the Federal Rules of Civil Procedure,

21   Subpoena and stipulations between Counsel.

22                    *     *     *

23

24

25

Page 2

1
2 APPEARANCES:
3
4   NESENOFF & MILTENBERG, LLP
5       Attorney for Plaintiff
6       363 Seventh Avenue, Fifth Floor
7       New York, New York 10001
8   BY:  GABRIELLE M. VINCI, ESQ.
9
10
11
12   SEYFARTH SHAW LLP
13       Attorney for Defendants
14       and LISA HODES-URBONT
15       620 Eighth Avenue
16       New York, New York 10018
17   BY:  DANIEL I. SMALL, ESQ.
18
19
20
21
22           *    *    *
23
24
25

Page 3

1
2           STIPULATIONS
3       IT IS HEREBY STIPULATED AND AGREED, by
4   and among counsel for the respective
5   parties hereto, that the filing, sealing
6   and certification of the within deposition
7   shall be and the same are hereby waived;
8       IT IS FURTHER STIPULATED AND AGREED
9   that all objections, except as to form of
10   the question, shall be reserved to the
11   time of the trial;
12       IT IS FURTHER STIPULATED AND AGREED
13   that the within deposition may be signed
14   before any Notary Public with the same
15   force and effect as if signed and sworn to
16   before the Court.
17
18           *    *    *
19
20
21
22
23
24
25

Page 4

1
2   L I S A  H O D E S - U R B O N T, a
3   Non-Party Witness herein, having first
4   been duly sworn by the Notary Public, was
5   examined and testified as follows:
6   EXAMINATION BY
7   MS. VINCI:
8   Q.   What is your name?
9   A.   Lisa Hodes-Urbont.
10   Q.   Where do you reside?
11   A.   619 West Market Street, Long
12   Beach, New York 11561.
13   Q.   Good morning, everyone.
14       Good morning, is it pronounced
15   Hodes-Urbont?
16   A.   Yes, that's it.
17   Q.   My name is Gabrielle Vinci.  I
18   represent Amelia Yehoshua in an action, a
19   civil action that she's brought against
20   the Manhattan and Bronx Surface Transit
21   Operating Authority, the New York City
22   Transit Authority and Weslii Khahaifa.
23   A.   Okay.
24   Q.   Throughout today's deposition
25   I'm going to refer to Manhattan and Bronx

Page 5

1       HODES-URBONT
2   Surface Transit Operating Authority and
3   the New York City Transit Authority simply
4   as Transit or Transit Authority.
5       Is that okay with you?
6   A.   That's fine.
7   Q.   We're here today to take your
8   deposition, which I understand you're an
9   attorney, so this is probably things you
10   already know.  But it's essentially for me
11   to ask you questions about what you may or
12   may not know or remember regarding facts
13   and circumstances underlying the
14   plaintiff's claims.  Before we get
15   started, I will just go over some ground
16   rules.
17       The first is, I would ask all of
18   your responses to my questions be verbal.
19   The Court Reporter cannot take down any
20   sort of physical gesture or nod of the
21   head.  So please just answer orally all of
22   my questions.
23   A.   I will.
24   Q.   Please also allow me to finish
25   my question before you begin your answer,

2 (Pages 2 - 5)

HODES-URBONT

1
2 and I will likewise wait for you to
3 complete your answer before I go on with
4 my next question. Especially over Zoom,
5 it's really easy to talk over one another
6 and that's very difficult for the Court
7 Reporter to take down in the transcript.
8         If there's any question you
9 don't hear or understand, please let me
10 know and I'll rephrase it so it's
11 meaningful to you. If you answer a
12 question, I'm going to assume that you
13 understood the question as I posed it to
14 you.
15         Is that okay?
16    A.   Sure. I mean -- sure.
17    Q.   I don't expect, and I hope not
18 to take up too, too much of your time
19 today. Regardless, if you need a break
20 for any reason, please let me know. I'm
21 happy to take as many breaks as you need.
22 The only caveat to that is, if there's a
23 question pending, answer that question and
24 then we'll take that break.
25         Do you understand all of those

HODES-URBONT

1
2 guidelines and ground rules as I've
3 explained them to you?
4    A.   Yeah, I do.
5    Q.   We are taking this deposition
6 virtually today.
7         Can you let me know where you
8 are, ma'am?
9    A.   In my dining room. In my house.
10    Q.   That would be the 619 West
11 Market Street residence that you testified
12 to?
13    A.   Correct.
14    Q.   Is anybody in the room with you?
15    A.   No.
16    Q.   Please let us know if somebody
17 does enter the room with you. We may take
18 a break until they're able to leave. Some
19 of the subjects we're going over are
20 marked confidential. To preserve that,
21 let us know if anyone comes in the room.
22    A.   I will.
23    Q.   Other than the Zoom deposition
24 screen, is there any other screen open on
25 your computer?

HODES-URBONT

1
2    A.   No.
3    Q.   I would ask that you keep it
4 that way and, in essence, give all of your
5 focus on the deposition while it is being
6 conducted. Certainly, if something comes
7 up and you need to address something else
8 or speak to someone, like I said, let me
9 know and we'll take a break.
10         Is there any reason that you
11 could think of that you wouldn't be able
12 to understand and truthfully answer my
13 questions today?
14    A.   I can't think of anything.
15    Q.   I understand that you are being
16 represented today by Attorney Small; is
17 that correct?
18    A.   That's correct.
19    Q.   Did you do anything to prepare
20 for your deposition today?
21    A.   Yes, I spoke with Mr. Small, and
22 I reviewed some documents.
23    Q.   What documents did you review?
24    A.   I believe I reviewed the two DAN
25 letters, the first one and the second one.

HODES-URBONT

1
2 A decision by David Farber. I reviewed
3 Amelia's time sheets. Some text messages
4 that Amelia had sent to me and I sent
5 back. You know, our correspondence. Some
6 E-mails between Weslii and Amelia where I
7 was cc'd on them to my work E-mail.
8    Q.   When you say you reviewed the
9 decision by Attorney Farber, do you recall
10 which decision that was?
11    A.   I think it was a one paragraph
12 decision indicating that the dismissal
13 will not be overturned.
14         I don't know how else to
15 characterize it.
16    Q.   I understand what you're
17 referring to. Thank you so much.
18         Other than speaking to Attorney
19 Small, did you speak to anybody else in
20 preparation for your deposition today?
21    A.   No.
22    Q.   Have you spoken to anybody at
23 the Transit Authority about this case in
24 general other than counsel?
25    A.   No.

3 (Pages 6 - 9)

HODES-URBONT

1
2    Q.    What about outside of the
3    Transit Authority, have you spoken to
4    anyone not affiliated with Transit other
5    than potentially counsel?
6    A.    A few years ago Amelia's
7    attorney called me and I spoke with him
8    briefly.
9    Q.    I'm going to let that pass for a
10   second.
11        Amelia's attorney at that time,
12   was that Mr. Corey Stark?
13   A.    No. I believe.
14   Q.    Counsel -- sorry.
15   A.    No, it wasn't Corey Stark. I
16   don't remember his name.
17   Q.    Could it have been Karl Sleight?
18   A.    That could be it.
19   Q.    What did you and Amelia's prior
20   counsel discuss during this call?
21   A.    It was a very brief call. He
22   told me about that Amelia had gotten one
23   of the DAN letters, I don't remember which
24   one, and I knew nothing about it. It was
25   a very brief conversation. That was about

HODES-URBONT

1
2    it.
3    Q.    How did you first learn about
4    the lawsuit that Amelia brought against
5    the Transit Authority?
6    A.    Amelia told me about it.
7    Q.    When did Amelia tell you about
8    it?
9    A.    Well, probably in 2000.
10   Sometime in the year 2000. I'm not sure
11   if that's when she told me about the
12   lawsuit or the disciplinary actions. It's
13   all kind of merged together in my head.
14   Q.    When you say the year 2000, do
15   you mean the year 2020?
16   A.    2020, sorry.
17   Q.    Has Amelia told you anything
18   specific to this lawsuit that you can
19   recall?
20   A.    I mean, yeah. I can't remember
21   specific details. But in general she was
22   very upset and thought it was unjust and
23   unfair the way she was being treated. In
24   general, that was her attitude.
25   Q.    Did she explain in any way why

HODES-URBONT

1
2    she believed what was happening to her was
3    unjust and unfair?
4    A.    I'm sure she did. I don't
5    recall the -- I can't recite
6    conversations. I don't know. I don't
7    know what you want me to do.
8    Q.    That's an instruction I should
9    have given at the beginning. We are here
10   today to determine what you know, what you
11   can recall. Nobody here wants you to
12   guess or assume any answer. If you are
13   able to give me your best approximation,
14   say a date, or as we're discussing here,
15   not verbatim what was said during a
16   conversation but you know, generally know
17   what was stated, I'll ask you to do that,
18   and clarify that is what you are doing.
19   But certainly no one wants you to pull an
20   answer out of thin air. If you don't know
21   or don't recall, please do not hesitate to
22   testify that way.
23   A.    Okay.
24   Q.    With that, understanding you
25   can't recall the exact conversation word

HODES-URBONT

1
2    for word, can you recall any reason that
3    Amelia gave to you for why she felt what
4    was happening to her was unjust and
5    unfair?
6    A.    Yeah. Sometime, I believe, in
7    June of 2020 Amelia had forwarded me a
8    copy of -- of the DAN letter or the OIG
9    complaint. I'm not really sure. And she
10   was very upset about it. And I had no
11   information about it. I mean, it was news
12   to me. Like, she -- when she informed me,
13   that was the first I heard of it.
14   Q.    We'll explore that a little bit
15   more later.
16        Have you spoken to anyone at
17   Transit about this lawsuit?
18   A.    Other than Robert --
19   Q.    Other than counsel. I want to
20   know nothing about your discussions with
21   counsel.
22   A.    No, I have not spoken with
23   anyone at Transit.
24   Q.    You are an attorney, correct?
25   A.    I am.

4 (Pages 10 - 13)

Page 14

HODES-URBONT

1
2   Q.   How long have you been
3   practicing?
4   A.   Since -- I was admitted in 1983.
5   Q.   When you say admitted, was that
6   to practice in New York?
7   A.   Yes, Second Department.  I was
8   admitted Second Department.
9   Q.   Were you ever admitted to
10  practice in any other jurisdiction outside
11  of New York?
12  A.   No.
13  Q.   Where did you attend law school?
14  A.   Pace University Law School.
15  Q.   After law school, did you pursue
16  any other degrees?
17  A.   No.
18  Q.   So JD, Juris Doctor, that's your
19  highest degree?
20  A.   It is.
21  Q.   Where did you attend undergrad
22  school?
23  A.   City University, Brooklyn
24  College.
25  Q.   What year did you graduate from

Page 15

HODES-URBONT

1
2   CUNY Brooklyn?
3   A.   '78.
4   Q.   What degree or degrees did you
5   graduate with?
6   A.   A BA.  A BA.
7   Q.   A BA in what?
8   A.   English.
9   Q.   Did you, after graduating from
10  Brooklyn College, immediately attend Pace
11  University or Pace School of Law?
12  A.   No.  I took a one year break in
13  between.
14  Q.   What did you do during that
15  year?
16  A.   I continued working for the law
17  firm that I worked in through college.
18  Q.   Which law firm is that?
19  A.   Van Leer & Greenberg.
20  Q.   What were you doing for Van Leer
21  & Greenberg?
22  A.   Everything -- anything that I
23  could.  Mostly typing.  Watering plants.
24  Interviewing clients.  You know, initial
25  interviews.  Learning.  Going on

Page 16

HODES-URBONT

1
2   arraignments late at night.  Going on
3   arraignments during the day.  Watching
4   parts of trials.  Things like that.
5   Q.   Do you still maintain an active
6   law license to practice in New York?
7   A.   I have one.
8   Q.   When did you first start working
9   for the Transit Authority?
10  A.   It was April of 1986.
11  Q.   Did you have any law job or
12  position between graduating or being
13  admitted in 1983 and working for Transit
14  in 1986?
15  A.   Yes.
16  Q.   Where did you work?
17  If you can kind of work through
18  your work history during those three
19  years.
20  A.   Okay.  Well, let's see.
21  I worked for Van Leer &
22  Greenberg through my second year of law
23  school.
24  In my third year of law school I
25  worked for corporation counsel's office,

Page 17

HODES-URBONT

1
2   Bronx Trial Unit.  So my office was in the
3   Bronx courthouse.  And I worked for them
4   until about 19 -- once I was admitted, I
5   worked for a firm called Williamson &
6   Williamson in downtown Manhattan.
7   And then I worked for them
8   through 1986 when I started with the
9   Transit Authority.
10  Q.   Were you doing any particular
11  area of law while working for Van Leer &
12  Greenberg?
13  A.   It was mostly criminal defense,
14  and some matrimonial.
15  Q.   What about at Williamson &
16  Williamson?
17  A.   It was torts.  That was personal
18  injury and subrogation.  Tort defense.
19  Q.   What was your first role with
20  Transit?
21  A.   I was an attorney assigned to
22  the Brooklyn Examination & Practice Unit.
23  Q.   Can you explain what is or what
24  was the Brooklyn Examination & Practice
25  Unit?

5 (Pages 14 - 17)

Page 18

HODES-URBONT

2  What would you do in there?
3     A.   It was -- I handled all aspects
4  of pretrial litigation.
5         I would take statutory hearings.
6  Review Summons & Complaints, Answers,
7  Discovery & Inspection.  And handle every
8  aspect of the case.  Motion practice,
9  summary judgment motions or anything else
10 that might pop up through the filing of
11 issue readiness for trial.
12    Q.   How long were you in that role?
13    A.   I worked for them -- I was in
14 that unit through about 1990.
15    Q.   So in roughly 1990, where did
16 you go to?
17    A.   I left Transit Authority and
18 worked at a firm called Duker & Barrett.
19    Q.   Where was that located?
20    A.   They were located on Broad
21 Street in Manhattan.
22    Q.   How long were you at Duker &
23 Barrett?
24    A.   I was there for three years.
25    Q.   Were you doing the same type of

Page 19

HODES-URBONT

2  work, meaning, pretrial, preparation of
3  cases and handling cases?
4     A.   Yes.
5     Q.   Did you handle any files while
6  you were with Duker & Barrett?
7     A.   Yes.
8     Q.   How many?
9     A.   Two.
10    Q.   Was there a particular area of
11 practice, area of law you were practicing?
12    A.   It was tort defense.  Their main
13 client was the New York City Housing
14 Authority.  So I handled those cases.
15    Q.   After leaving Duker & Barrett,
16 where did you go?
17    A.   I came to New York City Transit
18 Authority and I stayed there until last
19 year.
20    Q.   It's my understanding you
21 retired last year; is that right?
22    A.   Correct.
23    Q.   First, congratulations.
24         And, also, have you worked since
25 retiring from Transit?

Page 20

HODES-URBONT

2     A.   I have worked on some cases.
3     Q.   As a solo practitioner or as
4  wrapping up with Transit?
5     A.   No.  When I left Transit I did
6  not work on any further Transit cases.
7  That was it.  I worked on some real estate
8  cases from people that I know.
9     Q.   Understood.
10         When you returned to Transit,
11 what was your position?
12    A.   I returned to Transit in the
13 Brooklyn Trial Unit as the junior attorney
14 in a Major Case Unit.
15    Q.   How long were you in that role?
16    A.   Until -- until, roughly, 2015.
17    Q.   What happened in 2015?
18    A.   I became the Borough Chief for
19 the Brooklyn Trial Unit.
20    Q.   Was that of a specific unit,
21 like you said the Major Case Unit, or was
22 it for Brooklyn Trial overall?
23    A.   The Brooklyn Trial Unit.  You
24 know, the unit.
25    Q.   How many attorneys were under

Page 21

HODES-URBONT

2  you in that role?
3     A.   Well, it varied because, you
4  know, people come and go.  When I left
5  Transit there were five attorneys.  I
6  would be number six.  And there were three
7  paralegals.
8     Q.   When did you first come to know
9  Amelia Yehoshua?
10    A.   Roughly right after she started
11 with Transit.  Sometime in 2013 or 2014.
12    Q.   Did you meet her in the course
13 of working through Transit or something
14 more formal?
15    A.   No, I met her in the course of
16 working through Transit.  You know,
17 just --
18    Q.   She was not working in the
19 Brooklyn Unit, correct?
20    A.   She was not in my unit.
21    Q.   Where was she working when she
22 first started, if you know?
23    A.   I don't know.
24    Q.   During the time you were both
25 working at Transit, how would you describe

6 (Pages 18 - 21)

HODES-URBONT

2  your relationship with Amelia?
3      A.   Very friendly.
4      Q.   Would you socialize with each
5  other?
6      A.   We had lunch a few times.  After
7  work we took yoga classes together for a
8  while.  And belly dancing.  We don't have
9  to talk about that.
10     Q.   Did your families socialize with
11  each other?
12          Did your family ever meet hers
13  or vice versa?
14     A.   Well, I never went to her house
15  and she never came to my house, if that's
16  what you mean.  But I did have a chance to
17  meet her husband and kids.  They would
18  come up to the office from time-to-time
19  and I would certainly say hello to them.
20     Q.   Did Amelia ever discuss her
21  religion with you?
22     A.   Not really.  I mean, I knew she
23  was Jewish.  I'm Jewish.
24     Q.   Are you familiar with Wesli
25  Khahaifa?

HODES-URBONT

2      A.   Yes, I am.
3      Q.   Do you also know Ms. Khahaifa
4  through working at Transit?
5      A.   Yes.
6      Q.   Do you know her before working
7  at Transit?
8      A.   No, I don't.  No, I didn't know
9  her before.
10     Q.   How would you describe your
11  relationship with Ms. Khahaifa while you
12  were both working at Transit?
13     A.   Well, in the beginning I was,
14  you know, friendly with her.  Because
15  everyone basically -- it's a small office,
16  everyone knows everyone.  So, you know, I
17  knew who she was, but I didn't socialize
18  with her.  I would say when I became
19  Borough Chief I became more acquainted
20  with her because she was also -- got the
21  same promotion to Borough Chief in the New
22  York Unit.  So we became more social,
23  became more friendly.
24     Q.   Would you socialize with Ms.
25  Khahaifa outside of work --

HODES-URBONT

2      A.   Yes.
3      Q.   -- after you became more
4  friendly?
5      A.   Yes.  We went out -- we would go
6  out every now and then.  Her unit was very
7  social and they would go out for drinks
8  and dinner.  So I often went with them and
9  I was very friendly with them.
10     Q.   Based on your observation when
11  you were there, was Ms. Yehoshua also in
12  attendance with sort of a unit night out
13  for drinks or going out for dinner?
14     A.   No.
15     Q.   Do you know why she was not in
16  attendance?
17     A.   Well, basically she liked to be
18  home for her children, is my
19  understanding.
20     Q.   Where does that understanding
21  come from?
22          Why do you believe Ms. Yehoshua
23  was not there because she wanted to be
24  home for her children?
25     A.   You know, because she often told

HODES-URBONT

2  me about, you know, going home and helping
3  with homework and things like that.
4      Q.   Did Amelia ever raise any
5  concerns with you about her not attending
6  these unit dinners or nights out for
7  drinks?
8      A.   It wasn't -- it wasn't like a
9  unit -- it wasn't like an event, you know.
10  No one got invitations.  I mean,
11  sometimes -- sometimes it was just me and
12  Weslii and another friend Paul.  And
13  sometimes it was more people from the
14  unit.  It wasn't, like, an event where
15  someone was excluded, let's not invite
16  this person or that person.  If you wanted
17  to come, you came.
18     Q.   It was all sort of like an
19  informal let's get together after work,
20  someone is doing something, anyone can
21  join?
22     A.   Right, exactly.
23     Q.   Was it a regular, like, every
24  week someone would be going out and you
25  could join or just sort of popped up

7 (Pages 22 - 25)

HODES-URBONT

1  HODES-URBONT
2  whenever it popped up?
3     A.   It popped up whenever it popped
4  up.
5     Q.   There came a point in time that
6  Amelia was transferred from the New York
7  County Trial Unit to the Kings County
8  Trial Unit; is that correct?
9     A.   That's correct.
10    Q.   At that point you became her
11 supervisor, right?
12    A.   Yes.
13    Q.   Do you recall when that
14 happened?
15    A.   She -- she was formally in my
16 unit, I believe, March of 2020.  Although,
17 she handled a trial for me in February of
18 2020.
19    Q.   When you say formally in your
20 unit, was there an informal period of time
21 where she was in your unit but not in your
22 unit?
23        I'm trying to understand what
24 you meant by formally.
25    A.   No.  Well -- well, I knew that

HODES-URBONT

1  HODES-URBONT
2  she was coming.  I just wanted to know
3  when she could -- when I could start
4  assigning her cases.  So as of March 1st I
5  could do that.  But I had one trial that I
6  thought she would be perfect for, and that
7  was in February.  So I coordinated with
8  Weslii and Larry and she was able to
9  handle my trial in February.
10    Q.   Is it true, to your knowledge,
11 Amelia's transfer to the Kings County
12 Trial Unit started in January of 2020?
13    A.   What do you mean is it true that
14 it started?
15        She was given to me -- she came
16 to my unit in March.
17    Q.   Okay.
18    A.   I knew she was coming in the new
19 year.  I didn't know when.
20    Q.   How did you know that she was
21 coming in the new year?
22    A.   Because Larry told me.  Larry
23 Heisler I'm talking about.  He was the
24 head of torts.
25    Q.   When did Mr. Heisler tell you

HODES-URBONT

1  HODES-URBONT
2  that Amelia was coming to your unit?
3     A.   I don't know when.  It was
4  sometime late in 2019 we discussed her
5  coming to my unit in the new year.  And I
6  was hoping January, but I was given a date
7  May -- of March, beginning of March.
8     Q.   In that meeting with Mr.
9  Heisler, is that when he told you she'll
10 be coming March 1st or was it he told you
11 she's coming in the new year and later it
12 happened to be that she got there on March
13 1st?
14    A.   Well, I knew -- he told me she
15 was coming in the new year.  And then
16 later on I found out that it would be
17 March.
18    Q.   How did you find out that it
19 would be March?
20    A.   Because Larry told me.  Larry,
21 you know, told me, I guess, that's it.
22    Q.   Do you have any understanding as
23 to why she was not transferred immediately
24 in January of 2020 to your unit?
25    A.   No, I don't.

HODES-URBONT

1  HODES-URBONT
2     Q.   In January and February of 2020,
3  to your understanding, she was still part
4  of the New York County Trial Unit?
5     A.   Correct.
6     Q.   But you gave her a trial to
7  handle in February of 2020; is that right?
8     A.   That's right.
9     Q.   Why did you think that she was
10 the correct pick for that trial?
11    A.   Because I had seen her -- I
12 observed her on other trials and I knew
13 that she was a fierce advocate and that
14 she would be -- she would be good because
15 she would be able to cross-examine a
16 witness who was obviously making up a
17 story.  And I thought that she would be
18 able to eviscerate the witness.  And she
19 won the trial.
20    Q.   Was there any issue from Mr.
21 Heisler that she handle this trial prior
22 to being transferred to your unit?
23    A.   If there was, I don't know about
24 it.  I asked for her and she came.  She
25 was able to do it.  So Larry approved it,

Page 30

HODES-URBONT

1
2 Weslii approved it and she handled it.
3     Q.  Do you have any knowledge or
4 understanding as to why Amelia was
5 transferred from the New York County unit
6 to the Kings County unit?
7     A.  I heard there was a personality
8 conflict.  She and Weslii weren't getting
9 along.  So I thought that -- I had no
10 problem with her coming to my unit.  And
11 Larry asked me to take her.  So I did,
12 yeah.
13     Q.  When did you first learn or hear
14 that there had been a personality conflict
15 between Amelia and Ms. Khahaifa?
16     A.  In late 2019.
17     Q.  Was that during your meeting
18 with Larry where he said that Amelia would
19 be coming to your unit?
20     A.  Well, Amelia had complained to
21 me about Weslii previously.
22     Q.  What did Amelia complain to you
23 about with respect to Ms. Khahaifa?
24     A.  Everything.  That she's being
25 overworked, being criticized.  Things like

Page 31

HODES-URBONT

1
2 that.
3     Q.  Being overworked, being
4 criticized.
5         Can you recall anything else
6 specifically that Amelia complained about
7 with respect to Ms. Khahaifa?
8     A.  Nothing specific, no.
9     Q.  Up until that time, until late
10 2019, had Amelia ever complained to you
11 that she felt discriminated against by Ms.
12 Khahaifa?
13     A.  I don't really know when.  At
14 some point she did, but I don't know if it
15 was 2019 or 2021.  You know, it's like
16 four or five years ago.  I don't know.  I
17 mean, I know she told me about it, but I
18 don't know when.
19     Q.  With respect believing she was
20 being discriminated against, what, if you
21 can recall, did Ms. Yehoshua specifically
22 say to you about that?
23     A.  I don't know what she
24 specifically said.  I mean, I remember she
25 thought she was being discriminated

Page 32

HODES-URBONT

1
2 against because she was Jewish, and I
3 thought that was ridiculous.  I didn't
4 really -- whatever Amelia said to me, it
5 didn't register as anything that I could
6 believe.  So I don't know.
7     Q.  When Amelia said to you she felt
8 she was being discriminated against
9 because she's Jewish, you didn't think
10 there was any merit to that claim?
11     A.  Correct, because I'm Jewish and
12 I'm friends with Weslii.  I didn't think
13 it was a problem.
14     Q.  Did you say that to Amelia in
15 response to her complaint?
16     A.  Probably.  But I don't remember,
17 you know -- I don't remember the exact
18 conversations.  I don't know.
19     Q.  Can you remember even generally
20 what response you gave to Amelia when she
21 said to you that she believes she was
22 being discriminated against because she's
23 Jewish?
24     A.  Well, I'm not sure if she was in
25 my unit at that time, you know, and if

Page 33

HODES-URBONT

1
2 she -- I don't remember my exact response.
3     Q.  How many times did Amelia tell
4 you she felt she was being discriminated
5 against because she was Jewish?
6     A.  I don't know.
7     Q.  More than one time?
8     A.  Maybe twice.  Two or three
9 times.
10     Q.  Did you ever let anyone else at
11 Transit know that Amelia had reported to
12 you that she felt discriminated against
13 for being Jewish?
14     A.  Amelia was already in my unit,
15 so, you know, the problem was over.  That
16 was not something that I had to refer
17 to -- you know, to any hire-ups.  If
18 Amelia told me she reported this to Larry
19 and she reported -- and she maybe
20 confronted Weslii about it, so anyone
21 above me who had to know already knew.  So
22 she was just really kind of rehashing
23 stuff that happened before she came to my
24 unit.
25     Q.  So is the answer no, you did not

9 (Pages 30 - 33)

Page 34

HODES-URBONT

1
2 tell anyone else about Amelia's reports to
3 you that she felt discriminated against?
4     A.   Yeah, that's correct.
5     Q.   That's because, to your
6 knowledge, sort of the issue had already
7 been brought up to people higher than you
8 --
9     A.   Correct.
10     Q.   -- and Amelia had been
11 transferred away from the unit?
12     A.   Exactly.
13     Q.   To your knowledge, was her
14 transfer from New York County to Kings
15 County related to her complaints that she
16 felt discriminated against because she was
17 Jewish?
18     A.   I don't know why she was
19 transferred to my unit.  That was, you
20 know, above my pay grade.  Larry's the one
21 who initiates all transfers, all
22 promotions.  He's the cardinal arbiter of
23 what goes on on my floor, and he asked me
24 to take her and I did.
25     Q.   When you learned that Amelia was

Page 35

HODES-URBONT

1
2 coming to your unit, did you have any
3 discussions with Ms. Khahaifa about
4 Amelia's job performance or what to expect
5 when she came to your unit?
6     A.   No.  I had a conversation with
7 Amelia.
8     Q.   Tell me about that conversation
9 with Amelia.
10     What did you discuss?
11     A.   I told her that Larry asked me
12 to take her into my unit, and that this is
13 what I would expect from you as an
14 attorney in my unit.  And I told her, you
15 know, you have to do -- you have to do the
16 work.
17     You have to do your
18 own discovery investigations.  You'll have
19 a prep person assigned to you per case.
20 Because there were only three prep people
21 and there were five attorneys.  So you're
22 not going to have your own dedicated prep
23 person.  And you may have a prep person
24 for one trial, a different prep person for
25 another trial.  And you're going to have

Page 36

HODES-URBONT

1
2 to be doing your own work.  They only do
3 trial prep.  They don't do discovery.
4 They're not paralegals.  They're trial
5 prep people.
6     I know she had it different in
7 New York County, but this is how my county
8 ran.  She was okay with that.  I said,
9 you'll be doing major cases.  You might
10 have to put in answers.  And she hadn't
11 done an answer in a while.  I said don't
12 worry, we'll do it together.  The first
13 few we'll do together.  Because I wanted
14 her to succeed.  She wanted to succeed.
15 And, you know, I was willing to help her.
16     She said that she never handled
17 train cases.  So I said, well, I will, you
18 know, go over the -- all the paperwork of
19 train cases, all reports and discovery.
20 And you'll handle train cases.  That's
21 basically what it was.  And she was okay
22 with that.
23     Q.   At the time that she was
24 transferring into your unit, were you
25 aware of any complaints that had been made

Page 37

HODES-URBONT

1
2 against Amelia by anyone from Transit?
3     A.   Yes.
4     Q.   What complaints were you aware
5 of?
6     A.   Well, I was told by Weslii that
7 some judges had complained about her.
8     Q.   When did Weslii tell you that?
9     A.   I'm not sure.  It was before she
10 came to my unit.  But I don't know exactly
11 when.
12     Q.   Sometime between late 2019 and
13 March 2020?
14     A.   Probably, yeah.
15     Q.   Other than generally saying some
16 judges had complained about Amelia, did
17 Ms. Khahaifa go into any detail about the
18 complaints or say anything further?
19     A.   Weslii had complained -- she had
20 given some detail about the judges.  But
21 the names of the judges were not familiar
22 to me.  I only knew the Brooklyn judges,
23 not the judges in Manhattan.  And, you
24 know, their names meant nothing to me when
25 she said them, so...

10 (Pages 34 - 37)

Page 38

HODES-URBONT

1
2    Q.   Did it concern you to hear that
3  Amelia had judges complain about her
4  before she entered your unit?
5    A.   You know, if I knew -- you know,
6  I've heard judges complain about my
7  attorneys.  And I just -- like in most of
8  the cases, I knew that my attorneys were
9  just being fierce advocates and they were
10  not doing anything improper or unethical.
11  So I didn't, you know -- so I was not
12  concerned about that.  And I didn't know
13  the judges or what exactly they complained
14  of about Amelia.  So, you know, I was not
15  worried.
16    Q.   Did you do any sort of
17  investigation to figure out what
18  specifically the complaints were?
19    A.   No.
20    Q.   Did you ever ask Amelia, at the
21  time that you learned from Weslii that
22  these complaints had been lodged by judge,
23  did you ask Amelia about it?
24    A.   I did.  Amelia told me that the
25  one judge she worked with, that judge was

Page 39

HODES-URBONT

1
2  friendly with her.  Another judge she
3  never even appeared before, so she didn't
4  know why the judge was complaining about
5  her.  But I couldn't tell you right now
6  what judges they are, what their names
7  are.
8    Q.   Again, nothing that you learned
9  concerned you in terms of having Amelia
10  transferred to your unit?
11    A.   No, because I knew Amelia, and I
12  liked her, you know.  And I actually went
13  to Manhattan during one -- one or two of
14  her trials to watch her, to watch her
15  examine or cross-examine a witness.  And I
16  was impressed.  So I had no problem with
17  her coming to my unit.
18    Q.   You had said judges had
19  complained about attorneys in your unit
20  before; is that right?
21    A.   Yeah.
22    Q.   What was your typical process
23  when you learned that a judge complained
24  about one of the attorneys in your unit?
25        How would you handle that?

Page 40

HODES-URBONT

1
2    A.   Well, you know, I would speak to
3  the -- I would speak to the attorney.
4    Q.   Would you take any steps beyond
5  that?
6    A.   It -- it was never anything
7  serious.  Like, one person said -- you
8  know, said that he doesn't know this,
9  doesn't know that.  So I would talk to
10  them.  It wasn't like he did something
11  really horrendous in court that warranted
12  immediate action.
13    Q.   Would you note the judge's
14  complaints in any sort of record or
15  personnel file for the attorney?
16    A.   No.
17    Q.   How often would you receive
18  notice that a judge complained about an
19  attorney in your unit?
20    A.   Oh, well, you know, I have to
21  change one of my answers.
22        There were two times when the
23  complaint was just, you know, the judge
24  blowing off steam.
25        Another time the attorney had

Page 41

HODES-URBONT

1
2  done really improper things and I -- and I
3  immediately referred it to Larry Heisler
4  and he got involved.
5    Q.   So was it only three times that,
6  in your time as chief of the Kings County
7  Trial Unit, you received notice that a
8  judge had complained about one of
9  attorneys in your unit?
10    A.   No.  With one particular
11  attorney there were multiple complaints by
12  judges.
13    Q.   Was that the attorney you
14  referred the matter to Mr. Heisler?
15    A.   Yes.
16    Q.   Other than that attorney, how
17  often would you receive complaints from
18  judges about attorneys in your unit?
19    A.   It was very rare.  Very rare.
20  Once the attorney -- it was one of his
21  first trials, and he did not know what he
22  was doing, but he had good intentions.
23  But he ended up speaking to the judge,
24  going out to lunch with her and, you know,
25  they worked out their differences.  And he

11 (Pages 38 - 41)

Page 42

HODES-URBONT

1    tried many cases before her with no
2    tried many cases before her with no
3    problem.
4        Q.    For the attorney who had the
5    complaint that was more serious, why did
6    you refer it to Mr. Heisler?
7        A.    The judge had called me, and I
8    immediately -- he said there's a contempt
9    hearing over lunchtime, and the hearing
10   was to begin at 2:00, and Mr. Heisler had
11   to be present.  So we were all there.
12       Q.    What happened to that attorney
13   that had multiple judge complaints against
14   him or her, them?
15       A.    She -- she's not with the
16   Transit Authority anymore.  I think she
17   was dismissed.
18       Q.    In January and February of 2020,
19   were you in any way supervising Amelia
20   other than with respect to the trial in
21   February that you had assigned her?
22       A.    Just that one trial.
23       Q.    Just one, okay.
24            Then when she officially
25   transferred to your unit March 1st of

Page 43

HODES-URBONT

1            HODES-URBONT
2    2020, did Ms. Khahaifa have anymore
3    supervisory authority over Amelia?
4        A.    Yes.  Amelia, you know, had been
5    in the New York County unit for a very
6    long time.  So she -- she accrued cases
7    and trials in matters that she was working
8    on.  And there were some things that she
9    had to finish up.  And when she -- when
10   Amelia came to my unit and had that
11   discussion with me, I said to her, you
12   have to -- you know, it was a standing
13   thing with the Transit Authority, if
14   you're being transferred to another unit
15   you have to -- you have to finish and
16   complete your pending matters, you know.
17   And some matters could be reassigned.  But
18   some matters, you know, could not.
19           So Weslii was in charge of
20   Amelia completing the matters that were
21   previously assigned to her.  I believe
22   they were motions that Amelia was in the
23   middle of responding to, and posttrial
24   motions, and things like that, of which
25   she would have particular knowledge.  And

Page 44

HODES-URBONT

1            HODES-URBONT
2    Amelia was required to complete those
3    assignments.
4        Q.    After the time period March 2020
5    and after, would Ms. Khahaifa give Amelia
6    new assignments unrelated to matters that
7    were pending when she left?
8        A.    Not to my knowledge, no.
9        Q.    Did Amelia ever raise any
10   concern or complaint about Ms. Khahaifa
11   continuing to supervise her after the
12   transfer?
13       A.    Well, she -- she -- no.  I was
14   cc'd on all the E-mails between Amelia
15   and -- from Weslii to Amelia.  So I knew
16   what work Amelia was completing,
17   finishing.  And I told Amelia just do --
18   just do the job and then that will be
19   that, you'll be over with it.
20       Q.    During this time there was some
21   overlap after the transfer in March of
22   2020, it's my understanding that Ms.
23   Khahaifa continued to oversee and approve
24   Amelia's time sheets; is that right?
25       A.    Yes.

Page 45

HODES-URBONT

1            HODES-URBONT
2        Q.    Were you involved in reviewing
3    the time sheets during that time period of
4    overlap as well?
5        A.    No.  Basically the people that
6    report to me in the Kings Trial Unit, I --
7    I do their time sheets, you know.  Every
8    two weeks they -- they make any changes to
9    their time sheets.  I review it on the
10   last day and approve it or question them
11   about it.  And then -- and then submit it,
12   you know, and then I finalize it.
13           Amelia did not appear in my list
14   of people until, I guess it was lag of a
15   few months.  Which I can only attribute to
16   COVID.  It's not something that I initiate
17   the transfer of her.  The timekeeping
18   people have to do whatever they do and put
19   her in my group as opposed to the New York
20   County group.
21       Q.    Did you ever question why after
22   the transfer was effected you were not
23   reviewing Amelia's time sheets?
24       A.    Amelia brought it to my
25   attention.  And at that point I spoke to

12 (Pages 42 - 45)

Page 46

HODES-URBONT

1
2  timekeeping or E-mailed them, I'm not
3  sure. And I think Amelia had done the
4  same. And shortly after that she
5  became -- started appearing in my group of
6  people, so it was done.
7      Q.   So the issue got fixed?
8      A.   Exactly.
9      Q.   Did Amelia ever raise any
10  concern or issue or complaint rather to
11  you regarding Weslii continuing to review
12  her time sheets?
13      A.   Yes, that's what you were
14  talking about. When she did, I spoke to
15  timekeeping, Amelia spoke to timekeeping,
16  and the issue was resolve.
17      Q.   That was the only time she
18  brought that to your attention?
19      A.   To my knowledge, yes.
20      Q.   We had mentioned earlier a DAN
21  or two DANs, rather, which were Notices of
22  Disciplinary Charges; is that correct?
23         Is that what DAN stands for?
24      A.   Something like that.
25      Q.   To your recollection, when was

Page 47

HODES-URBONT

1
2  Amelia issued her first DAN?
3      A.   Offhand, I don't know the date.
4      Q.   Did you ever see a copy of the
5  first DAN?
6      A.   Yes, Amelia sent it to me.
7      Q.   So, just for reference, I will
8  share with you what we'll mark as
9  Exhibit 1.
10      ( Plaintiff's Exhibit 1 was
11  marked for identification, as of this
12  date.)
13      Q.   Are you able to see that?
14      A.   Yes.
15      Q.   I'll scroll through it. I
16  certainly don't expect you to read this
17  line by line.
18         But do you recognize this
19  document?
20      A.   Yeah. Yeah, it's -- could you
21  go to the end, please?
22      Q.   (Indicating.)
23      A.   Yeah, I've seen that.
24      Q.   Can you identify it for the
25  record, state what it is?

Page 48

HODES-URBONT

1
2      A.   It's not a document I generated,
3  but it's dated June 12, 2020, addressed to
4  Amelia Yehoshua. And it states that it's
5  a Notice of Disciplinary charges, DAN
6  number 20-6314-0003.
7      Q.   How did Ms. Yehoshua notify you
8  of this DAN?
9      A.   I believe -- I believe that she
10  E-mailed it to me and we subsequently had
11  a phone conversation. We were all working
12  remotely at the time. So I don't believe
13  I had an in person discussion with her.
14      Q.   That E-mail, that notice for
15  Amelia, I believe you said that's the
16  first time you were made aware of these
17  charges against her?
18      A.   Yeah, I believe so.
19      Q.   Was it surprising to you that
20  you had not been made aware prior to June
21  12, 2020 that this DAN was going to
22  happen?
23      A.   Yeah. I was a bit surprised,
24  yes.
25      Q.   Why was that surprising?

Page 49

HODES-URBONT

1
2      A.   Well, she was in my unit. I
3  just thought I should be told by someone
4  at Transit what was happening to someone
5  in my unit I supervise. So I was pretty
6  surprised.
7      Q.   This document appears to be
8  signed by Ms. Khahaifa.
9         Do you see that?
10      A.   Yeah. I see her name at the
11  end, yes.
12      Q.   Do you have any knowledge or
13  understanding as to why Ms. Khahaifa
14  signed the DAN?
15      A.   No, I have no idea how this was
16  composed or made, who signed it or why. I
17  have no information about that.
18      Q.   So you also don't know then,
19  like, who created it, who drafted the
20  charges?
21      A.   I have no idea, no.
22      Q.   During that first call with
23  Amelia about this DAN after she sent you a
24  copy, can you, to the best of your
25  ability, sort of walk me through what she

13 (Pages 46 - 49)

Page 50

HODES-URBONT

1    discussed, what you said to her, what she
2    said to you?
3        A.    I told her I knew nothing about
4    it.  I mean, that's basically what I told
5    her.
6        Q.    What did she say to you during
7    this discussion?
8        A.    She told me that she knew --
9    well, it deals with an attorney that we
10   both know.  I don't know if he's named in
11   the DAN.  But it's attorney who is one of
12   our outside counsel that I referred a lot
13   of work to him.  Amelia told me that she
14   knew him from her prior job, and she
15   didn't think anything was wrong with that.
16   And that she also told me that the matter
17   that he was working on was a real estate
18   matter with a -- she didn't pay him
19   because it was a contingency fee, and they
20   lost the case, so he wasn't paid.  That's
21   what she told me.
22       Q.    After learning about the DAN,
23   did you speak to anybody at Transit about
24   it?

Page 51

HODES-URBONT

1        A.    Yeah, I -- yeah, I -- I
2    communicated with Larry.  And he told me
3    that it's being handled.  You know, it's
4    being handled and initiated from, I guess,
5    Robert Drinan's office and Dave Farber.
6    So he was not instigating this as far as
7    whatever.  You know, he was not promoting
8    that Amelia be disciplined, to my
9    knowledge.
10       Q.    To your knowledge, did Mr.
11   Heisler know about this DAN prior to June
12   12, 2020?
13       A.    I don't know what Larry knew.  I
14   mean, I can't possibly know that.
15       Q.    After speaking to Mr. Heisler
16   about the DAN, did you speak to anyone in
17   either Attorney Farber's or Attorney
18   Drinan's office?
19       A.    No, I didn't call up and inquire
20   what is this, what are you doing.  I
21   didn't initiate that kind of conversation.
22       Q.    Did you try to talk to Attorney
23   Farber in any way about the DAN, whether
24   to figure out information or say Amelia

Page 52

HODES-URBONT

1    told me this about it?
2        Q.    Did you try to have any
3    communications with Attorney Farber
4    related to the June 2020 DAN?
5        A.    I did not.
6        Q.    What about with Attorney Drinan?
7        A.    No, I did not.
8        Q.    Did you ever tell Amelia you had
9    reached out to Attorney Farber and he did
10   not respond to you?
11       A.    Yeah, regarding that -- that was
12   not regarding the DAN.  That was regarding
13   her suspension --
14       Q.    Okay.
15       A.    -- and her indefinite suspension
16   or something.  At that point I said,
17   what's going on.  And I didn't get really
18   any information.  It was, you know --
19       Q.    Were you ever interviewed or
20   questioned by anyone at Transit related to
21   Amelia's response to the 2020 DAN?
22       A.    You know, I was interviewed.  It
23   was a phone interview by someone at
24   Transit.  But I don't -- I don't remember

Page 53

HODES-URBONT

1    what -- what DAN it was in reference to or
2    the suspension.
3        I was interviewed at some point.
4    I was definitely interviewed.  But I don't
5    remember which DAN it was.
6        Q.    Who was that phone interview
7    with?
8        A.    A woman.
9        Q.    Was it a woman from Transit?
10       A.    Yes.  Yeah, it was.
11       Q.    Do you know what office this
12   woman was from?
13       A.    Law department.  She was with
14   the Transit Law Department.  It might have
15   been Mariel.
16       Q.    Do you recall, either
17   specifically or even just generally, when
18   this phone interview happened?
19       A.    It was during COVID, because I
20   remember I was sitting on my couch talking
21   to her.  So I don't know.
22       Q.    So --
23       A.    Had to be at least a year ago,
24   if not more.

14 (Pages 50 - 53)

Page 54

HODES-URBONT

1
2    Q.    Arguably COVID lasted about two
3    years.
4    A.    Right.
5    Q.    When you say you were sitting on
6    your couch, was this during a point in
7    time when you were working remotely
8    because of the pandemic?
9    A.    Yes.
10    Q.    Do you recall what period of
11    time you were working remotely during the
12    pandemic, from when to when?
13    A.    You know, from. -- it was
14    sometime the second week of March of 2020
15    through January of 2022.
16    Q.    Do you recall how long the phone
17    interview was?
18    A.    It was -- no, I don't recall.  I
19    really don't.
20    Q.    Was it long, was it short, did
21    it take hours?
22    Any sense of the length of time
23    you were involved in this phone interview?
24    A.    It had to be less than a half
25    hour.  Might have been less than fifteen

Page 55

HODES-URBONT

1
2    minutes.  I really don't know.
3    Q.    What were you asked during this
4    interview?
5    A.    I don't recall specifically.  I
6    don't recall.
7    Q.    Do you recall generally what
8    information you were asked during the
9    interview?
10    A.    No.
11    Q.    Do you recall specifically or
12    generally what information you gave during
13    the interview?
14    A.    No.
15    Q.    Do you know of anyone else who
16    was interviewed as part of this
17    investigation into the DANs?
18    A.    No.
19    I mean, I haven't discussed it
20    with anyone, that's why I don't know.
21    Q.    So what was the outcome, if you
22    can recall, of the first DAN?
23    What happened to Amelia?
24    A.    I believe she was -- she was
25    given a suspension of twenty days.

Page 56

HODES-URBONT

1
2    Q.    Were you involved in any way in
3    determining that sanction, the twenty-day
4    suspension?
5    A.    No, not at all.
6    Q.    How did you learn she had been
7    suspended for twenty days?
8    A.    Someone in Transit had sent me
9    an E-mail of -- that she was suspended for
10    twenty days.  And Amelia had sent me an
11    E-mail too.
12    Q.    Who in Transit sent you the
13    E-mail informing you of the twenty-day
14    suspension?
15    A.    I don't really know.  I --
16    Q.    Did you talk -- sorry, go ahead.
17    A.    I don't have access to my work
18    E-mails anymore.  I haven't had access to
19    them since the day I left.  So I don't
20    have access to them.
21    Q.    So you don't recall.  If you
22    don't recall, it's perfectly fine to say
23    you don't recall without explanation.  No
24    one is pushing you on it.
25    Did you speak to anybody at

Page 57

HODES-URBONT

1
2    Transit about the twenty-day suspension
3    when you first learned of it?
4    A.    Yeah.  I remember I spoke to
5    Amelia.  Someone at Transit had asked -- I
6    don't remember if it was Amelia or
7    Transit, but Amelia wanted to do the
8    twenty days two days a week for X amount
9    of time or whatever, like not have a block
10    of twenty days.
11    So I sent the E-mail, I believe,
12    to Mr. Farber and whoever else was cc'd,
13    or whoever else was cc'd on his E-mail.
14    And it was someone else, Greg Costa.  I
15    don't remember the person's name.  Someone
16    else.  Asking if Amelia could serve her
17    suspension two days a week for X amount of
18    time or whatever it was she requested.
19    And in response I was notified,
20    I don't know how, that that her suspension
21    would begin on a certain day in March and,
22    you know, she would be back, you know --
23    it would end on whatever day.
24    Q.    By virtue of that, was that
25    request sort of denied, she was not

15 (Pages 54 - 57)

Page 58

HODES-URBONT

1    HODES-URBONT
2    allowed to take two days a week for --
3    A.    Correct.
4    Q.    Okay.
5    A.    Twenty days in a row. Twenty
6    work days.
7    Q.    Did you communicate that to
8    Amelia when her suspension was scheduled
9    to begin and end?
10    A.    I don't recall if I communicated
11    it or if someone who was doing the
12    disciplinary action communicated it. It
13    was conveyed to her it begins on this
14    date.
15    Q.    Other than talking to Amelia
16    about her wanting to break up the twenty
17    days over the course of a few weeks, did
18    you have any other discussion with her
19    about the suspension?
20    A.    Well, yeah. Well, she was
21    actively working in my unit at the time,
22    and she had court appearances, depositions
23    and other, you know, legal matters that
24    were scheduled on the cases. So we were
25    working out covering those matters.

Page 59

HODES-URBONT

1    HODES-URBONT
2    Q.    You expected Amelia to return
3    after her twenty-day suspension was
4    exhausted, correct?
5    A.    Yeah.
6        Unless she found a better job.
7    I don't know.
8    Q.    But by all accounts, you
9    expected she would be back after twenty
10    days?
11    A.    Correct.
12    Q.    Did you continue to give her
13    assignments or think of assignments for
14    her over the twenty days?
15    A.    Yeah, yeah. I mean, I
16    considered her in the unit. So I'm -- you
17    know, I don't know if I actively gave her
18    new work while she wasn't there to open
19    E-mails or whatever. But, you know, I
20    certainly thought of her and work.
21    Q.    Did you talk to her about
22    returning to the unit while she was on
23    suspension?
24    A.    You mean did I talk to her
25    during the suspension, is that what you

Page 60

HODES-URBONT

1    HODES-URBONT
2    mean?
3    Q.    Yes.
4    A.    I may have. I don't know.
5    Q.    Did she ever return from
6    suspension?
7    A.    No.
8    Q.    Why not?
9    A.    Well, she was -- she was issued
10    another suspension.
11    Q.    When were you notified that she
12    had been issued another suspension?
13    A.    I don't know when I was
14    notified. Sometime -- she was due back
15    sometime, I believe, the first week of
16    April, and she didn't come back. So I
17    made inquiry, and I spoke to Amelia. And
18    I guess -- I'm not sure how I found out
19    about the second DAN. But I think around
20    then I did.
21    Q.    So around when she was supposed
22    to come back and did not?
23    A.    Right.
24    Q.    Is this the time you started to
25    talk about earlier when you reached out to

Page 61

HODES-URBONT

1    HODES-URBONT
2    Attorney Farber and did not receive a
3    response from him?
4    A.    I didn't receive a response from
5    him. He had asked -- apparently Mr.
6    Farber had -- had spoken to Larry and
7    Larry spoke to me and said that they're
8    handling it upstairs and that, you know,
9    out of the loop, I'm out of the loop and
10    they're going to do what -- whatever
11    they're going to do. He'll provide
12    support for me while Amelia is out.
13    Whatever that means.
14    Q.    Was Mr. Heisler still with the
15    Transit Authority at the time of the
16    second DAN?
17    A.    I think he was leaving around
18    then.
19    Q.    Who took his place after he
20    retired?
21    A.    Well, there was an interim, Anna
22    Ervolina, and then she became the head of
23    torts.
24    Q.    Did you ever speak to Ms.
25    Ervolina about Amelia's suspension?

16 (Pages 58 - 61)

HODES-URBONT

2  A.  I had E-mailed her, but she
3  never really responded about it, so...
4      Q.  When you say she never really
5  responded, did she just not respond or did
6  she respond and not really give
7  information?
8      A.  Yeah, she had no information to
9  give.
10     Q.  Did you feel in any way
11 frustrated about not really having
12 information regarding Amelia's return and
13 her suspension?
14     A.  Well, I wouldn't say I was
15 frustrated.  I worked in that bureaucracy
16 for forty years, so I'm kind of used to
17 spinning my wheels and being on my own.
18 People were going to do what they were
19 going to do.  And I had to cover my cases,
20 so I did that.
21     Q.  Did you ever speak to Amelia
22 about her indefinite suspension after the
23 second DAN?
24     A.  Yeah.  Yeah.  I asked her have
25 you heard anything.  And she said no.  And

HODES-URBONT

1  I said, well, neither have I.  I would
2  check in with her from time-to-time.  She
3  had sent me E-mails.  She would get
4  notifications from the court on some of
5  her cases, and she would tell me, make
6  sure you have this covered.  And it was
7  already assigned to another attorney.  So
8  we were doing that.
9  Q.  Did you ever discuss Amelia's
10 response to the second DAN with her?
11     A.  Her response?  The judges'
12 complaints?  Was that about the judges or,
13 you know --
14     Q.  Why don't we do it this way so
15 it's more formal.  I will put on the
16 screen what we'll mark as Plaintiff's
17 Exhibit 2.
18         ( Plaintiff's Exhibit 2 was
19         marked for identification, as of this
20         date.)
21     Q.  Are you able to see that, Ms.
22 Hodes-Urbont?
23     A.  Yes.
24     Q.  Again, I don't expect you to

HODES-URBONT

2  read this line by line.  I will scroll
3  through and let me know if you recognize
4  it.
5      A.  I recognize it.
6      Q.  This is the second DAN, the
7  second Notice of Disciplinary charges
8  issued to Ms. Yehoshua, correct?
9      A.  Yes.
10     Q.  As you can see from the
11 specifications, it relates to complaints
12 received through 2019 from judges against
13 Amelia; is that right?
14     A.  Yes.
15     Q.  And 2020.
16         Were you aware that Amelia,
17 through her counsel, had submitted a
18 written response to this notice?
19     A.  Was I aware?
20     Q.  Yes.
21     A.  Well, I assume that she would.
22 I mean, I wasn't aware then back in 2021.
23 I don't -- is that what you want to know?
24     Q.  Yes.
25         At the time, were you aware that

HODES-URBONT

1  Amelia, through her counsel, was
2  submitting or had submitted a written
3  response to this DAN?
4      A.  Well, I assume that she would.
5  But I didn't actually know it.  But I
6  assume if she wanted her job she would be
7  responding to it.
8      Q.  Going back to that phone
9  interview that you had had with a woman
10 from the Transit Law Department, did you,
11 if you can recall, discuss the complaints
12 that judges had allegedly made against
13 Amelia?
14     A.  I can't imagine that I did.  I
15 don't know these judges.  I wouldn't be
16 able to remember what I discussed.
17     Q.  Give me one moment.
18     A.  Can I take a break whenever it's
19 convenient for you?
20     Q.  We absolutely can.  Why don't we
21 take a short break.  I need to pull up
22 another exhibit.  So this is actually a
23 perfect time.  We'll take five, ten
24 minutes.

17 (Pages 62 - 65)

Page 66

HODES-URBONT

1
2  A.  Ten.  Thank you.
3      (At this time, a recess was
4  taken.)
5  Q.  We just returned from a short
6  break.
7      Is there anything, Ms.
8  Hodes-Urbont, that you wanted to change or
9  clarify about your prior testimony?
10  A.  No.
11  Q.  You understand that you are
12  still under oath, ma'am?
13  A.  Yes, I understand.
14  Q.  I believe when we went on the
15  break I had been talking to you again
16  about the phone interview you had
17  testified to.  I want to show you
18  something.  We won't mark it.  I just want
19  to see if this will help refresh your
20  recollection at all.
21      Are you able to see this?
22  A.  Yes, I see it.
23  Q.  This appears to be a memorandum
24  dated September 17, 2021 from Attorney
25  Farber to -- or to Attorney Farber from

Page 67

HODES-URBONT

1
2  Attorney Thompson, Mariel Thompson.
3      If you look in the second
4  paragraph, Ms. Thompson notes that, as
5  part of an investigation into the DAN, she
6  interviewed several witnesses and your
7  name appears closer to the bottom of the
8  list.
9      Do you see that?
10  A.  I see that.
11  Q.  I will represent to you that
12  based on a control find review of the
13  document your name appeared one more time
14  at the end in this paragraph for
15  Yehoshua's transfer.
16      Do you see that?
17  A.  Yes.
18  Q.  Can you read that to yourself
19  and let me know when you've had a chance
20  to do so?
21      MR. SMALL:  I object.  I kind of
22  know this already.  I object.  The
23  witness has no personal knowledge of
24  this document.  But for the record,
25  I'll make that objection.

Page 68

HODES-URBONT

1
2  A.  I finished reading paragraph
3  four.
4  Q.  Does this in any way refresh
5  your recollection as to what you discussed
6  during your phone interview with Ms.
7  Thompson?
8  A.  No.
9  Q.  Other than learning about the
10  second DAN regarding the judges'
11  complaints and this phone interview with
12  Ms. Thompson, were you in any other way
13  involved in that disciplinary proceeding
14  against Ms. Yehoshua?
15  A.  I was not involved in any of the
16  disciplinary proceedings involving her.
17  Q.  What, to your recollection, was
18  the decision following the second DAN with
19  respect to discipline against Amelia?
20  A.  At some point David Farber
21  issued that one paragraph letter stating
22  that, that her appeal of this DAN was
23  denied and that the dismissal stands.
24  Q.  How were you notified that Ms.
25  Yehoshua was dismissed?

Page 69

HODES-URBONT

1
2  A.  I don't remember.
3  Q.  Did you ever discuss her
4  termination with her?
5  A.  I'm sure I did.
6  Q.  Can you recall specifically or
7  generally the substance of any of those
8  such discussions?
9  A.  No.  No.  I don't recall
10  specifically, no.
11  Q.  Did you ever discuss Amelia's
12  dismissal with anyone from Transit?
13  A.  No.
14  Q.  Did you ever discuss it with Ms.
15  Khahaifa?
16  A.  No.
17  Q.  Had you retired by the time that
18  Amelia was dismissed from service at
19  Transit?
20  A.  I retired -- my first date of
21  retirement was June 1st of 2022.
22  Q.  Going back to your testimony
23  earlier this morning, I believe you had
24  said you were aware that there had been
25  some personality conflicts between Amelia

18 (Pages 66 - 69)

Page 70

HODES-URBONT

1    HODES-URBONT
2  and Weslii; is that correct?
3      A.   Yes.
4      Q.   Were you aware of those
5  personality conflicts from Amelia and how
6  she felt and her relationship with Ms.
7  Khahaifa?
8      A.   Yes.
9      Q.   Did Ms. Khahaifa ever say
10 anything to you about her relationship
11 with Amelia?
12     A.   Yes, she has.  She had.
13     Q.   What did Weslii say to you about
14 her relationship with Amelia?
15     A.   Now that -- I mean, it's within
16 subject.  Weslii had told me the judges
17 had complained, and that Amelia had lied
18 to her a few times about being in court
19 when she wasn't.
20     Q.   Did Ms. Khahaifa say how she
21 knew Amelia had been lying to her or had
22 lied to her?
23     A.   Well, Weslii told me she was --
24 Weslii herself was in court and she had
25 not seen Amelia.  And Amelia did not make

Page 71

1    HODES-URBONT
2  the appearance she said she made.  That's
3  what Weslii said.
4      Q.   Do you know if Weslii ever spoke
5  to Amelia about that issue?
6      A.   I don't know.  I don't know.
7      Q.   Did you ever discuss that issue
8  with Amelia?
9      A.   No.
10     Q.   Did Ms. Khahaifa tell you
11 anything else about her relationship with
12 Amelia?
13     A.   No.  That was generally it.  We
14 didn't spend our times talking about
15 Amelia, you know.
16     Q.   Have you spoken to Amelia since
17 she was dismissed from the Transit
18 Authority?
19     A.   Yeah.  Yeah, I have.
20     Q.   What have you spoken about?
21     A.   On at least two occasions she
22 let me know that she was applying for
23 other jobs and asked me if I would give
24 her a reference.  And I said yes.
25     Q.   Were you ever reached out to to

Page 72

1    HODES-URBONT
2  provide a reference for Amelia?
3      A.   Yes, yes.
4      Q.   How many times?
5      A.   Twice.
6      Q.   What, if anything else, have you
7  discussed with Ms. Yehoshua since she was
8  dismissed from Transit?
9      A.   I think that's about it.
10     Q.   Did Amelia ever express to you
11 that she felt she had in any way been
12 retaliated against at Transit based on
13 what happened to her?
14     A.   Well, retaliated for what?
15          I don't understand what you're
16 referring to.
17     Q.   Sure.
18          Did Amelia ever express to you
19 that she felt her termination was
20 retaliatory or discriminatory?
21     A.   Well, she thought that she was
22 being discriminated against for being
23 Jewish.
24     Q.   That was sort of maybe the two
25 or three complaints you testified to

Page 73

1    HODES-URBONT
2  earlier?
3      A.   Yes.
4      Q.   During those discussions with
5  Amelia, did she give you any examples as
6  to what was happening that made her feel
7  like she was being discriminated against?
8      A.   Yeah, she said something about
9  when she needed to take personal time off
10 for, you know, religious observance she
11 thought that she was being discriminated
12 against.
13     Q.   How do you know the people above
14 you had already been aware that Amelia
15 felt she was being discriminated against?
16     A.   How do I know that?
17          I'm not sure if it was in one of
18 the DAN letters you showed me or whatever,
19 but I had mentioned that to Larry.
20     Q.   So you did mention Amelia's
21 complaints to your supervisor at some
22 point?
23     A.   Yeah.
24     Q.   Before when you said you did not
25 say it to anyone at Transit because you

19 (Pages 70 - 73)

Page 74

HODES-URBONT

1
2  already knew that they were aware, was
3  that incorrect?
4      A.   I guess so, yeah.  Unless --
5  possibly, yes.
6      Q.   Let me ask you again.
7          After Amelia complained to you
8  those two or three times about
9  discrimination, did you bring it to the
10  attention of anybody else at Transit?
11      A.   No, I did not.  But at some
12  point after, long after the DANs came down
13  I had spoken to Larry and -- about her
14  complaints of discrimination.
15      Q.   What did you tell Larry at that
16  time?
17      A.   That Amelia thought she was
18  being -- that Weslii had discriminated
19  against her.
20      Q.   What, if anything, was Mr.
21  Heisler's response?
22      A.   He didn't really respond.  I
23  told him I thought it was ridiculous
24  because I know Weslii.  He didn't really
25  agree with me or disagree with me.

Page 75

HODES-URBONT

1
2      Q.   You thought it was ridiculous
3  because you knew Weslii for a long time
4  and you had never had an issue with her
5  with you being a Jewish woman; is that
6  right?
7      A.   Correct.
8      Q.   Did you ever discuss Ms.
9  Yehoshua's feelings of being discriminated
10  against with Weslii?
11      A.   No.
12      Q.   Why not?
13      A.   It never came up.
14      Q.   Did you ever receive any
15  complaints from judges about Amelia while
16  she was in your unit?
17      A.   No.
18      Q.   How would you describe Amelia's
19  performance as an attorney while she was
20  in your unit?
21      A.   She was doing her job and she
22  was doing it very nicely.  She was
23  interviewing the witnesses.  Working on
24  major cases.  You know, I gave her
25  assignments and she did them.  I had no

Page 76

HODES-URBONT

1
2  complaints about her.
3      Q.   To your knowledge, were there
4  any issues that Amelia had with any of the
5  other attorneys in your unit or
6  personality conflicts?
7          You used that term before?
8      A.   I was not made aware of any
9  problems with Amelia.
10      MS. VINCI:  I might be able to
11  wrap up if we take another five
12  minutes to look over my notes.
13      (At this time, a recess was
14  taken.)
15      MS. VINCI:  Just a couple of
16  follow-up questions.
17      Q.   I'm going to put back up on the
18  screen what we marked as Plaintiff's
19  Exhibit 2, which has been marked 2021 DAN.
20          Are you able to see that, ma'am?
21      A.   Yes.
22      Q.   So scrolling through and looking
23  at the specifications regarding the
24  judges' complaints, do you see here this
25  is marked from November of 2019, a

Page 77

HODES-URBONT

1
2  complaint in December of 2019?
3          Do you see that?
4      A.   Yes.
5      Q.   Then again specifications four
6  and five these are dated from January
7  2020, correct?
8      A.   Yes.
9      Q.   Do you have any knowledge or
10  understanding why disciplinary charges
11  were not brought against Ms. Yehoshua
12  until March of 2021, almost a year
13  and-a-half after the alleged complaint?
14      A.   I have no knowledge as to why or
15  when, no.
16      Q.   Do you find that unusual based
17  on your experience that disciplinary
18  charges would follow more than a year
19  after alleged misconduct?
20      A.   You know, I'm not really -- I
21  don't know how the disciplinary process
22  works honestly.  So I'm not really
23  involved with that.  Except for one other
24  time.
25      Q.   Did you ever question why the

20 (Pages 74 - 77)

Page 78

HODES-URBONT

1      HODES-URBONT
2  disciplinary charges weren't brought
3  closer in time to the alleged judges'
4  complaints?
5      A.  No.  No, I never questioned it.
6      MS. VINCI:  I don't believe I
7  have any other questions.  You counsel
8  may have some follow-up.  We can't cut
9  you lose just yet.
10      But thank you very much for
11  being here for this deposition this
12  morning.
13      THE WITNESS:  Thank you.
14  Examination by Mr.
15      MR. SMALL:  I do have just one
16  or two just quick follow-up questions.
17  EXAMINATION BY
18  MR. SMALL:
19      Q.  My name is Daniel Small.  I'm an
20  attorney representing New York City
21  Transit and all the defendants in this
22  matter.  I just have a few follow-up
23  questions to plaintiff's counsel's
24  questions earlier and some of your
25  responses.

Page 79

HODES-URBONT

1      HODES-URBONT
2      Ms. Hodes-Urbont, you testified
3  earlier that Ms. Yehoshua had made at
4  least one, if not several complaints to
5  you about feeling she was being
6  discriminated against; is that correct?
7      A.  Yes, yes.
8      Q.  You testified earlier in
9  response to plaintiff's counsel's
10  questions that you did not raise those
11  concerns because it was your understanding
12  that those above you already were aware of
13  them; is that correct?
14      A.  Yes.  While I was, you know,
15  speaking to Amelia she let me know that
16  she had spoken to Larry.  She had a close
17  relationship with Larry, you know, they
18  were friendly.  So Amelia told me that she
19  had raised, you know, these concerns with
20  Larry.  And I'm not really -- I'm not
21  really sure when I had this conversation
22  with Amelia.  It may have been long
23  after -- I mean, it was clearly long after
24  the fact, you know, so...
25      Q.  Just so I understand, are you

Page 80

HODES-URBONT

1      HODES-URBONT
2  testifying that the reason or a reason
3  that you didn't raise these concerns
4  higher above you was because Amelia had
5  represented to you that she had already
6  made similar complaints, at least about
7  these same topics, to Larry who was your
8  supervisor?
9      A.  Exactly.  Exactly.
10      MR. SMALL:  No further
11  questions.
12      MS. VINCI:  Just one follow-up
13  for clarification.
14      You had just testified in
15  response to Attorney Small's questions
16  that you weren't sure when this
17  conversation or conversations with
18  Amelia happened, but they were
19  "clearly long after the fact".
20      What do you mean by that?  What
21  are you referring to as it happened
22  long ago?
23      THE WITNESS:  Her claims that
24  Weslii was discriminating against her
25  happened while she was -- allegedly

Page 81

HODES-URBONT

1      HODES-URBONT
2  happened while she was working for
3  Weslii.  These concerns were raised
4  long after she came to my unit.  So it
5  was after -- long after the fact.
6      And she had already discussed
7  this, as per Amelia, as per Amelia's
8  conversation, she had already
9  mentioned this to Larry who would be
10  the person to be notified.
11      MS. VINCI:  Other than Larry,
12  was there anyone else at Transit that
13  was sort of responsible for reviewing
14  complaints or claims of
15  discrimination?
16      THE WITNESS:  I mean, I don't
17  know what other people's
18  responsibilities are.  But Larry was,
19  you know, my direct supervisor, and if
20  something were to happen, I would
21  report directly to him.  He was the
22  policy maker, the decisionmaker and I
23  would raise any concerns with Larry.
24      MS. VINCI:  No further
25  questions.

21 (Pages 78 - 81)

Page 82

```
 1              HODES-URBONT
 2          THE COURT REPORTER:  Mr. Small,
 3    are you ordering a copy of the
 4    transcript?
 5          MR. SMALL:  Yes, we are ordering
 6    one.
 7       (Time Noted:  12:01 p.m.)
 8
 9    _____
10
11          LISA HODES-URBONT
12
13    Subscribed and sworn to before me
14    this ___ day of _____, 2023.
15
16    _____
            NOTARY PUBLIC
17
18
19
20
21
22
23
24
25
```

Page 83

```
 1
 2          C E R T I F I C A T I O N
 3
 4
 5       I, BARBARA TORTORA, a Shorthand
 6    Reporter and a Notary Public, do hereby
 7    certify that the foregoing witness,
 8    LISA HODES-URBONT, was duly sworn on the
 9    date indicated, and that the foregoing is
10    a true and accurate transcription of my
11    stenographic notes.
12       I further certify that I am not
13    employed by nor related to any party to
14    this action.
15
16
17
18    Barbara Tortora
19    BARBARA TORTORA
20
21
22
23
24
25
```

Page 84

```
 1
 2              I N D E X
 3    WITNESS    EXAMINATION BY    PAGE
 4    L. Hodes-Urbont    Ms. Vinci  5
 5             Mr. Small  78
 6
 7          E X H I B I T S
 8    PLAINTIFF'S
 9    EXHIBIT      DESCRIPTION      PAGE
10    Exhibit 1    DAN dated 6/12/20  47
11    Exhibit 2    DAN dated 3/29/21  63
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 85

```
 1
 2    LITIGATION SUPPORT INDEX
 3
 4    DIRECTION TO WITNESS NOT TO ANSWER
 5    Page Line   Page Line
 6    (None)
 7
 8
 9    REQUEST FOR PRODUCTION OF DOCUMENTS
10    Page Line   Page Line
11    (None)
12
13
14    INFORMATION TO BE FURNISHED BY WITNESS
15    Page Line   Page Line
16    (None)
17
18
19    QUESTIONS MARKED FOR A RULING
20    Page  Line   Page Line
21    (None)
22
23
24
25
```

22 (Pages 82 - 85)

Page 86

1
2              ERRATA SHEET
3         VERITEXT/NEW YORK REPORTING, LLC
4
5    CASE NAME:  YEHOSHUA V MANHATTAN, et al.
6    DATE OF DEPOSITION:  October 12, 2023
7    WITNESS' NAME:  LISA HODES-URBONT
8
9    PAGE/LINE(S)/   CHANGE        REASON
10   _____/_____/_____/_____
     _____/_____/_____/_____
11   _____/_____/_____/_____
     _____/_____/_____/_____
12   _____/_____/_____/_____
     _____/_____/_____/_____
13   _____/_____/_____/_____
     _____/_____/_____/_____
14   _____/_____/_____/_____
     _____/_____/_____/_____
15   _____/_____/_____/_____
     _____/_____/_____/_____
16   _____/_____/_____/_____
     _____/_____/_____/_____
17   _____/_____/_____/_____
     _____/_____/_____/_____
18   _____/_____/_____/_____
     _____/_____/_____/_____
19   _____/_____/_____/_____
20   _____
            LISA HODES-URBONT
21
     SUBSCRIBED AND SWORN TO
22   BEFORE ME THIS_____DAY
     OF_____,2023.
23   _____
24   NOTARY PUBLIC
25   MY COMMISSION EXPIRES_____

23 (Page 86)

**&**

**&**  2:4 15:19,21
  16:21 17:5,11
  17:15,22,24
  18:6,7,18,22
  19:6,15

**0**

**04055**  1:4

**1**

**1**  47:9,10 84:10
**10001**  2:7
**10018**  2:16
**10:02**  1:16
**11561**  4:12
**12**  1:15 48:3,21
  51:13 86:6
**12:01**  82:7
**17**  66:24
**19**  17:4
**1983**  14:4
  16:13
**1986**  16:10,14
  17:8
**1990**  18:14,15
**1:21**  1:4
**1st**  27:4 28:10
  28:13 42:25
  69:21

**2**

**2**  63:18,19
  76:19 84:11
**20-6314-0003**
  48:6

**2000**  11:9,10,14
**2013**  21:11
**2014**  21:11
**2015**  20:16,17
**2019**  28:4
  30:16 31:10,15
  37:12 64:12
  76:25 77:2
**2020**  11:15,16
  13:7 26:16,18
  27:12 28:24
  29:2,7 37:13
  42:18 43:2
  44:4,22 48:3
  48:21 51:13
  52:5,22 54:14
  64:15 77:7
**2021**  31:15
  64:22 66:24
  76:19 77:12
**2022**  54:15
  69:21
**2023**  1:15
  82:14 86:6,22
**26**  1:20
**2:00**  42:10

**3**

**3/29/21**  84:11
**363**  2:6
**3908**  83:18

**4**

**47**  84:10

**5**

**5**  84:4

**6**

**6/12/20**  84:10
**619**  4:11 7:10
**620**  2:15
**63**  84:11

**7**

**78**  15:3 84:5

**a**

**a.m.**  1:16
**ability**  49:25
**able**  7:18 8:11
  12:13 27:8
  29:15,18,25
  47:13 63:22
  65:17 66:21
  76:10,20
**above**  1:18
  33:21 34:20
  73:13 79:12
  80:4
**absolutely**
  65:21
**access**  56:17,18
  56:20
**accounts**  59:8
**accrued**  43:6
**accurate**  83:11
**acquainted**
  23:19
**action**  1:18
  4:18,19 40:12
  58:12 83:15

**actions**  11:12
**active**  16:5
**actively**  58:21
  59:17
**actually**  39:12
  65:6,23
**address**  8:7
**addressed**  48:3
**admitted**  14:4
  14:5,8,9 16:13
  17:4
**advocate**  29:13
**advocates**  38:9
**affiliated**  10:4
**ago**  10:6 31:16
  53:24 80:22
**agree**  74:25
**agreed**  3:3,8,12
**ahead**  56:16
**air**  12:20
**al**  86:5
**alleged**  77:13
  77:19 78:3
**allegedly**  65:13
  80:25
**allow**  5:24
**allowed**  58:2
**amelia**  1:6 4:18
  9:4,6 10:22
  11:4,6,7,17
  13:3,7 21:9
  22:2,20 25:4
  26:6 28:2 30:4
  30:15,18,20,22
  31:6,10 32:4,7

32:14,20 33:3
33:11,14,18
34:10,25 35:7
35:9 37:2,16
38:3,14,20,23
38:24 39:9,11
42:19 43:3,4
43:10,20,22
44:2,5,9,14,15
44:16,17 45:13
45:24 46:3,9
46:15 47:2,6
48:4,15 49:23
50:14 51:9,25
52:9 55:23
56:10 57:5,6,7
57:16 58:8,15
59:2 60:17
61:12 62:21
64:13,16 65:2
65:14 68:19
69:18,25 70:5
70:11,14,17,21
70:25,25 71:5
71:8,12,15,16
72:2,10,18
73:5,14 74:7
74:17 75:15
76:4,9 79:15
79:18,22 80:4
80:18 81:7
**amelia's** 9:3
10:6,11,19
27:11 34:2
35:4 44:24

45:23 52:22
61:25 62:12
63:10 69:11
73:20 75:18
81:7
**amount** 57:8,17
**anna** 61:21
**answer** 5:21,25
6:3,11,23 8:12
12:12,20 33:25
36:11 85:4
**answers** 18:6
36:10 40:21
**anybody** 7:14
9:19,22 50:24
56:25 74:10
**anymore** 42:16
43:2 56:18
**apparently**
61:5
**appeal** 68:22
**appear** 45:13
**appearance**
71:2
**appearances**
2:2 58:22
**appeared** 39:3
67:13
**appearing** 46:5
**appears** 49:7
66:23 67:7
**applying** 71:22
**approve** 44:23
45:10

**approved**
29:25 30:2
**approximation**
12:13
**april** 16:10
60:16
**arbiter** 34:22
**area** 17:11
19:10,11
**arguably** 54:2
**arraignments**
16:2,3
**asked** 29:24
30:11 34:23
35:11 55:3,8
57:5 61:5
62:24 71:23
**asking** 57:16
**aspect** 18:8
**aspects** 18:3
**assigned** 17:21
35:19 42:21
43:21 63:8
**assigning** 27:4
**assignments**
44:3,6 59:13
59:13 75:25
**assume** 6:12
12:12 64:21
65:5,7
**attend** 14:13,21
15:10
**attendance**
24:12,16

**attending** 25:5
**attention** 45:25
46:18 74:10
**attitude** 11:24
**attorney** 2:5,13
5:9 8:16 9:9,18
10:7,11 13:24
17:21 20:13
35:14 40:3,15
40:19,25 41:11
41:13,16,20
42:4,12 50:10
50:12 51:18,18
51:23 52:4,7
52:10 61:2
63:8 66:24,25
67:2 75:19
78:20 80:15
**attorneys** 20:25
21:5 35:21
38:7,8 39:19
39:24 41:9,18
76:5
**attribute** 45:15
**authority** 1:10
1:11 4:21,22
5:2,3,4 9:23
10:3 11:5 16:9
17:9 18:17
19:14,18 42:16
43:3,13 61:15
71:18
**avenue** 2:6,15
**aware** 36:25
37:4 48:16,20

64:16,19,22,25
69:24 70:4
73:14 74:2
76:8 79:12

**b**

**b**  4:2 84:7
**ba**  15:6,6,7
**back**  9:5 57:22
  59:9 60:14,16
  60:22 64:22
  65:9 69:22
  76:17
**barbara**  1:19
  83:6,19
**barrett**  18:18
  18:23 19:6,15
**based**  24:10
  67:12 72:12
  77:16
**basically**  23:15
  24:17 36:21
  45:5 50:5
**beach**  4:12
**beginning**  12:9
  23:13 28:7
**begins**  58:13
**believe**  8:24
  10:13 13:6
  24:22 26:16
  32:6 43:21
  48:9,9,12,15,18
  55:24 57:11
  60:15 66:14
  69:23 78:6

**believed**  12:2
**believes**  32:21
**believing**  31:19
**belly**  22:8
**best**  12:13
  49:24
**better**  59:6
**beyond**  40:4
**bit**  13:14 48:23
**block**  57:9
**blowing**  40:24
**borough**  20:18
  23:19,21
**bottom**  67:7
**break**  6:19,24
  7:18 8:9 15:12
  58:16 65:19,22
  66:6,15
**breaks**  6:21
**brief**  10:21,25
**briefly**  10:8
**bring**  74:9
**broad**  18:20
**bronx**  1:9 4:20
  4:25 17:2,3
**brooklyn**  14:23
  15:2,10 17:22
  17:24 20:13,19
  20:22,23 21:19
  37:22
**brought**  4:19
  11:4 34:7
  45:24 46:18
  77:11 78:2

**bureaucracy**
  62:15

**c**

**c**  83:2,2
**call**  10:20,21
  49:22 51:20
**called**  10:7 17:5
  18:18 42:7
**cardinal**  34:22
**case**  1:4 9:23
  18:8 20:14,21
  35:19 50:21
  86:5
**cases**  19:3,3,14
  20:2,6,8 27:4
  36:9,17,19,20
  38:8 42:2 43:6
  58:24 62:19
  63:6 75:24
**caveat**  6:22
**cc'd**  9:7 44:14
  57:12,13
**certain**  57:21
**certainly**  8:6
  12:19 22:19
  47:16 59:20
**certification**
  3:6
**certify**  83:8,13
**chance**  22:16
  67:19
**change**  40:21
  66:8 86:9
**changes**  45:8

**characterize**
  9:15
**charge**  43:19
**charges**  46:22
  48:5,17 49:20
  64:7 77:10,18
  78:2
**check**  63:3
**chief**  20:18
  23:19,21 41:6
**children**  24:18
  24:24
**circumstances**
  5:13
**city**  1:10 4:21
  5:3 14:23
  19:13,17 78:20
**civil**  1:20 4:19
**claim**  32:10
**claims**  5:14
  80:23 81:14
**clarification**
  80:13
**clarify**  12:18
  66:9
**classes**  22:7
**clearly**  79:23
  80:19
**client**  19:13
**clients**  15:24
**close**  79:16
**closer**  67:7 78:3
**college**  14:24
  15:10,17

[come - covid]

**come**  21:4,8
22:18 24:21
25:17 60:16,22
**comes**  7:21 8:6
**coming**  27:2,18
27:21 28:2,5
28:10,11,15
30:10,19 35:2
39:17
**commission**
86:25
**communicate**
58:7
**communicated**
51:3 58:10,12
**communicati...**
52:4
**complain**  30:22
38:3,6
**complained**
30:20 31:6,10
37:7,16,19
38:13 39:19,23
40:18 41:8
70:17 74:7
**complaining**
39:4
**complaint**  13:9
32:15 40:23
42:5 44:10
46:10 77:2,13
**complaints**
18:6 34:15
36:25 37:4,18
38:18,22 40:14

41:11,17 42:13
63:13 64:11
65:12 68:11
72:25 73:21
74:14 75:15
76:2,24 78:4
79:4 80:6
81:14
**complete**  6:3
43:16 44:2
**completing**
43:20 44:16
**composed**
49:16
**computer**  7:25
**concern**  38:2
44:10 46:10
**concerned**
38:12 39:9
**concerns**  25:5
79:11,19 80:3
81:3,23
**conducted**  8:6
**confidential**
7:20
**conflict**  30:8,14
**conflicts**  69:25
70:5 76:6
**confronted**
33:20
**congratulations**
19:23
**considered**
59:16

**contempt**  42:8
**contingency**
50:20
**continue**  59:12
**continued**
15:16 44:23
**continuing**
44:11 46:11
**control**  67:12
**convenient**
65:20
**conversation**
10:25 12:16,25
35:6,8 48:11
51:22 79:21
80:17 81:8
**conversations**
12:6 32:18
80:17
**conveyed**  58:13
**coordinated**
27:7
**copy**  13:8 47:4
49:24 82:3
**corey**  10:12,15
**corporation**
16:25
**correct**  7:13
8:17,18 13:24
19:22 21:19
26:8,9 29:5,10
32:11 34:4,9
46:22 58:3
59:4,11 64:8
70:2 75:7 77:7

79:6,13
**corresponden...**
9:5
**costa**  57:14
**couch**  53:21
54:6
**counsel**  1:21
3:4 9:24 10:5
10:14,20 13:19
13:21 50:13
64:17 65:2
78:7
**counsel's**  16:25
78:23 79:9
**county**  26:7,7
27:11 29:4
30:5,6 34:14
34:15 36:7,7
41:6 43:5
45:20
**couple**  76:15
**course**  21:12,15
58:17
**court**  1:2 3:16
5:19 6:6 40:11
58:22 63:5
70:18,24 82:2
**courthouse**
17:3
**cover**  62:19
**covered**  63:7
**covering**  58:25
**covid**  45:16
53:20 54:2

**created** 49:19
**criminal** 17:13
**criticized** 30:25
  31:4
**cross** 29:15
  39:15
**cuny** 15:2
**cut** 78:8
**cv** 1:4

**d**

**d** 4:2 84:2
**dan** 8:24 10:23
  13:8 46:20,23
  47:2,5 48:5,8
  48:21 49:14,23
  50:12,23 51:12
  51:17,24 52:5
  52:13,22 53:2
  53:6 55:22
  60:19 61:16
  62:23 63:11
  64:6 65:4 67:5
  68:10,18,22
  73:18 76:19
  84:10,11
**dancing** 22:8
**daniel** 2:17
  78:19
**dans** 46:21
  55:17 74:12
**date** 12:14 28:6
  47:3,12 58:14
  63:21 69:20
  83:10 86:6

**dated** 48:3
  66:24 77:6
  84:10,11
**dave** 51:6
**david** 9:2 68:20
**day** 16:3 45:10
  56:3,13,19
  57:2,21,23
  59:3 82:14
  86:22
**days** 55:25 56:7
  56:10 57:8,8
  57:10,17 58:2
  58:5,6,17
  59:10,14
**deals** 50:10
**december** 77:2
**decision** 9:2,9
  9:10,12 68:18
**decisionmaker**
  81:22
**dedicated**
  35:22
**defendants**
  1:12 2:13
  78:21
**defense** 17:13
  17:18 19:12
**definitely** 53:5
**degree** 14:19
  15:4
**degrees** 14:16
  15:4
**denied** 57:25
  68:23

**department**
  14:7,8 53:14
  53:15 65:11
**deposition** 1:17
  3:6,13 4:24 5:8
  7:5,23 8:5,20
  9:20 78:11
  86:6
**depositions**
  58:22
**describe** 21:25
  23:10 75:18
**description**
  84:9
**detail** 37:17,20
**details** 11:21
**determine**
  12:10
**determining**
  56:3
**differences**
  41:25
**different** 35:24
  36:6
**difficult** 6:6
**dining** 7:9
**dinner** 24:8,13
**dinners** 25:6
**direct** 81:19
**direction** 85:4
**directly** 81:21
**disagree** 74:25
**disciplinary**
  11:12 46:22
  48:5 58:12

  64:7 68:13,16
  77:10,17,21
  78:2
**discipline**
  68:19
**disciplined**
  51:9
**discovery** 18:7
  35:18 36:3,19
**discriminated**
  31:11,20,25
  32:8,22 33:4
  33:12 34:3,16
  72:22 73:7,11
  73:15 74:18
  75:9 79:6
**discriminating**
  80:24
**discrimination**
  74:9,14 81:15
**discriminatory**
  72:20
**discuss** 10:20
  22:20 35:10
  63:10 65:12
  69:3,11,14
  71:7 75:8
**discussed** 28:4
  50:2 55:19
  65:17 68:5
  72:7 81:6
**discussing**
  12:14
**discussion**
  43:11 48:13

**[discussion - felt]**

50:8 58:18
**discussions**
13:20 35:3
69:8 73:4
**dismissal** 9:12
68:23 69:12
**dismissed**
42:17 68:25
69:18 71:17
72:8
**district** 1:2,3
**doctor** 14:18
**document**
47:19 48:2
49:7 67:13,24
**documents**
8:22,23 85:9
**doing** 12:18
15:20 17:10
18:25 25:20
36:2,9 38:10
41:22 51:21
58:11 63:9
75:21,22
**downtown** 17:6
**drafted** 49:19
**drinan** 52:7
**drinan's** 51:6
51:19
**drinks** 24:7,13
25:7
**due** 60:14
**duker** 18:18,22
19:6,15

**duly** 4:4 83:9

**e**

**e** 4:2 9:6,7
44:14 46:2
48:10,14 56:9
56:11,13,18
57:11,13 59:19
62:2 63:4 83:2
84:2,7
**earlier** 46:20
60:25 69:23
73:2 78:24
79:3,8
**eastern** 1:3
**easy** 6:5
**effect** 3:15
**effected** 45:22
**eighth** 2:15
**either** 51:18
53:17
**employed**
83:14
**ended** 41:23
**english** 15:8
**enter** 7:17
**entered** 38:4
**entitled** 1:18
**errata** 86:2
**ervolina** 61:22
61:25
**especially** 6:4
**esq** 2:8,17
**essence** 8:4
**essentially** 5:10

**estate** 20:7
50:18
**et** 1:20 86:5
**event** 25:9,14
**eviscerate**
29:18
**exact** 12:25
32:17 33:2
**exactly** 25:22
34:12 37:10
38:13 46:8
80:9,9
**examination**
4:6 17:22,24
78:14,17 84:3
**examine** 29:15
39:15,15
**examined** 4:5
**examples** 73:5
**except** 3:9
77:23
**excluded** 25:15
**exhausted** 59:4
**exhibit** 47:9,10
63:18,19 65:23
76:19 84:9,10
84:11
**expect** 6:17
35:4,13 47:16
63:25
**expected** 59:2,9
**experience**
77:17
**expires** 86:25

**explain** 11:25
17:23
**explained** 7:3
**explanation**
56:23
**explore** 13:14
**express** 72:10
72:18

**f**

**f** 83:2
**fact** 79:24
80:19 81:5
**facts** 5:12
**familiar** 22:24
37:21
**families** 22:10
**family** 22:12
**far** 51:7
**farber** 9:2,9
51:6,24 52:4
52:10 57:12
61:2,6 66:25
66:25 68:20
**farber's** 51:18
**fb** 1:4
**february** 26:17
27:7,9 29:2,7
42:18,21
**federal** 1:20
**fee** 50:20
**feel** 62:10 73:6
**feeling** 79:5
**feelings** 75:9
**felt** 13:3 31:11
32:7 33:4,12

[felt - handling]

34:3,16 70:6
72:11,19 73:15
**fierce** 29:13
38:9
**fifteen** 54:25
**fifth** 2:6
**figure** 38:17
51:25
**file** 40:15
**files** 19:5
**filing** 3:5 18:10
**finalize** 45:12
**find** 28:18
67:12 77:16
**fine** 5:6 56:22
**finish** 5:24 43:9
43:15
**finished** 68:2
**finishing** 44:17
**firm** 15:17,18
17:5 18:18
**first** 4:3 5:17
8:25 11:3
13:13 16:8
17:19 19:23
21:8,22 30:13
36:12 41:21
47:2,5 48:16
49:22 55:22
57:3 60:15
69:20
**five** 21:5 31:16
35:21 65:24
76:11 77:6

**fixed** 46:7
**floor** 2:6 34:23
**focus** 8:5
**follow** 76:16
77:18 78:8,16
78:22 80:12
**following** 68:18
**follows** 4:5
**force** 3:15
**foregoing** 83:8
83:10
**form** 3:9
**formal** 21:14
63:16
**formally** 26:15
26:19,24
**forty** 62:16
**forwarded** 13:7
**found** 28:16
59:6 60:18
**four** 31:16 68:3
77:5
**friend** 25:12
**friendly** 22:3
23:14,23 24:4
24:9 39:2
79:18
**friends** 32:12
**frustrated**
62:11,15
**furnished**
85:14
**further** 3:8,12
20:6 37:18
80:10 81:24

83:13

**g**

**gabrielle** 2:8
4:17
**general** 9:24
11:21,24
**generally** 12:16
32:19 37:15
53:18 55:7,12
69:7 71:13
**generated** 48:2
**gesture** 5:20
**getting** 30:8
**give** 8:4 12:13
44:5 59:12
62:6,9 65:18
71:23 73:5
**given** 12:9
27:15 28:6
37:20 55:25
**go** 5:15 6:3
18:16 19:16
21:4 24:5,7
36:18 37:17
47:21 56:16
**goes** 34:23
**going** 4:25 6:12
7:19 10:9
15:25 16:2
24:13 25:2,24
35:22,25 41:24
48:21 52:18
61:10,11 62:18
62:19 65:9
69:22 76:17

**good** 4:13,14
29:14 41:22
**gotten** 10:22
**grade** 34:20
**graduate** 14:25
15:5
**graduating**
15:9 16:12
**greenberg**
15:19,21 16:22
17:12
**greg** 57:14
**ground** 5:15
7:2
**group** 45:19,20
46:5
**guess** 12:12
28:21 45:14
51:5 60:18
74:4
**guidelines** 7:2

**h**

**h** 4:2 84:7
**half** 54:24
77:13
**handle** 18:7
19:5 27:9 29:7
29:21 36:20
39:25
**handled** 18:3
19:14 26:17
30:2 36:16
51:4,5
**handling** 19:3
61:8

**happen** 48:22
81:20
**happened**
20:17 26:14
28:12 33:23
42:12 53:19
55:23 72:13
80:18,21,25
81:2
**happening** 12:2
13:4 49:4 73:6
**happy** 6:21
**he'll** 61:11
**head** 5:21
11:13 27:24
61:22
**hear** 6:9 30:13
38:2
**heard** 13:13
30:7 38:6
62:25
**hearing** 42:9,9
**hearings** 18:5
**heisler** 27:23
27:25 28:9
29:21 41:3,14
42:6,10 51:12
51:16 61:14
**heisler's** 74:21
**held** 1:18
**hello** 22:19
**help** 36:15
66:19
**helping** 25:2

**hereto** 3:5
**hesitate** 12:21
**higher** 34:7
80:4
**highest** 14:19
**hire** 33:17
**history** 16:18
**hodes** 1:17 2:14
4:9,15 5:1 6:1
7:1 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
63:23 64:1
65:1 66:1,8
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1,2 80:1

81:1 82:1,11
83:9 84:4 86:7
86:20
**home** 24:18,24
25:2
**homework** 25:3
**honestly** 77:22
**hope** 6:17
**hoping** 28:6
**horrendous**
40:11
**hour** 54:25
**hours** 54:21
**house** 7:9 22:14
22:15
**housing** 19:13
**husband** 22:17

**i**

**idea** 49:15,21
**identification**
47:11 63:20
**identify** 47:24
**imagine** 65:15
**immediate**
40:12
**immediately**
15:10 28:23
41:3 42:8
**impressed**
39:16
**improper** 38:10
41:2
**incorrect** 74:3
**indefinite**
52:16 62:22

**index** 85:2
**indicated** 83:10
**indicating** 9:12
47:22
**informal** 25:19
26:20
**information**
13:11 49:17
51:25 52:19
55:8,12 62:7,8
62:12 85:14
**informed** 13:12
**informing**
56:13
**initial** 15:24
**initiate** 45:16
51:22
**initiated** 51:5
**initiates** 34:21
**injury** 17:18
**inquire** 51:20
**inquiry** 60:17
**inspection** 18:7
**instigating** 51:7
**instruction**
12:8
**intentions**
41:22
**interim** 61:21
**interview** 52:24
53:7,19 54:17
54:23 55:4,9
55:13 65:10
66:16 68:6,11

**interviewed**
  52:20,23 53:4
  53:5 55:16
  67:6
**interviewing**
  15:24 75:23
**interviews**
  15:25
**investigation**
  38:17 55:17
  67:5
**investigations**
  35:18
**invitations**
  25:10
**invite**  25:15
**involved**  41:4
  45:2 54:23
  56:2 68:13,15
  77:23
**involving**  68:16
**issue**  18:11
  29:20 34:6
  46:7,10,16
  71:5,7 75:4
**issued**  47:2
  60:9,12 64:8
  68:21
**issues**  76:4

**j**

**january**  27:12
  28:6,24 29:2
  42:18 54:15
  77:6

**jd**  14:18
**jewish**  22:23,23
  32:2,9,11,23
  33:5,13 34:17
  72:23 75:5
**job**  16:11 35:4
  44:18 50:15
  59:6 65:7
  75:21
**jobs**  71:23
**join**  25:21,25
**judge**  38:22,25
  38:25 39:2,4
  39:23 40:18,23
  41:8,23 42:7
  42:13
**judge's**  40:13
**judges**  37:7,16
  37:20,21,22,23
  38:3,6,13 39:6
  39:18 41:12,18
  63:12,13 64:12
  65:13,16 68:10
  70:16 75:15
  76:24 78:3
**judgment**  18:9
**june**  13:7 48:3
  48:20 51:12
  52:5 69:21
**junior**  20:13
**juris**  14:18
**jurisdiction**
  14:10

**k**

**karl**  10:17
**keep**  8:3
**khahaifa**  1:11
  4:22 22:25
  23:3,11,25
  30:15,23 31:7
  31:12 35:3
  37:17 43:2
  44:5,10,23
  49:8,13 69:15
  70:7,9,20
  71:10
**kids**  22:17
**kind**  11:13
  16:17 33:22
  51:22 62:16
  67:21
**kings**  26:7
  27:11 30:6
  34:14 41:6
  45:6
**knew**  10:24
  22:22 23:17
  26:25 27:18
  28:14 29:12
  33:21 37:22
  38:5,8 39:11
  44:15 50:4,9
  50:15 51:14
  70:21 74:2
  75:3
**know**  5:10,12
  6:10,20 7:7,16
  7:21 8:9 9:5,14

12:6,7,10,16,16
12:20 13:20
15:24 20:8,24
21:4,8,16,22,23
23:3,6,8,14,16
24:15,25 25:2
25:9 27:2,19
27:20 28:3,21
29:23 31:13,14
31:15,16,17,18
31:23 32:6,17
32:18,25 33:6
33:11,15,17,21
34:18,20 35:15
36:6,15,18
37:10,24 38:5
38:5,11,12,14
39:4,12 40:2,8
40:8,9,20,23
41:21,24 43:4
43:12,16,18
45:7,12 47:3
49:18 50:11,11
51:4,8,12,14,15
52:19,23 53:12
53:22 54:13
55:2,15,20
56:15 57:20,22
57:22 58:23
59:7,17,17,19
60:4,13 61:8
63:14 64:3,23
65:6,16 67:19
67:22 71:4,6,6
71:15,22 73:10

**[know - marked]**

73:13,16 74:24
75:24 77:20,21
79:14,15,17,19
79:24 81:17,19
**knowledge**
27:10 30:3
34:6,13 43:25
44:8 46:19
49:12 51:10,11
67:23 76:3
77:9,14
**knows** 23:16

**l**

**l** 4:2 84:4
**lag** 45:14
**larry** 27:8,22
27:22 28:20,20
29:25 30:11,18
33:18 35:11
41:3 51:3,14
61:6,7 73:19
74:13,15 79:16
79:17,20 80:7
81:9,11,18,23
**larry's** 34:20
**lasted** 54:2
**late** 16:2 28:4
30:16 31:9
37:12
**law** 14:13,14,15
15:11,16,18
16:6,11,22,24
17:11 19:11
53:14,15 65:11

**lawsuit** 11:4,12
11:18 13:17
**learn** 11:3
30:13 56:6
**learned** 34:25
38:21 39:8,23
57:3
**learning** 15:25
50:23 68:9
**leave** 7:18
**leaving** 19:15
61:17
**leer** 15:19,20
16:21 17:11
**left** 18:17 20:5
21:4 44:7
56:19
**legal** 58:23
**length** 54:22
**letter** 13:8
68:21
**letters** 8:25
10:23 73:18
**license** 16:6
**lied** 70:17,22
**liked** 24:17
39:12
**likewise** 6:2
**line** 47:17,17
64:2,2 85:5,5
85:10,10,15,15
85:20,20 86:9
**lisa** 1:17 2:14
4:9 82:11 83:9
86:7,20

**list** 45:13 67:8
**litigation** 18:4
85:2
**little** 13:14
**llc** 86:3
**llp** 2:4,12
**located** 18:19
18:20
**lodged** 38:22
**long** 4:11 14:2
18:12,22 20:15
43:6 54:16,20
74:12 75:3
79:22,23 80:19
80:22 81:4,5
**look** 67:3 76:12
**looking** 76:22
**loop** 61:9,9
**lose** 78:9
**lost** 50:21
**lot** 50:13
**lunch** 22:6
41:24
**lunchtime** 42:9
**lying** 70:21

**m**

**m** 2:8
**ma'am** 7:8
66:12 76:20
**made** 36:25
48:16,20 49:16
60:17 65:13
71:2 73:6 76:8
79:3 80:6

**mail** 9:7 48:14
56:9,11,13
57:11,13
**mailed** 46:2
48:10 62:2
**mails** 9:6 44:14
56:18 59:19
63:4
**main** 19:12
**maintain** 16:5
**major** 20:14,21
36:9 75:24
**make** 45:8 63:6
67:25 70:25
**maker** 81:22
**making** 29:16
**manhattan** 1:9
4:20,25 17:6
18:21 37:23
39:13 86:5
**march** 26:16
27:4,16 28:7,7
28:10,12,17,19
37:13 42:25
44:4,21 54:14
57:21 77:12
**mariel** 53:16
67:2
**mark** 47:8
63:17 66:18
**marked** 7:20
47:11 63:20
76:18,19,25
85:19

**market** 4:11
7:11
**matrimonial**
17:14
**matter** 41:14
50:17,19 78:22
**matters** 43:7,16
43:17,18,20
44:6 58:23,25
**mean** 6:16
11:15,20 13:11
22:16,22 25:10
27:13 31:17,24
50:5 51:15
55:19 59:15,24
60:2 64:22
70:15 79:23
80:20 81:16
**meaning** 19:2
**meaningful**
6:11
**means** 61:13
**meant** 26:24
37:24
**meet** 21:12
22:12,17
**meeting** 28:8
30:17
**memorandum**
66:23
**mention** 73:20
**mentioned**
46:20 73:19
81:9

**merged** 11:13
**merit** 32:10
**messages** 9:3
**met** 21:15
**middle** 43:23
**miltenberg** 2:4
**minutes** 55:2
65:25 76:12
**misconduct**
77:19
**moment** 65:18
**months** 45:15
**morning** 4:13
4:14 69:23
78:12
**motion** 18:8
**motions** 18:9
43:22,24
**multiple** 41:11
42:13

**n**

**n** 4:2 83:2 84:2
**name** 4:8,17
10:16 49:10
57:15 67:7,13
78:19 86:5,7
**named** 50:11
**names** 37:21,24
39:6
**need** 6:19,21
8:7 65:22
**needed** 73:9
**neither** 63:2
**nesenoff** 2:4

**never** 22:14,15
36:16 39:3
40:6 62:3,4
75:4,13 78:5
**new** 1:3,10,20
2:7,7,16,16
4:12,21 5:3
14:6,11 16:6
19:13,17 23:21
26:6 27:18,21
28:5,11,15
29:4 30:5
34:14 36:7
43:5 44:6
45:19 59:18
78:20 86:3
**news** 13:11
**nicely** 75:22
**night** 16:2
24:12
**nights** 25:6
**nod** 5:20
**non** 1:18 4:3
**notary** 1:19
3:14 4:4 82:16
83:7 86:24
**note** 40:13
**noted** 82:7
**notes** 67:4
76:12 83:12
**notice** 40:18
41:7 48:5,14
64:7,18
**notices** 46:21

**notifications**
63:5
**notified** 57:19
60:11,14 68:24
81:10
**notify** 48:7
**november**
76:25
**number** 21:6
48:6

**o**

**o** 4:2,2 83:2
**oath** 66:12
**object** 67:21,22
**objection** 67:25
**objections** 3:9
**observance**
73:10
**observation**
24:10
**observed** 29:12
**obviously**
29:16
**occasions** 71:21
**october** 1:15
86:6
**offhand** 47:3
**office** 16:25
17:2 22:18
23:15 51:6,19
53:12
**officially** 42:24
**oh** 40:20
**oig** 13:8

**[okay - pretrial]**                                                                 Page 12

**okay**  4:23 5:5
  6:15 12:23
  16:20 27:17
  36:8,21 42:23
  52:15 58:4
**once**  17:4 41:20
**open**  7:24
  59:18
**operating**  1:10
  4:21 5:2
**opposed**  45:19
**orally**  5:21
**ordering**  82:3,5
**outcome**  55:21
**outside**  10:2
  14:10 23:25
  50:13
**overall**  20:22
**overlap**  44:21
  45:4
**oversee**  44:23
**overturned**
  9:13
**overworked**
  30:25 31:3
**own**  35:18,22
  36:2 62:17

**p**

**p.m.**  82:7
**pace**  14:14
  15:10,11
**page**  84:3,9
  85:5,5,10,10,15
  85:15,20,20
  86:9

**paid**  50:21
**pandemic**  54:8
  54:12
**paperwork**
  36:18
**paragraph**
  9:11 67:4,14
  68:2,21
**paralegals**  21:7
  36:4
**part**  29:3 55:16
  67:5
**particular**
  17:10 19:10
  41:10 43:25
**parties**  3:5
**parts**  16:4
**party**  1:18 4:3
  83:14
**pass**  10:9
**paul**  25:12
**pay**  34:20
  50:19
**pending**  6:23
  43:16 44:7
**people**  20:8
  21:4 25:13
  34:7 35:20
  36:5 45:5,14
  45:18 46:6
  62:18 73:13
**people's**  81:17
**perfect**  27:6
  65:24

**perfectly**  56:22
**performance**
  35:4 75:19
**period**  26:20
  44:4 45:3
  54:10
**person**  25:16
  25:16 35:19,23
  35:23,24 40:7
  48:13 81:10
**person's**  57:15
**personal**  17:17
  67:23 73:9
**personality**
  30:7,14 69:25
  70:5 76:6
**personnel**
  40:15
**phone**  48:11
  52:24 53:7,19
  54:16,23 65:9
  66:16 68:6,11
**physical**  5:20
**pick**  29:10
**place**  61:19
**plaintiff**  1:7 2:5
**plaintiff's**  5:14
  47:10 63:17,19
  76:18 78:23
  79:9 84:8
**plants**  15:23
**please**  5:21,24
  6:9,20 7:16
  12:21 47:21

**point**  26:5,10
  31:14 45:25
  52:17 53:4
  54:6 68:20
  73:22 74:12
**policy**  81:22
**pop**  18:10
**popped**  25:25
  26:2,3,3
**posed**  6:13
**position**  16:12
  20:11
**possibly**  51:15
  74:5
**posttrial**  43:23
**potentially**
  10:5
**practice**  14:6
  14:10 16:6
  17:22,24 18:8
  19:11
**practicing**  14:3
  19:11
**practitioner**
  20:3
**prep**  35:19,20
  35:22,23,24
  36:3,5
**preparation**
  9:20 19:2
**prepare**  8:19
**present**  42:11
**preserve**  7:20
**pretrial**  18:4
  19:2

**pretty** 49:5
**previously**
30:21 43:21
**prior** 10:19
29:21 48:20
50:15 51:12
66:9
**probably** 5:9
11:9 32:16
37:14
**problem** 30:10
32:13 33:15
39:16 42:3
**problems** 76:9
**procedure** 1:20
**proceeding**
68:13
**proceedings**
68:16
**process** 39:22
77:21
**production**
85:9
**promoting** 51:8
**promotion**
23:21
**promotions**
34:22
**pronounced**
4:14
**provide** 61:11
72:2
**public** 1:19
3:14 4:4 82:16
83:7 86:24

**pull** 12:19
65:22
**pursuant** 1:20
**pursue** 14:15
**pushing** 56:24
**put** 36:10 45:18
63:16 76:17

**q**

**question** 3:10
5:25 6:4,8,12
6:13,23,23
45:10,21 77:25
**questioned**
52:21 78:5
**questions** 5:11
5:18,22 8:13
76:16 78:7,16
78:23,24 79:10
80:11,15 81:25
85:19
**quick** 78:16

**r**

**r** 4:2 83:2
**raise** 25:4 44:9
46:9 79:10
80:3 81:23
**raised** 79:19
81:3
**ran** 36:8
**rare** 41:19,19
**rather** 46:10,21
**reached** 52:10
60:25 71:25

**read** 47:16 64:2
67:18
**readiness** 18:11
**reading** 68:2
**real** 20:7 50:18
**really** 6:5 13:9
22:22 31:13
32:4 33:22
40:11 41:2
52:18 54:19
55:2 56:15
62:3,4,6,11
74:22,24 77:20
77:22 79:20,21
**reason** 6:20
8:10 13:2 80:2
80:2 86:9
**reassigned**
43:17
**recall** 9:9 11:19
12:5,11,21,25
13:2 26:13
31:5,21 53:17
54:10,16,18
55:5,6,7,11,22
56:21,22,23
58:10 65:12
69:6,9
**receive** 40:17
41:17 61:2,4
75:14
**received** 41:7
64:12
**recess** 66:3
76:13

**recite** 12:5
**recognize**
47:18 64:3,5
**recollection**
46:25 66:20
68:5,17
**record** 40:14
47:25 67:24
**refer** 4:25
33:16 42:6
**reference** 47:7
53:2 71:24
72:2
**referred** 41:3
41:14 50:13
**referring** 9:17
72:16 80:21
**refresh** 66:19
68:4
**regarding** 5:12
46:11 52:12,13
52:13 62:12
68:10 76:23
**regardless** 6:19
**register** 32:5
**regular** 25:23
**rehashing**
33:22
**related** 34:15
52:5,21 83:14
**relates** 64:11
**relationship**
22:2 23:11
70:6,10,14
71:11 79:17

**religion** 22:21
**religious** 73:10
**remember** 5:12
  10:16,23 11:20
  31:24 32:16,17
  32:19 33:2
  52:25 53:6,21
  57:4,6,15
  65:17 69:2
**remotely** 48:12
  54:7,11
**rephrase** 6:10
**report** 45:6
  81:21
**reported** 33:11
  33:18,19
**reporter** 1:19
  5:19 6:7 82:2
  83:7
**reporting** 86:3
**reports** 34:2
  36:19
**represent** 4:18
  67:11
**represented**
  8:16 80:5
**representing**
  78:20
**request** 57:25
  85:9
**requested**
  57:18
**required** 44:2
**reserved** 3:10

**reside** 4:10
**residence** 7:11
**resolve** 46:16
**respect** 30:23
  31:7,19 42:20
  68:19
**respective** 3:4
**respond** 52:11
  62:5,6 74:22
**responded** 62:3
  62:5
**responding**
  43:23 65:8
**response** 32:15
  32:20 33:2
  52:22 57:19
  61:3,4 63:11
  63:12 64:18
  65:4 74:21
  79:9 80:15
**responses** 5:18
  78:25
**responsibilities**
  81:18
**responsible**
  81:13
**retaliated**
  72:12,14
**retaliatory**
  72:20
**retired** 19:21
  61:20 69:17,20
**retirement**
  69:21

**retiring** 19:25
**return** 59:2
  60:5 62:12
**returned** 20:10
  20:12 66:5
**returning**
  59:22
**review** 8:23
  18:6 45:9
  46:11 67:12
**reviewed** 8:22
  8:24 9:2,8
**reviewing** 45:2
  45:23 81:13
**ridiculous** 32:3
  74:23 75:2
**right** 19:21
  21:10 25:22
  26:11 29:7,8
  39:5,20 44:24
  54:4 60:23
  64:13 75:6
**robert** 13:18
  51:6
**role** 17:19
  18:12 20:15
  21:2
**room** 7:9,14,17
  7:21
**roughly** 18:15
  20:16 21:10
**row** 58:5
**rule** 1:20
**rules** 1:20 5:16
  7:2

**ruling** 85:19

**s**

**s** 4:2,2 84:7
  86:9
**sanction** 56:3
**saying** 37:15
**scheduled** 58:8
  58:24
**school** 14:13,14
  14:15,22 15:11
  16:23,24
**screen** 7:24,24
  63:17 76:18
**scroll** 47:15
  64:2
**scrolling** 76:22
**sealing** 3:5
**second** 8:25
  10:10 14:7,8
  16:22 54:14
  60:19 61:16
  62:23 63:11
  64:6,7 67:3
  68:10,18
**see** 16:20 47:4
  47:13 49:9,10
  63:22 64:10
  66:19,21,22
  67:9,10,16
  76:20,24 77:3
**seen** 29:11
  47:23 70:25
**sense** 54:22
**sent** 9:4,4 47:6
  49:23 56:8,10

**[sent - supervisor]**

Page 15

56:12 57:11
63:4
**september**
66:24
**seq** 1:20
**serious** 40:7
42:5
**serve** 57:16
**service** 69:18
**seventh** 2:6
**several** 67:6
79:4
**seyfarth** 2:12
**share** 47:8
**shaw** 2:12
**she'll** 28:9
**sheet** 86:2
**sheets** 9:3
44:24 45:3,7,9
45:23 46:12
**short** 54:20
65:22 66:5
**shorthand** 1:19
83:6
**shortly** 46:4
**show** 66:17
**showed** 73:18
**signature** 83:18
**signed** 3:13,15
49:8,14,16
**similar** 80:6
**simply** 5:3
**sitting** 53:21
54:5

**six** 21:6
**sleight** 10:17
**small** 2:17 8:16
8:21 9:19
23:15 67:21
78:15,18,19
80:10 82:2,5
84:5
**small's** 80:15
**social** 23:22
24:7
**socialize** 22:4
22:10 23:17,24
**solo** 20:3
**somebody** 7:16
**sorry** 10:14
11:16 56:16
**sort** 5:20 24:12
25:18,25 34:6
38:16 40:14
49:25 57:25
72:24 81:13
**speak** 8:8 9:19
40:2,3 50:24
51:17 56:25
61:24 62:21
**speaking** 9:18
41:23 51:16
79:15
**specific** 11:18
11:21 20:20
31:8
**specifically**
31:6,21,24
38:18 53:18

**55:5**,11 69:6
69:10
**specifications**
64:11 76:23
77:5
**spend** 71:14
**spinning** 62:17
**spoke** 8:21 10:7
45:25 46:14,15
57:4 60:17
61:7 71:4
**spoken** 9:22
10:3 13:16,22
61:6 71:16,20
74:13 79:16
**standing** 43:12
**stands** 46:23
68:23
**stark** 10:12,15
**start** 16:8 27:3
**started** 5:15
17:8 21:10,22
27:12,14 46:5
60:24
**state** 1:19
47:25
**stated** 12:17
**states** 1:2 48:4
**stating** 68:21
**statutory** 18:5
**stayed** 19:18
**steam** 40:24
**stenographic**
83:12

**steps** 40:4
**stipulated** 3:3,8
3:12
**stipulations**
1:21 3:2
**story** 29:17
**street** 4:11 7:11
18:21
**stuff** 33:23
**subject** 70:16
**subjects** 7:19
**submit** 45:11
**submitted**
64:17 65:3
**submitting**
65:3
**subpoena** 1:21
**subrogation**
17:18
**subscribed**
82:13 86:21
**subsequently**
48:10
**substance** 69:7
**succeed** 36:14
36:14
**summary** 18:9
**summons** 18:6
**supervise** 44:11
49:5
**supervising**
42:19
**supervisor**
26:11 73:21
80:8 81:19

**supervisory**
43:3
**support** 61:12
85:2
**supposed** 60:21
**sure** 6:16,16
11:10 12:4
13:9 32:24
37:9 46:3
60:18 63:7
69:5 72:17
73:17 79:21
80:16
**surface** 1:9
4:20 5:2
**surprised**
48:23 49:6
**surprising**
48:19,25
**suspended** 56:7
56:9
**suspension**
52:14,16 53:3
55:25 56:4,14
57:2,17,20
58:8,19 59:3
59:23,25 60:6
60:10,12 61:25
62:13,22
**sworn** 3:15 4:4
82:13 83:9
86:21

**t**

**t** 4:2 83:2,2
84:7
**take** 5:7,19 6:7
6:18,21,24
7:17 8:9 18:5
30:11 34:24
35:12 40:4
54:21 58:2
65:19,22,24
73:9 76:11
**taken** 1:18 66:4
76:14
**talk** 6:5 22:9
40:9 51:23
56:16 59:21,24
60:25
**talking** 27:23
46:14 53:21
58:15 66:15
71:14
**tell** 11:7 27:25
33:3 34:2 35:8
37:8 39:5 52:9
63:6 71:10
74:15
**ten** 65:24 66:2
**term** 76:7
**termination**
69:4 72:19
**terms** 39:9
**testified** 4:5
7:11 66:17
72:25 79:2,8
80:14

**testify** 12:22
**testifying** 80:2
**testimony** 66:9
69:22
**text** 9:3
**thank** 9:17 66:2
78:10,13
**thin** 12:20
**thing** 43:13
**things** 5:9 16:4
25:3 30:25
41:2 43:8,24
**think** 8:11,14
9:11 29:9 32:9
32:12 42:16
46:3 50:16
59:13 60:19
61:17 72:9
**third** 16:24
**thompson** 67:2
67:2,4 68:7,12
**thought** 11:22
27:6 29:17
30:9 31:25
32:3 49:3
59:20 72:21
73:11 74:17,23
75:2
**three** 16:18
18:24 21:6
33:8 35:20
41:5 72:25
74:8
**time** 3:11 6:18
9:3 10:11

21:24 22:18,18
26:5,20 31:9
32:25 33:7
36:23 38:21
40:25 41:6
43:6 44:4,20
44:24 45:3,3,7
45:9,23 46:12
46:17 48:12,16
54:7,11,22
57:9,18 58:21
60:24 61:15
63:3,3 64:25
65:24 66:3
67:13 69:17
73:9 74:16
75:3 76:13
77:24 78:3
82:7
**timekeeping**
45:17 46:2,15
46:15
**times** 22:6 33:3
33:9 40:22
41:5 70:18
71:14 72:4
74:8
**today** 5:7 6:19
7:6 8:13,16,20
9:20 12:10
**today's** 4:24
**together** 11:13
22:7 25:19
36:12,13

**told**  10:22 11:6
  11:11,17 24:25
  27:22 28:9,10
  28:14,20,21
  31:17 33:18
  35:11,14 37:6
  38:24 44:17
  49:3 50:4,5,9
  50:14,17,22
  51:3 52:2
  70:16,23 74:23
  79:18
**took**  15:12 22:7
  61:19
**topics**  80:7
**tort**  17:18
  19:12
**tortora**  1:19
  83:6,19
**torts**  17:17
  27:24 61:23
**train**  36:17,19
  36:20
**transcript**  6:7
  82:4
**transcription**
  83:11
**transfer**  27:11
  34:14 44:12,21
  45:17,22 67:15
**transferred**
  26:6 28:23
  29:22 30:5
  34:11,19 39:10
  42:25 43:14

**transferring**
  36:24
**transfers**  34:21
**transit**  1:9,11
  4:20,22 5:2,3,4
  5:4 9:23 10:3,4
  11:5 13:17,23
  16:9,13 17:9
  17:20 18:17
  19:17,25 20:4
  20:5,6,10,12
  21:5,11,13,16
  21:25 23:4,7
  23:12 33:11
  37:2 42:16
  43:13 49:4
  50:24 52:21,25
  53:10,15 56:8
  56:12 57:2,5,7
  61:15 65:11
  69:12,19 71:17
  72:8,12 73:25
  74:10 78:21
  81:12
**treated**  11:23
**trial**  3:11 17:2
  18:11 20:13,19
  20:22,23 26:7
  26:8,17 27:5,9
  27:12 29:4,6
  29:10,19,21
  35:24,25 36:3
  36:4 41:7
  42:20,22 45:6

**trials**  16:4
  29:12 39:14
  41:21 43:7
**tried**  42:2
**true**  27:10,13
  83:11
**truthfully**  8:12
**try**  51:23 52:3
**trying**  26:23
**twenty**  55:25
  56:3,7,10,13
  57:2,8,10 58:5
  58:5,16 59:3,9
  59:14
**twice**  33:8 72:5
**two**  8:24 19:9
  33:8 39:13
  40:22 45:8
  46:21 54:2
  57:8,17 58:2
  71:21 72:24
  74:8 78:16
**type**  18:25
**typical**  39:22
**typing**  15:23

**u**

**u**  4:2
**under**  20:25
  66:12
**undergrad**
  14:21
**underlying**
  5:13
**understand**  5:8
  6:9,25 8:12,15

9:16 26:23
  66:11,13 72:15
  79:25
**understanding**
  12:24 19:20
  24:19,20 28:22
  29:3 30:4
  44:22 49:13
  77:10 79:11
**understood**
  6:13 20:9
**unethical**  38:10
**unfair**  11:23
  12:3 13:5
**unit**  17:2,22,25
  18:14 20:13,14
  20:19,20,21,23
  20:24 21:19,20
  23:22 24:6,12
  25:6,9,14 26:7
  26:8,16,20,21
  26:22 27:12,16
  28:2,5,24 29:4
  29:22 30:5,6
  30:10,19 32:25
  33:14,24 34:11
  34:19 35:2,5
  35:12,14 36:24
  37:10 38:4
  39:10,17,19,24
  40:19 41:7,9
  41:18 42:25
  43:5,10,14
  45:6 49:2,5
  58:21 59:16,22

75:16,20 76:5
81:4
**united**  1:2
**university**
14:14,23 15:11
**unjust**  11:22
12:3 13:4
**unrelated**  44:6
**unusual**  77:16
**ups**  33:17
**upset**  11:22
13:10
**upstairs**  61:8
**urbont**  1:17
2:14 4:9,15 5:1
6:1 7:1 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
63:23 64:1

65:1 66:1,8
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1,2 80:1
81:1 82:1,11
83:9 84:4 86:7
86:20
**used**  62:16 76:7

---

**v**

---

**v**  86:5
**van**  15:19,20
16:21 17:11
**varied**  21:3
**verbal**  5:18
**verbatim**  12:15
**veritext**  1:18
86:3
**versa**  22:13
**vice**  22:13
**vinci**  2:8 4:7,17
76:10,15 78:6
80:12 81:11,24
84:4
**virtual**  1:18
**virtually**  7:6
**virtue**  57:24

---

**w**

---

**wait**  6:2
**waived**  3:7
**walk**  49:25
**want**  12:7
13:19 64:23

66:17,18
**wanted**  24:23
25:16 27:2
36:13,14 57:7
65:7 66:8
**wanting**  58:16
**wants**  12:11,19
**warranted**
40:11
**watch**  39:14,14
**watching**  16:3
**watering**  15:23
**way**  8:4 11:23
11:25 12:22
42:19 51:24
56:2 62:10
63:15 68:4,12
72:11
**week**  25:24
54:14 57:8,17
58:2 60:15
**weeks**  45:8
58:17
**went**  22:14
24:5,8 39:12
66:14
**weslii**  1:11 4:22
9:6 22:24
25:12 27:8
30:2,8,21
32:12 33:20
37:6,8,19
38:21 43:19
44:15 46:11
70:2,13,16,23

70:24 71:3,4
74:18,24 75:3
75:10 80:24
81:3
**west**  4:11 7:10
**wheels**  62:17
**williamson**
17:5,6,15,16
**willing**  36:15
**witness**  1:18
4:3 29:16,18
39:15 67:23
78:13 80:23
81:16 83:8
84:3 85:4,14
86:7
**witnesses**  67:6
75:23
**woman**  53:9,10
53:13 65:10
75:5
**won**  29:19
**word**  12:25
13:2
**work**  9:7 16:16
16:17,18 19:2
20:6 22:7
23:25 25:19
35:16 36:2
44:16 50:14
56:17 58:6
59:18,20
**worked**  15:17
16:21,25 17:3
17:5,7 18:13

**[worked - zoom]**                                               Page 19

| | | |
|---|---|---|
| 18:18 19:24 | 71:19,19 73:8 | **z** |
| 20:2,7 38:25 | 73:23 74:4 | **zoom**  6:4 7:23 |
| 41:25 62:15 | **year**  11:10,14 | |
| **working**  15:16 | 11:15 14:25 | |
| 16:8,13 17:11 | 15:12,15 16:22 | |
| 21:13,16,18,21 | 16:24 19:19,21 | |
| 21:25 23:4,6 | 27:19,21 28:5 | |
| 23:12 43:7 | 28:11,15 53:24 | |
| 48:11 50:18 | 77:12,18 | |
| 54:7,11 58:21 | **years**  10:6 | |
| 58:25 75:23 | 16:19 18:24 | |
| 81:2 | 31:16 54:3 | |
| **works**  77:22 | 62:16 | |
| **worried**  38:15 | **yehoshua**  1:6 | |
| **worry**  36:12 | 4:18 21:9 | |
| **wrap**  76:11 | 24:11,22 31:21 | |
| **wrapping**  20:4 | 48:4,7 64:8 | |
| **written**  64:18 | 68:14,25 72:7 | |
| 65:3 | 77:11 79:3 | |
| **wrong**  50:16 | 86:5 | |
| **x** | **yehoshua's** | |
| **x**  1:5,13 57:8 | 67:15 75:9 | |
| 57:17 84:2,7 | **yoga**  22:7 | |
| **y** | **york**  1:3,10,20 | |
| **yeah**  7:4 11:20 | 2:7,7,16,16 | |
| 13:6 30:12 | 4:12,21 5:3 | |
| 34:4 37:14 | 14:6,11 16:6 | |
| 39:21 47:20,20 | 19:13,17 23:22 | |
| 47:23 48:18,23 | 26:6 29:4 30:5 | |
| 49:10 51:2,2 | 34:14 36:7 | |
| 52:12 53:11 | 43:5 45:19 | |
| 57:4 58:20 | 78:20 86:3 | |
| 59:5,15,15 | | |
| 62:8,24,24 | | |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.