# EXHIBIT A

# Amelia Dweck's Case List

| RESULT | DATE | NAME OF CASE | File number | Index Number | Judges |
|---|---|---|---|---|---|
| Settled after trial $148k | 10/17/2013 | Nedrit Uzunbekiroglu | BU-2010-04-16-08-001 | NY Supreme 111493/10 | Stallman |
| **Defense Verdict** | 11/8/2013 | Nancy Marshak & Leslie Marshak | BU 2002-07-10-18-001 | NY Supreme 109345/05 | Mendez |
| **Defense Verdict** | 2/6/2014 | Carmen Camacho | BU 2009-03-21-0010 | Bronx Supreme 308612/2009 | Gonzalez |
| **Defense Verdict** | 7/30/2014 | William Tate-Mitros | BU 2008-01-21-14-001 | NY Supreme 112752/2008 | Huff |
| Settled before trial $25k | 2/24/2015 | Jane Taylor | TA 2009-10-15-27-001 | NY Supreme 101024/2010 | Stallman |
| Settled before trial $21k | 4/4/2015 | Ralph Miller | TA 2006-04-26-16-001 | NY Supreme 109764/2006 | Stallman |
| $100K Verdict | 5/21/15 | Darnell Moore | TA 2006-04-07-0011-001 | NY Supreme 400038/08 | Kalish |
| Settled during trial $20k | 6/24/2015 | Joy Williams | TA 2009-12-26-05-001 | NY Supreme 109618/10 | Rakower |
| Verdict after post-trial motions $3,250 | 12/14/2015 | Laura Maymi | BU 2010-04-02-20-001 | NY Supreme 113382/2010 | D'August |
| Settled before trial $50k | 10/18/2016 | Dwayne Morgan | TA 2012-02-15-0016-001 | NY Supreme 156452/2013 | Stallman |
| **Defense Verdict** | 12/16/2016 | Omar Valle | TA 2010-02-28-10-001 | NY Supreme 109486/2010 | Shulman |
| Settled before trial $7k | 5/2/2017 | Monique Berry | BU 2013-10-21-22-001 | NY Supreme 155217/2014 | Heitler |
| Settled during trial $50k | 5/11/2017 | Gerald Douglas Novel | TA 2009-10-27-21-001 | NY Supreme 108447/2010 | Engoron |
| Settled During Trial $30k | 11/3/2017 | Juan Pablo Osorio | BU 2010-10-06-10-001 | NY Supreme 113839/11 | Schecter |
| $110k Settled after trial during appellate conf. | 12/15/2017 | Maria Garcia | TA 2012-06-29-04-001 | NY Supreme 157482/2012 | Freed |
| Settled before trial $35k | 2/22/2018 | Richard Daniel Melendez | BU 2012-04-21-14-001 | NY Supreme 155386/2012 | McMahon |
| **Defense Verdict** | 3/28/2018 | Jolanta Stec | TA 2013-02-05-14-001 | NY Supreme 157494/2013 | Perry |
| **Defense Verdict** | 11/8/2018 | Natalya Rudyak | TA 2015-07-2000-10-001 | NY Supreme 150022/2016 | Chan |
| Settled during trial $50k | 12/3/2018 | Samuel Walton | TA 2012-12-28-17-001 | NY Supreme 161930/2013 | McMahon |
| **Defense Verdict** | 2/25/2019 | Linda Parker | BU 2012-06-10-07-001 | NY Supreme 158173/2013 | Chan |
| $20k Settled during trial | 3/14/2019 | Patricia Ewing | BU 2012-05-09-01-001 | NY Supreme 157051/2013 | McMahon |

| Defense Verdict | 6/25/2019 | Jonathan Chinn | TA 2013-12-14-32-001 | NY Supreme 156841/2014 |
|---|---|---|---|---|
| Defense Verdict | 7/26/2019 | Quintin Lowther | BU 2012-11-07-09-001 | NY Supreme 451217/2013 |
| Mistrial during plaintiff's opening statements | 8/27/2019 | Constantine Korelis | TA 2013-02-14-0001-001 | NY Supreme 150101/2014 |
| Settled during opening statements $45k | 10/31/2019 | Vivian Jones | TA 2012-03-11-002-001 | NY Supreme 150636/2013 |
| Defense Verdict | 12/24/2019 | Stephanie Adika | BU 2012-04-22-0007-001 | NY Supreme 156526/2012 |
| Defense Verdict | 3/4/2020 | Jeffrey Emmanuel | BU 2016-07-25-0013-001 | Kings Supreme 500383/2017 |

Frank
Goetz
Kelly
Wan
Hagler
Fisher