# EXHIBIT B

A. Yehoshua, Pass No. M39484
DAN No. 20-6314-0003
Page 1 of 4



 New York City Transit

**Via First Class and Certified U.S. Mail and Electronic Mail**

June 12, 2020

**Amelia Yehoshua, Executive Agency Counsel
2211 Avenue T
Brooklyn, NY 11229**

Re:    Notice of Disciplinary Charges, DAN No. 20-6314-0003

This is an official notice of disciplinary action in that you violated MTA New York City Transit / Manhattan and Bronx Surface Transit Operating Authority (together, the "Authority") Rules 2(a), 2(b), 4(a), 4(b), 4(c), 10(a), 12(a), 12(f), 13(b) and 13(i) of the *Rules and Regulations Governing Employees of MTA New York City Transit* ("*Rules and Regulations*"); Section 4(a) of the *MTA All-Agency Computer And Social Media Usage Policy Directive;* Sections 2.01, 4.01, 4.02 and 8.04 of the *MTA All- Agency Code of Ethics*; and Section 73(5)(a) of the New York State *Public Officers Law*.

At the times hereinafter set forth, you were a non-represented Executive Agency Counsel, Non-Managerial, Level B, assigned to the Torts Division, Department of Law.

The Charges preferred against you are as follows:

### CHARGE I

Improper Performance of Duty, Conflict of Interest, Improper Use/Failure to Safeguard Authority Property, Theft of Time/Wages, Gross Misconduct and/or Conduct Unbecoming an Authority Employee in that you violated Rules 2(a), 2(b), 4(a), 4(b), 4(c), 10(a), 12(a), 12(f), 13(b) and 13(i) of the *Rules and Regulations*.

CONFIDENTIAL

NYCTA 000097

A. Yehoshua, Pass No. M39484
DAN No. 20-6314-0003
Page 2 of 4

**Specification I:**

On or about 2014 through January 31, 2019, you engaged in conduct that either constitutes a conflict of interest or the appearance of a conflict of interest in that you retained the services of an attorney, known to you to be a vendor serving as outside counsel to the Authority, for a personal civil litigation matter, and did so without providing payment to the attorney for the legal services provided to you. You also failed to seek or obtain the approval of the Authority's Ethics Officer prior to engaging in such attorney-client with the aforementioned Authority-retained outside counsel.

**Specification II:**

On or about February 2015 through November 2018, without proper authorization from the Authority, you improperly utilized Authority electronic mail, internet, computer systems and other resources to communicate with an attorney, known to you to be a vendor of legal services as outside counsel to the Authority, regarding your personal litigation matter. Your correspondence included the exchange of draft documents, scheduling, court filings and other non-Authority matters engaging the legal services of the vendor on a personal civil litigation matter.

**Specification III:**

On or about February 8, 2018, without proper authorization from the Authority, you utilized Authority computer systems and other resources to communicate via electronic mail with an expert witness regarding your personal litigation matter during scheduled work hours.

**Specification IV:**

On or about May 7, 2014, without proper authorization from the Authority, you utilized Authority computer systems and other resources to communicate via electronic mail with a colleague regarding your personal litigation matter during scheduled work hours. Your correspondence included the exchange of draft documents seeking your colleague's legal opinion of the document.

**CHARGE II**

Solicitation/Receipt of a Prohibited Gift, Conflict of Interest, Violation of the Public Trust, Improper Use of MTA Property, Gross Misconduct and/or Conduct Unbecoming an Authority Employee in that you violated Section 4(a) the *MTA All-*

CONFIDENTIAL

NYCTA 000098

A. Yehoshua, Pass No. M39484
DAN No. 20-6314-0003
Page 3 of 4

*Agency Computer And Social Media Usage Policy Directive;* Sections 2.01, 4.01, 4.02 and 8.04 of the *MTA All-Agency Code of Ethics*; and Section 73(5)(a) of the New York State *Public Officers Law.*

### Specification I:

The Authority repeats and re-alleges Specifications I, II, III and IV of Charge I, above.

### Specification II:

You solicited and/or received a prohibited gift by accepting the services of an attorney, known to you to be a vendor serving as outside counsel to the Authority, for a personal civil litigation matter without providing payment to the attorney for the legal services provided to you.

### Specification III:

You violated conflict of interest regulations by engaging the services of an attorney, known to you to be a vendor serving as outside counsel to the Authority, for a personal civil litigation matter. You failed to report the possibility of a conflict of interest to the Agency Ethics Officer or Ethic Committee. You failed to avoid the appearance of a conflict of interest.

### Specification IV:

You violated the public trust by engaging the services of an attorney, known to you to be a vendor serving as outside counsel to the Authority, for a personal civil litigation matter without providing payment to the attorney for the legal services provided to you. You failed to avoid the appearance of undue influence or impaired judgment in violation of the public trust.

### Specification V:

You engaged in Improper Use of MTA Property by utilizing Authority computer systems and other resources in the furtherance of your personal civil litigation matter.

### RECOMMENDED PENALTY

Based on the nature of the charges, including Failure to Comply, Insubordination, Non-Performance of Duty, Absent Without Official Leave, Gross Misconduct and/or

CONFIDENTIAL

NYCTA 000099

A. Yehoshua, Pass No. M39484
DAN No. 20-6314-0003
Page 4 of 4

Conduct Unbecoming an Authority Employee, the recommended penalty is **Dismissal** from service. You may submit a written response to this disciplinary action notice. Please provide your response to David Farber, General Counsel, by close of business on June 30, 2020

Your written response must be directed to **David Farber, General Counsel, Law Department, MTA NYC Transit, 130 Livingston Plaza, 12th Floor, Brooklyn, NY 11201, and via electronic mail to david.farber@nyct.com..** Your written response will be reviewed and considered in determining the outcome of this disciplinary action notice. Failure to submit a written response by June 30, 2020 shall result in implementation of the recommended penalty.

Sincerely,

Weslii Khahaifa
Borough Litigation Chief, New York County
Torts Unit
**Department of Law**

Encl: *MTA Rules & Regulations (excerpts)*
*MTA All-Agency Computer and Social Media Usage Policy Directive (excerpts)*
*MTA All- Agency Code of Ethics (excerpts)*
*NYS Public Officers Law Section 73 (excerpts)*

cc:  D. Farber, Law
     T. Murphy, Law
     H. Smart, Law
     C. Costa, OLR
     File

CONFIDENTIAL

NYCTA 000100