# EXHIBIT F

From: Stanley, Marie
Sent: Friday, August 30, 2024 11:25 AM
To: Torts Tower; Nelson, Jeffrey
Subject: Announcement

Good morning,

I am pleased to announce Adrian Thompson will serve as Claims Manager Court Prep for the Torts Tower.

More information will follow as Adrian transitions into his new role.

Thank you.

*Marie Stanley, Esq.*
*Deputy Executive Assistant General Coun. / Litigation*
*MTA Law Department – Torts*
*130 Livi... ston Street, 11th Floor*
*Brooklyn, N.Y. 11201*
*718-... ... (office); 718-... ... (fax)*
*Email: marie.stanley@mtcl.com*

1