UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
AMELIA YEHOSHUA,

                Plaintiff,

vs.

MANHATTAN AND BRONX SURFACE
TRANSIT OPERATING AUTHORITY, THE
NEW YORK CITY TRANSIT AUTHORITY,
and WESLII KHAHAIFA,

                Defendants.
----------------------------------------------------------X

Civil Action No. 1:21-cv-04055-FB-SJB

**REPLY DECLARATION OF WESLII KHAHAIFA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, **WESLII KHAHAIFA**, declare that:

1. I am employed by the Manhattan and Bronx Surface Transit Operating Authority ("MaBSTOA"). My title is Assistant General Counsel, Level III. I have held this title since in or around 2017.

2. I submit this Reply Declaration in support of Defendants' Motion for Summary Judgment. Unless otherwise noted, I make this Declaration on the basis of my personal knowledge. Where statements are made upon information and belief, the sources of my information and the basis of my belief are the records and files maintained by the New York City Transit Authority and MaBSTOA (collectively, "NYCTA"), which I believe to be true and correct.

3. Unless otherwise noted, the facts in this Reply Declaration relate to the time period of 2016 through 2021.

<u>About the February 2016 Timekeeping Incident</u>

4. During my February 2, 2016 discussion with Plaintiff regarding the train delay incident, I explained to Plaintiff that I was informed by other managers and timekeepers that I was

not in a position to excuse the 45 minutes of time Plaintiff missed from work due to the train delay she experienced two weeks prior or allow Plaintiff to make up the deficit.

5. When I say "excuse" the late arrival, this meant I was informed I could not authorize payment for the time that Plaintiff did not work two weeks prior solely based on the train delay report Plaintiff submitted.

6. I instead suggested to Plaintiff that she should speak with either Heisler or Goode who may be able to excuse the time.

7. During that discussion, I did not tell Plaintiff that "it did not matter that the day of the delay coincided with Yehoshua's observance of the Sabbath" or use similar words or phrasing to that effect.

8. When I drafted my February 4, 2016 email correspondence to Larry Heisler (*see* Ex. A to the Declaration of Weslii Khahaifa in Support of Defendants' Motion for Summary Judgment, dated July 15, 2024 ("Initial Declaration")), I had not known nor understood whether Plaintiff had complained that I had discriminated against her. Instead, in my email correspondence, I was expressing frustration and disappointment that Mr. Heisler had (in my opinion) accused me of discriminating against an employee.

### Plaintiff's Assignment to the *Wood* Litigation

9. On July 17, 2019, I assigned Plaintiff several new cases, including the *Alexander Wood v. Metropolitan Transportation Authority and New Nork City Transit Authority* case. See Ex. H to the Initial Declaration.

10. On January 29, 2020, after receiving ███████████ complaints about Plaintiff's conduct before her, I notified Plaintiff that I was reassigning the *Wood* litigation to another member of our trial unit (*see* ¶ 15, Ex. A).

2

### Plaintiff's Ongoing Appearance In New York County

11. Following my December 3, 2019 meeting with Judge Lyle E. Frank (*see* Ex. E to the Initial Declaration), I did not assign Plaintiff to any cases involving Judge Lyle E. Frank. I similarly do not recall Plaintiff appearing before Judge Frank on behalf of NYCTA after December 3, 2019.

12. Following my January 30, 2020 meeting with Justice Deborah A. Kaplan in her then role as the Administrative Justice of Supreme Court, New York County, Civil Term (*see* Ex. E to the Initial Declaration), I did not assign Plaintiff to any cases involving Justice Kaplan. I similarly do not recall Plaintiff appearing before Justice Kaplan on behalf of NYCTA at any time from 2020-2021.

13. After receiving complaints from various Justices regarding Plaintiff's behavior, I elevated those concerns immediately and periodically thereafter to my direct supervisors, Larry Heisler and Gail Goode. (*See* Ex. E to the Initial Declaration)

14. I did not raise these concerns to Mr. Heisler's supervisors or take action to "go above his head" because I did not consider – and would not have been comfortable – circumventing my own supervisory chain of command. Moreover, I already notified my own supervisors and understood they would handle the matter as they saw fit.

### Documents

15. Attached hereto as Exhibit A is a true and correct copy of email correspondence I exchanged with Plaintiff regarding the reassignment of the *Wood* litigation dated January 29, 2020. This document bears Bates stamp numbers P000459-471.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

Dated: New York, New York
       March 3, 2025

_____
WESLII KHAHAIFA

# Exhibit A

Redacted

**From:** Khahaifa, Weslii
**Sent:** Wednesday, January 29, 2020 11:28 AM
**To:** Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>
**Subject:** RE: FW: ALEXANDER WOOD (FILE NUMBER – TA201708060001-001)

I will not be sending you to any conferences in Judge Adams' part.

---

**From:** Yehoshua, Amelia
**Sent:** Wednesday, January 29, 2020 11:21 AM
**To:** Khahaifa, Weslii <Weslii.Khahaifa@nyct.com>
**Subject:** RE: FW: ALEXANDER WOOD (FILE NUMBER – TA201708060001-001)

I am in the process of preparing a status report on all of my cases (including Wood) to be given to you at the end of today. I have been assigned a trial in Kings county that will begin on February 20, 2020 and I would like to prepare for it.

I will give you all of the upcoming dates of my current cases but please let me know when will be my last court appearance for New York County.

***Amelia Dweck, Esq.***

Executive Agency Counsel

New York City Transit Authority

Law Department, Torts Division

130 Livingston Street, Room 1117-h

Brooklyn, New York 11201

Tel #718-694-3885

P000459

Fax #718-694-1023

Email: Amelia.Dweck@nyct.com

---

**From:** Khahaifa, Weslii
**Sent:** Wednesday, January 29, 2020 11:15 AM
**To:** Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>
**Subject:** FW: FW: ALEXANDER WOOD (FILE NUMBER – TA201708060001-001)

Amelia,

Please provide a report indicating the status of the case (what discovery is outstanding, etc.) for the attorney receiving the case. Please be sure to include EBT and conference dates and whether any notifications for witness appearances have been made. Also, please check your office and mailbox for any loose papers and/or mail that may not have made it to the file.

Thank you,

**Weslii Khahaifa, Esq**.

*Borough Litigation Chief, New York County*

*130 Livingston Street, 11th Fl.*

*Brooklyn, New York 11201*

*(718)694-3991 Telephone*

*(718)694-1023 Fax*

**P000460**

**From:** Khahaifa, Weslii
**Sent:** Wednesday, January 29, 2020 10:43 AM
**To:** Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>; PASSIONE, MARIE <MARIE.PASSIONE@nyct.com>; Otero, Daysy <Daysy.Otero@nyct.com>
**Cc:** Mark DeAddio <mdeaddio@danestreet.com>
**Subject:** RE: FW: ALEXANDER WOOD (FILE NUMBER – TA201708060001-001)

To All,

Please note that this case will is being reassigned to another attorney. Effective immediately, please refer all inquiries, notifications, etc with regard to the exams to my attention. I will notify you of the newly assigned attorney ASAP.

Kindly advise which, if any, of the exams have been scheduled and the particulars.

Thank you,

**Weslii Khahaifa, Esq**.

*Borough Litigation Chief, New York County*

*130 Livingston Street, 11th Fl.*

*Brooklyn, New York 11201*

*(718)694-3991 Telephone*

*(718)694-1023 Fax*

P000461

**From:** Yehoshua, Amelia
**Sent:** Monday, January 27, 2020 2:32 PM
**To:** PASSIONE, MARIE <MARIE.PASSIONE@nyct.com>
**Cc:** Mark DeAddio <mdeaddio@danestreet.com>; Khahaifa, Weslii <Weslii.Khahaifa@nyct.com>
**Subject:** RE: FW: ALEXANDER WOOD (FILE NUMBER – TA201708060001-001)

See the email below from plaintiff's attorney. Can you have 2 exams done on same date. I have done that before.

For price approvals, please request that approval from Weslii Khahaifa. She is my supervisor and has authority to approve fees, not me.

She is cc'd on this email.


Amelia,

You have designated five different specialties in this case for the TA's DME's.

Although I reserve my right to object to so many exams, the immediate problem is that my client now works and lives in Rhode Island and he cannot travel to Manhattan on five different days.

We have asked Dane Street to try to schedule at least two, if not three, exams in one day, but they state that they cannot do so

I therefore ask your intervention to make this workable for both of us. If not, I'll raise the issue at the next conference on February 20.

Regards.

Sent from my iPhone


***Amelia Dweck, Esq.***

Executive Agency Counsel

New York City Transit Authority

Law Department, Torts Division

130 Livingston Street, Room 1117-h

P000462

Brooklyn, New York 11201

Tel #718-694-3885

Fax #718-694-1023

Email: Amelia.Dweck@nyct.com

---

**From:** PASSIONE, MARIE
**Sent:** Monday, January 27, 2020 1:56 PM
**To:** Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>
**Cc:** Mark DeAddio <mdeaddio@danestreet.com>
**Subject:** FW: FW: ALEXANDER WOOD (FILE NUMBER – TA201708060001-001)
**Importance:** High

Amelia,

Please let us know how to proceed.  See highlighted text below.

Thanks,

Marie Passione, Paralegal Consultant

New York City Transit

130 Livingston Street, 1186

Brooklyn, NY  11201

Telephone: 718-694-3873

Fax: 718-694-5452

Marie.Passione@nyct.com

**From:** Mark DeAddio [mailto:mdeaddio@danestreet.com]
**Sent:** Monday, January 27, 2020 11:34 AM
**To:** PASSIONE, MARIE <MARIE.PASSIONE@nyct.com>

P000463

**Subject:** Re: FW: ALEXANDER WOOD (FILE NUMBER – TA201708060001-001)

Friendly reminder.

On Thu, Jan 23, 2020 at 3:53 PM Mark DeAddio <mdeaddio@danestreet.com> wrote:

> Friendly reminder regarding the neuro:
>
> For Dr. April (Neuro), the earliest appointment is in March and the quote will be $300 per hour x 6 hours = $1800. Will this work for you?
>
> Thank you,
>
> On Fri, Jan 17, 2020 at 1:58 PM Mark DeAddio <mdeaddio@danestreet.com> wrote:
>
>> Marie,
>>
>> For Dr. April (Neuro), the earliest appointment is in March and the quote will be $300 per hour x 6 hours = $1800.
>>
>> Also is this all of the medical records or are we expecting more?
>>
>> Thank you,
>>
>> On Fri, Jan 17, 2020 at 1:51 PM PASSIONE, MARIE <MARIE.PASSIONE@nyct.com> wrote:
>>
>>> Thanks, Mark
>>>
>>> Marie Passione, Paralegal Consultant

P000464

New York City Transit

130 Livingston Street, 1186

Brooklyn, NY 11201

Telephone: 718-694-3873

Fax: 718-694-5452

Marie.Passione@nyct.com


**From:** Mark DeAddio [mailto:mdeaddio@danestreet.com]
**Sent:** Friday, January 17, 2020 1:43 PM
**To:** PASSIONE, MARIE <MARIE.PASSIONE@nyct.com>
**Cc:** Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>
**Subject:** Re: FW: ALEXANDER WOOD (FILE NUMBER – TA201708060001-001)

Marie,

Please see the attached for the CV.

On Fri, Jan 17, 2020 at 1:19 PM PASSIONE, MARIE <MARIE.PASSIONE@nyct.com> wrote:

> Mark,
>
> Please provide a CV for Dr. Steven Becker so the attorney can review it.
>
> Thanks,
>
> Marie Passione, Paralegal Consultant

New York City Transit

130 Livingston Street, 1186

Brooklyn, NY 11201

Telephone: 718-694-3873

Fax: 718-694-5452

Marie.Passione@nyct.com

**From:** Mark DeAddio [mailto:mdeaddio@danestreet.com]
**Sent:** Friday, January 17, 2020 12:15 PM
**To:** PASSIONE, MARIE <MARIE.PASSIONE@nyct.com>
**Cc:** Yehoshua, Amelia <Amelia.Yehoshua@nyct.com>
**Subject:** Re: FW: ALEXANDER WOOD (FILE NUMBER – TA201708060001-001)

Good afternoon Marie,

Dr.Steven Becker is the only option we have. He is certified in General Surgery with skills in Vascular. We have scheduled another transit referral with him.

Please advise if you're okay with this.

Thank you,

On Thu, Jan 16, 2020 at 8:12 AM PASSIONE, MARIE <MARIE.PASSIONE@nyct.com> wrote:

> Good morning Amelia,
>
> Please see highlighted text below for Alexander Woods exams.

P000466

Marie Passione, Paralegal ConsultantM

New York City Transit

130 Livingston Street, 1186

Brooklyn, NY  11201

Telephone: 718-694-3873

Fax: 718-694-5452

Marie.Passione@nyct.com


**From:** Mark DeAddio [mailto:mdeaddio@danestreet.com]
**Sent:** Wednesday, January 15, 2020 4:19 PM
**To:** PASSIONE, MARIE <MARIE.PASSIONE@nyct.com>
**Subject:** Re: ALEXANDER WOOD (FILE NUMBER – TA201708060001-001)


The ortho was rescheduled with Dr Levitt, I'm following up with the other cases and getting a quote back to you for the Ortho.


The appointment details are as follows:

| | |
|---|---|
| **Date and time** | Thursday, 06 February, 3:15 PM EST |
| **Examiner** | Richard Levitt M.D. |
| **Blocked Time** | No |
| **Office** | TRS, 3rd Floor, 40 EXCHANGE PLACE, New York, NY, 10005 |
| **Status** | Rescheduled |


On Wed, Jan 15, 2020 at 4:12 PM PASSIONE, MARIE <MARIE.PASSIONE@nyct.com> wrote:

> **RE:  ALEXANDER WOOD (FILE NUMBER – TA201708060001-001)**

P000467

Hi Mark,

Can you please let me know if any of the IME's have been scheduled for Alexander Wood?

Thank you,

Marie Passione, Paralegal Consultant

New York City Transit

130 Livingston Street, 1186

Brooklyn, NY  11201

Telephone: 718-694-3873

Fax: 718-694-5452

[Marie.Passione@nyct.com](Marie.Passione@nyct.com)

--

Mark DeAddio | Local Account Manager

DANE STREET, LLC
330 South Service Road • Suite 121 • Melville, NY • 11747
**M:** (914) 308-0881
[mdeaddio@danestreet.com](mdeaddio@danestreet.com)

P000468

--

Mark DeAddio | Local Account Manager

DANE STREET, LLC
330 South Service Road • Suite 121 • Melville, NY • 11747
**M:** (914) 308-0881
mdeaddio@danestreet.com

--

Mark DeAddio | Local Account Manager

DANE STREET, LLC
330 South Service Road • Suite 121 • Melville, NY • 11747
**M:** (914) 308-0881

P000469

mdeaddio@danestreet.com

--

Mark DeAddio | Local Account Manager

DANE STREET, LLC
330 South Service Road • Suite 121 • Melville, NY • 11747
**M:** (914) 308-0881
mdeaddio@danestreet.com

--

Mark DeAddio | Local Account Manager

DANE STREET, LLC

**P000470**

330 South Service Road • Suite 121 • Melville, NY • 11747
**M:** (914) 308-0881
mdeaddio@danestreet.com

--

Mark DeAddio | Local Account Manager

DANE STREET, LLC
330 South Service Road • Suite 121 • Melville, NY • 11747
**M:** (914) 308-0881
mdeaddio@danestreet.com

Confidentiality Note: This e-mail, and any attachment to it, may contain privileged and confidential information and is intended for the use of the individual(s) or entity named on the e-mail. Unauthorized disclosure of this message is prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and destroy this message and all copies thereof, including all attachments.

**P000471**