

| | | |
|---|---|---|
| Ira S. Nesenoff | Barbara H. Trapasso | Adrienne D. Levy |
| Andrew T. Miltenberg | Kristen E. Mohr | Regina M. Federico |
| Stuart Bernstein | Helen J. Setton | Kimberly S. Courtney |
| _____ | Rodman W. Streicher | *Senior Litigation Counsel* |
| Tara J. Davis | Kirsten E. Roy | |
| Gabrielle M. Vinci | | Marybeth Sydor |
| Kara L. Gorycki | | *Title IX Consultant* |

ATTORNEYS AT LAW
_____

nmllplaw.com

November 17, 2025

**VIA ECF**

Honorable Senior Judge Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   *Yehoshua v. Manhattan and Bronx Surface Transit Operating Authority, et al.*
　　　　**Docket No. 1:21-cv-04055-FB-SJB**

Dear Your Honor:

　　　This office represents Plaintiff Amelia Yehoshua ("Plaintiff") in the above-captioned action. The undersigned writes to respectfully request an adjournment of the in-person motion for summary judgment oral argument currently scheduled for November 19, 2025. The undersigned counsel has conferred with counsel for Defendants who do <u>not</u> object to the requested adjournment. The oral argument was originally scheduled by the Court for November 14, 2025. Due to counsel's mutual unavailability, the oral argument was adjourned to November 19, 2025.

　　　The basis for this request is that due to a medical incident, Plaintiff's lead counsel is unable to appear on November 19, 2025 for the oral argument. Specifically, after being diagnosed with strep throat, Plaintiff's counsel experienced, and continues to experience, a severe case of laryngitis rendering Plaintiff's counsel unable to speak. Following consultation with a doctor at an urgent care center, Plaintiff's counsel was advised to remain on vocal rest for 5-7 days and specifically exempted from work through and including November 19, 2025 (the most amount of time the doctor was able to exempt counsel from work under the urgent care center's policies). *See* Exhibit A. Plaintiff's counsel thereafter consulted with her treating doctor to see if a steroid could be prescribed to alleviate the symptoms but counsel was advised that she was not a candidate for such treatment. Accordingly, Plaintiff's counsel still suffers from significant symptoms and remains, essentially, mute.

　　　Accordingly, the undersigned counsel respectfully requests an adjournment of the November 19, 2025 oral argument to a date convenient for the Court. For Your Honor's



November 17, 2025
Page 2 of 2

convenience, counsel have conferred and can confirm the following dates when all counsel are available to appear for the oral argument: December 2 (after 11:00 am), December 11 (before 2:00 pm), and December 15-17 (any time).

    Counsel thanks the Court for its consideration of this correspondence.

Respectfully Submitted,

By: */s/ Gabrielle M. Vinci*

**cc:**    All Counsel of Record (via ECF only)
**Encls.**

363 Seventh Avenue | 5th Floor | New York, NY | 10001 | T: 212.736.4500

101 Federal Street | 19th Floor | Boston, MA | 02110 | T: 617.209.2188



11/15/2025

### EXCUSE FROM WORK / PHYSICAL ACTIVITY

To Whom It May Concern:

This is a note to confirm that GABRIELLE VINCI was seen in the GoHealth Urgent Care Clinic noted below, on the above date for an Urgent Care visit.

They need to be     ☒ EXCUSED FROM WORK   ☐ Engage in limited Physical Activity

☑ Beginning now, and until the following date, inclusive: _11_/19_/2025

Sincerely,

_(signature)_

Waldman, Sophie

Clinic Stamp

NORTHWELL GOHEALTH URGENT
37-01 BROADWAY, NY 11103
(929)265-5990