UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AMELIA YEHOSHUA,

                   Plaintiff,

      v.

MANHATTAN AND BRONX SURFACE
TRANSIT OPERATING AUTHORITY,
NEW YORK CITY TRANSIT AUTHORITY,
and WESLII KHAHAIFA,

                   Defendants.
-------------------------------------------------------------X

JUDGMENT

21-CV-4055 (FB) (RML)

        A Memorandum and Order of the Honorable Frederic Block, United States District Judge,

having been filed on November 21, 2025, granting Defendants' motion for Summary Judgment; it

is

        ORDERED and ADJUDGED that Defendants' motion for Summary Judgment is granted.

| | |
|---|---|
| Dated: Brooklyn, New York<br>November 24, 2025 | Brenna B. Mahoney<br>Clerk of Court |
| | By:    */s/Jalitza Poveda*<br>        Deputy Clerk |