**UNITED STATE DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

─────────────────────────────────────────────

**AMELIA YEHOSHUA,**

        **Plaintiff,**

        **v.**                                     **Index No.: 1:21-cv-04055-FB-RML**

**MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY, NEW YORK CITY TRANSIT AUTHORITY, and WESLII KHAHAIFA.,**      **NOTICE OF APPEAL**

        **Defendants.**

─────────────────────────────────────────────

        **PLEASE TAKE NOTICE**, that the above-named Plaintiff/Appellant, Amelia Yehoshua, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order of the Honorable Frederic Block, of the United States District Court for the Eastern District of New York, granting Defendant's motion for summary judgment in its entirety, filed with the clerk of the court on November 21, 2025.

        The Appeal is from the Decision and Order in its entirety.

**Dated: New York, New York**
     **December 18, 2025**

                       **NESENOFF & MILTENBERG LLP**
                       **Attorneys for Plaintiff**

                       **By:** _/s/ Gabrielle M. Vinci_
                          **Gabrielle M. Vinci, Esq.**
                          **Andrew T. Miltenberg, Esq.**
                         **363 Seventh Avenue – 5th Floor**
                         **New York, New York 10001**
                         **(212) 736-4500**

## CERTIFICATE OF SERVICE

I, Gabrielle M. Vinci, hereby certify that on December 18, 2025, a copy of the foregoing was filed electronically with this Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties and counsel indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated: New York, New York
December 18, 2025

NESENOFF & MILTENBERG LLP
Attorneys for Plaintiff

By: _/s/ Gabrielle M. Vinci_____
Gabrielle M. Vinci, Esq.
363 Seventh Avenue – 5th Floor
New York, New York 10001
(212) 736-4500